IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE<br>2018 Watermere Lane<br>Windmere, Florida 34786<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 06-0644(EGS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

          Respectfully submitted,

          /s/ Diane M. Sullivan
          DIANE M. SULLIVAN, D.C. Bar #12765
          Assistant United States Attorney
          555 Fourth Street, N.W.
          Room E4919
          Washington, D.C.  20530
          (202)514-7205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _31st_ day of July, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

LEE PAIGE
2018 Watermere Lane
Windmere, Florida 34786

_Diane M. Sullivan_
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530