**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE AND OF SUBSTITUTION OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, attorney Peter J. Phipps of United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of defendant the United States of America in the above-captioned case.

By this filing, Mr. Phipps's appearance also substitutes for the appearance of Diane Sullivan, Assistant United States Attorney, as counsel for defendant.

Dated: August 23, 2006                     Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

    /s/ Peter J. Phipps
PETER J. PHIPPS
United States Department of Justice

Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendant