UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEE PAIGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv00644 |
| | ) | |
| v. | ) | Hon. Emmet G. Sullivan |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United States of America hereby moves for an extension of time of 30 days to answer or otherwise respond to plaintiff Lee Paige's complaint (Docket Entry #1).[1] The complaint was served by U.S. mail on July 7, 2006. Accounting for the 60-day response time, see Fed. R. Civ. P. 12(a)(3)(A), and the three days allotted for service by mail, see Fed. R. Civ. P. 6(e), a response is due on September 8, 2006. However, due to a transfer of this case within the Department of Justice, the other litigation demands of counsel, as well as the vacation plans of counsel, defendant seeks an extension of 30 days to answer or otherwise respond to plaintiff's complaint.[2] Defendant intends to defend against plaintiff's complaint, with a substantive response served within the time requested for an extension. No previous extensions have been requested in this case.

---

[1] Pursuant to LCvR 7(m) (D.D.C.), undersigned counsel has twice attempted to confer with plaintiff, but his voice mails at the phone number of record on the complaint have not been returned.

[2] The 30-day extension would extend the time to respond to October 8, 2006, but because that is a Sunday, with a federal holiday on the following day, an answer or other response would be due on October 10, 2006. See Fed. R. Civ. P. 6(a).

For the foregoing reasons, Defendant's Motion for an Extension of Time should be granted, and defendant should have until October 10, 2006, to answer or otherwise respond to plaintiff's complaint.

Dated: August 30, 2006                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

   /s/ Peter J. Phipps
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant's Motion for an Extension of Time and the attached proposed order have been served by first-class U.S. mail this 30th of August 2006, on:

    Mr. Lee Paige
    2018 Watermere Lane
    Windermere, FL 34786
    (407) 876-0948

                                              /s/ Peter J. Phipps
                                                  Peter J. Phipps