UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**Proposed ORDER**

Defendant's Motion for an Extension of Time having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that defendant shall have until October 10, 2006, to answer or otherwise respond to plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE