Copyright 2004 The Tribune Co. Publishes The Tampa Tribune
Tampa Tribune (Florida)

May 2, 2004 Sunday
FINAL EDITION

**SECTION:** METRO; Pg. 2

**LENGTH:** 1140 words

**HEADLINE:** ACROSS THE STATE

**BYLINE:** A wire report

**BODY:**

Drug Agent Shoots Self During Gun Presentation

ORLANDO - A federal drug agent shot himself in the leg during a gun safety presentation to children, and his bosses are investigating.

The Drug Enforcement Administration agent, whose name was not released, was giving a gun safety presentation to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. Then he pulled back the slide and asked someone in the audience to look inside the gun and confirm it wasn't loaded, the report said.

Witnesses said the gun was pointed at the floor and when he released the slide, one shot fired into the top of his left thigh.

The agent was treated at Orlando Regional Medical Center after the April 9 shooting and returned to work, DEA Special Agent Joe Kilmer said.

Woman's Dead Mother A Passenger In Car

PALM COAST - A woman may have driven from Oklahoma to Florida - by way of North Carolina and Texas - with her mother's decaying body as her passenger, then went shopping at Wal-Mart, authorities said.

Sheriff's deputies found Melba Doshier's body Tuesday in the car parked at a Wal-Mart in Palm Coast after shoppers reported a bad smell coming from the vehicle.

The St. Johns County medical examiner on Wednesday said she died of natural causes at least five days before she was found.

Doshier's daughter Alicia, who officials said is in her mid-30s, has been questioned and hospitalized for psychiatric observation. She was found in the store Tuesday, 13 hours after security cameras spotted her parking the car and entering the store.

Sheriff James Manfre said he wasn't planning to file charges.

Copyright 2004 Sun-Sentinel Company
Sun-Sentinel (Fort Lauderdale, FL)

May 1, 2004 Saturday Broward Metro Edition

**SECTION:** LOCAL; Pg. 6B

**LENGTH:** 584 words

**HEADLINE:** DIGEST

**BODY:**

ORLANDO

DEA agent shoots self during gun safety class

A federal drug agent shot himself in the leg during a gun safety presentation to children, and his bosses are investigating.

The Drug Enforcement Administration agent, whose name was not released, was giving a gun safety presentation to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. Then he pulled back the slide and asked someone in the audience to look inside the gun to confirm it wasn't loaded, the report said.

Witnesses said the gun was pointed at the floor and when he released the slide, one shot fired into the top of his left thigh.

The agent was treated at Orlando Regional Medical Center after the April 9 shooting and returned to work, DEA special agent Joe Kilmer said.

TAMPA

Tree trimmer dies as he is pulled into chipper

A tree trimmer was killed when he was pulled into a wood chipper as he tried to clear it free of jammed branches.

Using his hands for support, Gordon McKay, 51, of Tampa climbed into the chipper and kicked a large bundle of branches through Thursday, authorities said.

The machine pulled half his body through the blades, killing him instantly, said Hillsborough County sheriff's Lt. Fred Asteasuainzarra.

Attorney to oversee legal team in Iraq

A local lawyer will oversee an American team of 50 lawyers and investigators who will investigate mass graves, genocide and other crimes attributed to Saddam Hussein.

Greg Kehoe said he will travel to Baghdad next month to help Iraqis prosecute Hussein for crimes against

Copyright 2004 Sentinel Communications Co.
Orlando Sentinel (Florida)

April 30, 2004 Friday
FINAL

SECTION: LOCAL & STATE; Pg. B2

LENGTH: 433 words

HEADLINE: DEA INVESTIGATES AFTER AGENT SHOOTS HIMSELF IN SAFETY CLASS FOR KIDS

BYLINE: Pamela J. Johnson, Sentinel Staff Writer

BODY:

The U.S. Drug Enforcement Administration is investigating an incident in which one of its agents giving a presentation to Orlando-area children on gun safety shot himself in the thigh.

Orlando police investigators have ruled the April 9 shooting at The Callahan Center, 101 N. Parramore Ave., accidental, police Lt. Curley Bowman said Thursday night.

But DEA special agent Joe Kilmer said Thursday night that an internal investigation led by officials at the agency's headquarters in Washington was still ongoing. Kilmer would not release the name of the agent involved. After the agent was treated at Orlando Regional Medical Center for a gunshot wound to his left thigh, he returned to work, Kilmer said.

Vivian Farmer, 52, was in a classroom at The Callahan Center with her 13-year-old nephew when the agent began his presentation about 7 p.m. Roughly 50 adults and children were present, and it was "standing room only," Farmer said Thursday night.

The presentation was part of a class called "The Game of Life, The Game of Golf," according to a police report. It was held by the Orlando Minority Youth Golf Association, which aims to introduce minority children to the sport. The agent was speaking to the youths about making good life choices and included a presentation on gun safety, according to the report.

During the speech, the agent drew his .40-caliber duty weapon and removed the magazine, the report said. He then pulled back the slide and asked a man in the audience to look inside the weapon to make sure it was not loaded, the report said.

"The person nodded that it didn't have ammunition," Farmer recounted. "The gun was never pointed at anyone."

Witnesses told police that the agent kept his gun pointed toward the floor and when he released the slide, the weapon fired one shot into the top of his thigh.

