Copyright 2004 Associated Press
All Rights Reserved

The Associated Press

May 1, 2004, Saturday, BC cycle

**SECTION:** Domestic News

**LENGTH:** 142 words

**HEADLINE:** DEA agent shoots self during gun safety class for Florida children

**DATELINE:** ORLANDO, Fla.

**BODY:**

A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His bosses, however, are still investigating the incident.

The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. He then pulled back the slide and asked an audience member to look inside the gun and confirm it wasn't loaded.

Witnesses said when the agent released the slide, one shot fired into the top of his left thigh. The gun was pointed at the floor

The agent was treated at Orlando Regional Medical Center and returned to work, a DEA official said.

**LOAD-DATE:** May 2, 2004

Copyright 2004 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

April 30, 2004, Friday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 232 words

**HEADLINE:** DEA agent shoots self during gun safety class for Orlando kids

**DATELINE:** ORLANDO, Fla.

**BODY:**

A federal drug agent shot himself in the leg during a gun safety presentation to children and his bosses are investigating.

The Drug Enforcement Administration agent, whose name was not released, was giving a gun safety presentation to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. Then he pulled back the slide and asked someone in the audience to look inside the gun and confirm it wasn't loaded, the report said.

Witnesses said the gun was pointed at the floor and when he released the slide, one shot fired into the top of his left thigh.

"The kids screamed and started to cry," said Vivian Farmer, who attended the presentation with her 13-year-old nephew.

"Everyone was pretty shaken up," Farmer said. "But the point of gun safety hit home. Unfortunately, the agent had to get shot. But after seeing that, my nephew doesn't want to have anything to do with guns."

The agent was treated at Orlando Regional Medical Center after the April 9 shooting and returned to work, DEA special agent Joe Kilmer said.

Police ruled the shooting was an accident, but the DEA headquarters in Washington was still investigating, Kilmer said.

---

Information from: Orlando Sentinel, http://www.orlandosentinel.com

**LOAD-DATE:** May 1, 2004

Copyright 2004 Associated Press
All Rights Reserved
Associated Press Online

May 1, 2004 Saturday

**SECTION:** DOMESTIC NEWS

**LENGTH:** 141 words

**HEADLINE:** DEA Agent Shoots Self in Gun Safety Class

**DATELINE:** ORLANDO, Fla.

**BODY:**

A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His bosses, however, are still investigating the incident.

The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. He then pulled back the slide and asked an audience member to look inside the gun and confirm it wasn't loaded.

Witnesses said when the agent released the slide, one shot fired into the top of his left thigh. The gun was pointed at the floor

The agent was treated at Orlando Regional Medical Center and returned to work, a DEA official said.

**LOAD-DATE:** May 2, 2004

Copyright 2004 U.P.I.
United Press International

April 30, 2004 Friday

**LENGTH:** 164 words

**HEADLINE:** DEA agent shoots self in gun safety class

**DATELINE:** ORLANDO, Fla., April 30 (UPI)

**BODY:**

The U.S. Drug Enforcement Agency is investigating an Orlando, Fla., agent who shot himself in the leg while conducting a gun safety class for children.

The unidentified agent was conducting the class at a the Callahan Center when he suffered the wound in the thigh, the Orlando Sentinel reported.

The shooting Thursday night was ruled an accident by Orlando police. He was treated and released at a hospital.

The presentation was part of a class called "The Game of Life, the Game of Golf" and was sponsored by the Orlando Minority Youth Golf Association.

The agent was explaining about making good life choices, and it included the gun presentation.

The agent emptied the gun of ammunition as he pointed it toward the floor, but when he released the slide it fired into his thigh. Apparently there was one round left in the chamber.

"Everyone was pretty shaken up, but the point of gun safety hit home," said Vivian Farmer, 52, who watched with her 13-year-old son.

**LOAD-DATE:** May 1, 2004