Copyright 2004 Southeastern Newspapers Corporation
The Augusta Chronicle (Georgia)

May 2, 2004 Sunday, ALL EDITIONS

**SECTION:** METRO, Pg. B03

**LENGTH:** 379 words

**HEADLINE:** ACROSS THE SOUTHEAST

**BODY:**

Airline deaths prompt call for federal study

CHARLOTTE, N.C. - Two congressmen concerned about safety in the fast-growing regional airline industry after a crash last year in Charlotte resulted in the death of 21 people want a federal study of the issue.

The U.S. General Account-ing Office will probably examine the Federal Aviation Administration's oversight of regional airlines at the request of U.S. Reps. James Oberstar, D-Minn., and Peter DeFazio, D-Ore.

On Jan. 8, 2003, a commuter plane operated by Air Midwest crashed 37 seconds after takeoff from Charlotte/Douglas International Airport, killing all 21 aboard. The National Transportation Safety Board blamed the accident on sloppy maintenance, poor federal oversight and excessive weight in the back of the plane.

Denying abortion to prisoner ruled legal

NEW ORLEANS - Medical workers in a south Louisiana jail did not violate a prisoner's civil rights by preventing her from having an abortion, a federal court ruled Friday.

In its opinion, the 5th U.S. Circuit Court of Appeals said the prison's policy of requiring a court order for elective medical procedures was reasonable.

"It is undisputed that the abortion was not medically necessary," the court wrote.

This was also the first time an inmate had requested an abortion, meaning the prison could not have had an official - and unconstitutional - policy to deny abortions to inmates, the court held.

Agent shoots own leg in safety presentation

ORLANDO, Fla. - A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His bosses, however, are still investigating the incident.

The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. He then pulled back the slide and asked an audience member to look inside the gun and confirm it wasn't loaded.

Witnesses said that when the agent released the slide, one shot fired into the top of his left thigh. The gun was

ACROSS THE SOUTHEAST The Augusta Chronicle (Georgia) May 2, 2004 Sunday,

pointed at the floor.

- Edited from wire reports

**LOAD-DATE:** May 3, 2004

Copyright 2004 Duluth News-Tribune
All Rights Reserved

**Duluth News Tribune**

Found on DuluthNews.com

Duluth News-Tribune (Minnesota)

May 2, 2004 Sunday

**SECTION:** NATL

**LENGTH:** 794 words

**HEADLINE:** News Briefs;
Summaries of top stories from around the nation and the world

**BODY:**


LOS ANGELES

Hollywood negotiations continue

   Hollywood writers meeting with producers for a sixth straight day sought a larger share of profits from the $15 billion DVD market in the final hours before their contract was set to expire Saturday.

   The contract covering 11,000 TV and movie writers was to expire at midnight, but the Writers Guild of America indicated it would consider extending talks with the Alliance of Motion Picture and Television Producers.

   Producers, however, likely want a contract in hand to show advertisers by May 17, when the sale of time for TV commercials begins for the next season.

   In a recent mailing to members, the union said a typical DVD sells for $16. The studios make a $10.55 profit on the sale, while writers get 5 cents, the union said.

   Producers argue that on the TV side, DVD revenue is merely replacing money that had come from international markets that have dried up, syndication deals and licensing fees that had been increased.

ATLANTA

Computer glitch grounds flights

   A computer glitch kept Atlanta-bound Delta Air Lines flights on the ground for about two hours Saturday, but the company was gradually restoring service to its main hub.

   Flights that were in the air at the time the glitch arose were allowed to land in Atlanta, Delta spokeswoman Liza

News Briefs;Summaries of top stories from around the nation and the worl

Caceres said.

"We had groundstopped all flights to Atlanta, but are slowly bringing them back up," Caceres said.

When the problem first arose about 3 p.m. Caceres had said it involved all flights for Atlanta-based Delta, the nation's third-largest airline.

"This is not a safety or security issue," Caceres said.

GIG HARBOR, WASH.

Female predator prepares for move

For the past six years, convicted child rapist Laura Faye McCollum has lived a lonely existence inside the state's women's prison.

On Monday, she is scheduled to move to the new Special Commitment Center on McNeil Island to live among 190 other dangerous sex offenders -- all of them men.

McCollum is worried about attending therapy sessions with the men, and many experts say treating offenders of both genders together could be harmful.

McCollum was convicted in 1990 of repeatedly raping an 18-month-old girl and trying to suffocate her with a pillow. She has admitted to sexually assaulting 15 children -- mostly girls between the ages of 2 and 3.

OMAHA, NEB.

Buffett has no plans for change

Warren Buffett has no plans to change a system that works, even if he has made a few mistakes along the way.

"If we were doing it all over again, we'd probably do it over again the same way," Buffett, one of the world's richest men, said of his investment strategies Saturday. He took questions from some of the 19,500 shareholders at Berkshire Hathaway's annual meeting.

Over the past year, Berkshire nearly doubled its net earnings to $8.1 billion, up from $4.2 billion in 2002.

The billionaire investor known as the "Oracle of Omaha" said his strategy will continue to include reading about companies and analyzing their potential.

Buffett has built an empire on investing in brand-name companies that he understands -- such as Dairy Queen, Coca-Cola Co. and insurance giant Geico -- and staying away from high-tech stocks, which he said he doesn't understand.

