UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEE PAIGE,** | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv00644 |
| v. | ) | Hon. Emmet G. Sullivan |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**Proposed ORDER**

Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that plaintiff's complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE