UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
OCT 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEE PAIGE,

    Plaintiff,

v.     CASE NO.: 06-0643-EGS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Lee Paige, moves this court for an extension of time of 14 days or until November 7, 2006 to file a reply to the government's motion to dismiss. In support of this motion, plaintiff states as follows:

1. The government served its motion to dismiss on October 10, 2006. Plaintiff's reply is therefore due on October 24, 2006.

2. Plaintiff is presently proceeding pro se. However, the law firm of Merkle & Magri, P.A. of Tampa, Florida will be appearing on his behalf. Mr. Magri is qualified to be admitted, has applied for admission and is scheduled to be sworn in as a member of the Bar of this court on November 6, 2006. Mr. Paige requests leave to file his response on November 7, 2006 so that it can be signed by Mr. Magri and e-mailed on November 7, 2006.

3. The government had sixty days from service of the complaint to file its motion to dismiss. In addition, the government requested and the plaintiff agreed to an extension of time for the government to file its motion to dismiss.

4. The government has no objection to this request for an extension of time.

Respectfully submitted,

_____
Lee Paige
2018 Watermere Lane
Windermere, Florida 34780
(407) 876-0948

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail, postage pre-paid to _____ this 19 day of October, 2006 to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

_____
Lee Paige

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

CASE NO.: 1:06-cv-00644
Hon. Emmet G. Sullivan

## PROPOSED ORDER

Plaintiff's Motion for Extension of Time having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted and plaintiff shall have to and including November 7, 2006 to file his response to Defendant's Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE