RECEIVED
NOV 07 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.                                    CASE NO.: 1:06-cv-00644-EGS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Joseph D. Magri as counsel of record for the plaintiff in the above-captioned case.

Respectfully submitted,

Joseph D. Magri
Florida Bar No.: 0814490   D.C. # 349191
Ward A. Meythaler
Florida Bar No. 0832723
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
(813) 281-9000 (phone)
(813) 281-2223 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid this 6 day of November, 2006 to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044.

Ward A. Meythaler