RECEIVED
NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEE PAIGE,

    Plaintiff,

v.                                              CASE NO.: 1:-06-cv-00644-EGS

UNITED STATES OF AMERICA,

    Defendant.
_____/

### MOTION TO BE ADMITTED *PRO HAC VICE*

Joseph Magri, a member of the Bar of the United States District Court for the District of Columbia, moves this court to permit Ward Meythaler to be admitted to this court and to appear in this case *pro hac vice*. The Declaration of Mr. Meythaler, who is not a member of the Bar of the District Court for the District of Columbia, is attached.

Respectfully submitted,

Joseph D. Magri
Florida Bar No. 0814490   DC # 349191
Ward A. Meythaler
Florida Bar No. 0832723
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
(813) 281-9000 (phone)
(813) 281-2223 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid this 6 day of November, 2006 to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044.

_____
Ward A. Meythaler

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.                                  CASE NO.: 1:-06-cv-00644-EGS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## DECLARATION

I, Ward Meythaler, declare the following in connection with the motion of Mr. Magri that I be admitted *pro hac vice* for purposes of this case:

1. My full name is Ward A. Meythaler.

2. My address is as follows:

   Merkle & Magri, P.A.
   550 North Reo Street, Suite 301
   Tampa, Florida 33609

3. I have been admitted to the following bars:

   Florida
   Illinois
   U.S. District Court for the Middle District of Florida
   U.S. District Court for the Northern District of Illinois
   Seventh Circuit Court of Appeals
   Eleventh Circuit Court of Appeals

4. I certify that I have not been disciplined by any bar.

5. I have never been admitted *pro hac vice* to the District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

_____
Ward A. Meythaler

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

CASE NO.: 1:06-cv-00644-EGS

Hon. Emmet G. Sullivan

## PROPOSED ORDER

Plaintiff's Motion to be Admitted *Pro Hac Vice* having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted and that Mr. Ward Meythaler is admitted and may appear in this case *pro hac vice*.

_____
UNITED STATES DISTRICT JUDGE