RECEIVED
NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**LEE PAIGE,**

    Plaintiff,

v.                        CASE NO.: 1:06-cv-00644-EGS

**UNITED STATES OF AMERICA,**

    Defendant.

_____/

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

Plaintiff, Lee Paige, moves this court to substitute the United States Drug Enforcement Administration as the defendant in place of the present defendant, the United States of America.

This case involves a claim under the Privacy Act in which it is alleged that the DEA released a record concerning Mr. Paige in violation of the Privacy Act. In the complaint, the Untied States is named as the defendant. In footnote 1 of its Motion to Dismiss the Government noted that under *Mumme v. U.S. Dept of Labor,* 150 F.Supp.2d 162, 169 (D.Me. 2001), the proper party is not the United States, but the relevant agency. The Government's contention appears to be correct. Consequently, the plaintiff requests that the DEA be substituted for the United States as the defendant. Although the DEA was not named as a defendant, it was served along with the United States when this case was first filed.

The Government has advised Mr. Paige's counsel that it has no objection to the substitution of the DEA for the United States.

                                          Respectfully submitted,

*signature*

Joseph D. Magri
Florida Bar No.: 0814490
Ward A. Meythaler
Florida Bar No. 0832723    D.C. #349191
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
(813) 281-9000 (phone)
(813) 281-2223 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid this 6 day of November, 2006 to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044.

*signature*
Ward A. Meythaler

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.

    CASE NO.: 1:06-cv-00644-EGS

    Hon. Emmet G. Sullivan

UNITED STATES OF AMERICA,

    Defendant.

_____/

**PROPOSED ORDER**

Defendant's Motion to Substitute Parties having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted and the United Stattes Drug Enforcement Administration is substituted as the defendant in place of the United States of America.

 

_____

UNITED STATES DISTRICT JUDGE