"The kids screamed and started to cry," Farmer recounted. "My first thought was that it was part of his presentation. I thought it was a blank and he was trying to make a point about how easy it is to fire, to get the kids' attention. But then I looked at the agent's face and he looked surprised. Then there was a quick grimace on his face of sudden pain.

DEA INVESTIGATES AFTER AGENT SHOOTS HIMSELF IN SAFETY CLASS FOR KIDS Orl

"I thought, 'This isn't a joke. This is real.'"

Farmer said most people rushed out while an ambulance and police were arriving.

"Everyone was pretty shaken up," Farmer said. "But the point of gun safety hit home. Unfortunately, the agent had to get shot. But after seeing that, my nephew doesn't want to have anything to do with guns."

CONTACT: Pamela J. Johnson can be reached at pjohnson@orlandosentinel.com or 407-420-5171.

**LOAD-DATE:** April 30, 2004

17 of 91 DOCUMENTS

Copyright 2004 The Tallahassee Democrat
All Rights Reserved

# TALLAHASSEE DEMOCRAT

Found on Tallahassee.com

The Tallahassee Democrat

May 1, 2004 Saturday

**SECTION:** Pg. B4

**LENGTH:** 231 words

**HEADLINE:** Drug agent shoots self during gun-safety class;
The headline goes here

**BODY:**

A federal drug agent shot himself in the leg during a gun-safety presentation to children, and his bosses are investigating.

The Drug Enforcement Administration agent, whose name was not released, was giving a gun-safety presentation to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. Then he pulled back the slide and asked someone in the audience to look inside the gun and confirm it wasn't loaded, the report said.

Witnesses said the gun was pointed at the floor and when he released the slide, one shot fired into the top of his left thigh.

"The kids screamed and started to cry," said Vivian Farmer, who attended the presentation with her 13-year-old nephew.

"Everyone was pretty shaken up," Farmer said. "But the point of gun safety hit home. Unfortunately, the agent had to get shot. But after seeing that, my nephew doesn't want to have anything to do with guns."

The agent was treated at Orlando Regional Medical Center after the April 9 shooting and returned to work, DEA special agent Joe Kilmer said.

Police ruled the shooting was an accident, but the DEA headquarters in Washington are still investigating, Kilmer said.

Information from: Orlando Sentinel, http://www.orlandosentinel.com

**LOAD-DATE:** November 4, 2005

Copyright 2004 Times Publishing Company
St. Petersburg Times (Florida)

May 1, 2004 Saturday 4 State / Suncoast Edition

**SECTION:** METRO & STATE; Pg. 4B

**LENGTH:** 459 words

**HEADLINE:** Pilot killed in air show practice

**SERIES:** AROUND THE STATE

**SOURCE:** Compiled from Staff and Wire Reports

**DATELINE:** FORT LAUDERDALE; ORLANDO; MIAMI

**BODY:**

A small plane whose pilot was practicing stunts for an air and sea show crashed Friday in the Atlantic within view of a crowded beach, killing the aviator, officials said.

Pilot Ian Groom was recovered from the water but was pronounced dead at Broward County Medical Center, Fort Lauderdale Fire-Rescue said. No one else was on the plane.

Groom, piloting a Sukhoi 31, a Russian-built, single-seat plane, was practicing stunts about 2:15 p.m. when he entered a flat spin and failed to recover, said Kathleen Bergen, spokeswoman for the Federal Aviation Administration.

The plane was practicing for the McDonald's Air & Sea Show that begins today, officials said.

Hundreds of beachgoers saw the plane's wings sheared off as it hit the water about 2,000 feet offshore. Bergen said the Coast Guard and divers responded immediately.

Gun safety demonstrator shoots self

ORLANDO - A federal drug agent's supervisors are investigating after he shot himself in the leg during a gun safety presentation to children.

The Drug Enforcement Administration agent, whose name was not released, was giving the presentation on April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. Then he pulled back the slide and asked someone in the audience to look inside the gun and confirm it wasn't loaded, the report said.

Witnesses said when he released the slide, one shot fired into the top of his left thigh.

"The kids screamed and started to cry," said Vivian Farmer, who attended the presentation with her 13-year-old nephew.

Pilot killed in air show practice St. Petersburg Times (Florida) May 1,

"But the point of gun safety hit home. After seeing that, my nephew doesn't want to have anything to do with guns."

The agent was treated at Orlando Regional Medical Center and returned to work, DEA Special Agent Joe Kilmer said.

Piracy judgment against O.J. Simpson

MIAMI - DirecTV moved closer to winning its lawsuit against former football star O.J. Simpson for allegedly pirating its satellite television signal when he failed to respond to the company's complaint.

A clerk issued a default judgment Thursday at the request of attorneys for DirecTV Inc., which brought the suit March 4. Simpson, served April 5, did not respond by the Monday deadline.

U.S. District Judge Joan Lenard must still issue a formal ruling and decide whether to award damages.

Federal agents removed satellite TV equipment from Simpson's house in the Kendall neighborhood during a search Dec. 4, 2001.

The raid occurred as authorities were investigating Simpson in an alleged Ecstasy and satellite signal theft ring. Simpson was never charged.

- Staff, wire reports

**LOAD-DATE:** May 1, 2004