COLLEGE PARK, MD.

Robot could save Hubble

Think Edward Scissorhands, but with bolt drivers and pliers for hands and a giraffelike neck topped with a pair of cameras resembling black cratered eyes instead of the handsome head of Johnny Depp.

Could this strange robot take the place of astronauts in fixing the Hubble Space Telescope? NASA is yearning to find out.

News Briefs;Summaries of top stories from around the nation and the worl

With astronauts banned from Hubble because of space shuttle safety concerns, the University of Maryland's Ranger robot could conceivably save the day by installing fresh batteries and other life-sustaining parts on the observatory.

ORLANDO, FLA.

Agent shoots self during safety class

A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His bosses, however, are still investigating the incident.

The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. He then pulled back the slide and asked an audience member to look inside the gun and confirm it wasn't loaded.

Witnesses said when the agent released the slide, one shot fired into the top of his left thigh. The agent was treated at a hospital and returned to work.

ASSOCIATED PRESS

**LOAD-DATE:** May 2, 2004

Copyright 2004 Akron Beacon Journal
All Rights Reserved
Akron Beacon Journal (Ohio)

May 3, 2004 Monday 1 STAR EDITION

**SECTION:** NATION; Pg. A5

**LENGTH:** 67 words

**HEADLINE:** AGENT SHOOTS SELF DURING SAFETY TALK

**BYLINE:** Compiled from wire reports.

**DATELINE:** ORLANDO, FLA.

**BODY:**

A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His bosses, however, are still investigating the incident. The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

**NOTES:** In the Nation

**LOAD-DATE:** August 25, 2005

Copyright 2004 The State
All Rights Reserved

The State

Found on TheState.com

The State (Columbia, SC)

MAY 2, 2004 Sunday FINAL EDITION

**SECTION:** FRONT; Pg. A17

**LENGTH:** 369 words

**HEADLINE:** NEWS BRIEFS

**BODY:**

Hotel fire in Rome kills 3, forces evacuation

ROME - A fire broke out Saturday at a luxury hotel in Rome, killing three people and forcing the evacuation of tennis stars Andy Roddick, Marat Safin and other players in the Italian Open, officials said. None of the players was injured.

Police took two American women in for questioning because the blaze started in their room but said they were being treated as witnesses, not suspects.

Man dies in fall from roller coaster

AGAWAM, Mass. - A man fell out of a roller coaster and was killed Saturday at the Six Flags New England amusement park.

The Superman Ride of Steel roller coaster was approaching the end of its run when the man fell out, park officials said. Stanley J. Morbarsky, 55, of Bloomfield, Conn., was pronounced dead at a hospital.

On the same ride in 2001, 22 people suffered minor injuries when one car rear-ended another.

Methodists seek review of lesbian pastor's case

PITTSBURGH - United Methodists ordered their top court to review the case of a lesbian pastor after the court ruled Saturday that gay sex violates Christian teaching.

The denomination's General Conference voted 551-345 to direct the Judicial Council to review the case of the Rev. Karen Dammann, whose avowed homosexuality led to church charges of committing practices "incompatible with Christian teaching."

In March, a jury of 13 pastors in Bothell, Wash., acquitted Dammann.

Agent shoots self in leg during presentation

NEWS BRIEFS The State (Columbia, SC) MAY 2, 2004 Sunday FINAL EDITION

ORLANDO, Fla. -A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His bosses, however, are still investigating.

The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. He then pulled back the slide and asked an audience member to look inside the gun and confirm it wasn't loaded. Witnesses said when the agent released the slide, one shot fired into the top of his left thigh.

From Wire Reports

**LOAD-DATE:** August 25, 2005

Copyright 2004 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved
Ottawa Citizen

May 2, 2004 Sunday Final Edition

**SECTION:** News; In Brief; Pg. A7

**LENGTH:** 85 words

**HEADLINE:** United states: Gun safety lecturer shoots his own leg

**SOURCE:** CanWest News Service

**BODY:**
A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident. His superiors, however, are still investigating the incident. The Drug Enforcement Administration agent, whose name was not released, was speaking last month to about 50 adults and students in Orlando, Florida when he drew his .40-calibre duty weapon and fired into the top of his left thigh. The agent was treated at Orlando Regional Medical Center and returned to work.

**LOAD-DATE:** May 2, 2004

Copyright 2004 The Deseret News Publishing Co.
Deseret Morning News (Salt Lake City)

May 2, 2004 Sunday

**LENGTH:** 120 words

**HEADLINE:** U.S. drug agent shoots leg during safety class

**BODY:**

ORLANDO, Fla. (AP) -- A federal drug agent shot himself in the leg during a gun safety presentation to children in what police describe as an accident.

His bosses, however, are still investigating the incident.

The Drug Enforcement Administration agent, whose name was not released, was speaking April 9 to about 50 adults and students organized by the Orlando Minority Youth Golf Association, witnesses and police said.

He drew his .40-caliber duty weapon and removed the magazine, according to the police report. He then pulled back the slide and asked an audience member to look inside the gun and confirm it wasn't loaded.

Witnesses said when the agent released the slide, one shot fired into the top of his left thigh.

**LOAD-DATE:** May 2, 2004