# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, | ) |
| | ) |
|         Plaintiff, | )         Civil Action No. 1:06cv00644 |
| | ) |
| v. | )         Hon. Emmet G. Sullivan |
| | ) |
| UNITED STATES DRUG | ) |
| ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
|         Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY

Having conferred by telephone with plaintiff's counsel, who does not object to the present motion, defendant respectfully moves this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to stay all discovery, including the initial Rule 26(f) conference, initial disclosures required under Rule 26(a), and the Rule 26(f) Joint Status report, pending resolution of Defendant's Motion to Dismiss (Docket #5). In conjunction with this requested stay, the Rule 26(f) conference would take place no later than 30 days after the Court's resolution of the Motion to Dismiss. Points and authorities supporting this motion are presented in the attached Memorandum in Support of Defendant's Unopposed Motion to Stay Discovery.


Dated: November 21, 2006                Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         JEFFREY A. TAYLOR
                                         United States Attorney

                                         ELIZABETH J. SHAPIRO
                                         Assistant Branch Director

_/s/ Peter J. Phipps_

PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|                                          |     |                              |
|------------------------------------------|-----|------------------------------|
| LEE PAIGE,                               | )   |                              |
|                                          | )   |                              |
|     Plaintiff,       | )   | Civil Action No. 1:06cv00644 |
|                                          | )   |                              |
| v.                                       | )   | Hon. Emmet G. Sullivan       |
|                                          | )   |                              |
| UNITED STATES DRUG                       | )   |                              |
| ENFORCEMENT ADMINISTRATION,              | )   |                              |
|                                          | )   |                              |
|     Defendant.       | )   |                              |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY

Defendant moves to stay all discovery in this case until after the Court rules on defendant's Motion to Dismiss (Docket Entry #5) because so doing promotes efficiency and avoids conducting potentially needless discovery. Defendant's Motion to Dismiss is potentially dispositive of this action, and therefore conducting discovery prior to the resolution of that motion is potentially wasteful.[1] Courts have consistently exercised such discretion to stay all discovery where it appears that a case is subject to a potentially dispositive motion. See, e.g., Jarvis v. Regan, 833 F.2d 149, 155 (9th Cir. 1987); Petrus v. Bowen, 833 F.2d 581, 583 (5th Cir. 1987); B.R.S. Land Investors v. United States, 596 F.2d 353, 356 (9th Cir. 1979). Thus, pursuant to this principle, courts repeatedly have held that a stay of discovery is appropriate during the pendency of dispositive motions. See, e.g., U.S. Catholic Conference v. Abortion Rights Mobilization, Inc., 487 U.S. 72, 79-80 (1988) ("It is a recognized and appropriate procedure for a court to limit discovery proceedings at the outset to a determination of jurisdictional matters");

---

[1] Pursuant to District of Columbia LCvR 7(m) undersigned counsel has conferred with plaintiff's counsel who is confident in his position taken in opposition to the Motion to Dismiss, but has no objection to the relief requested in this motion.

<u>Patterson v. United States</u>, 901 F.2d 927, 929 (11th Cir. 1990) (holding that a district court did not abuse its discretion in entering protective order prohibiting discovery pending determination of motion to dismiss or for summary judgment).  This case presents no reason to deviate from the well-established practice of staying discovery during the pendency of a dispositive motion.

In sum, conducting discovery at this point would be serve no immediate purpose, and a stay of discovery will avoid the unnecessary waste of the parties' time and resources – and possibly the Court's as well.  For those reasons, this Court should stay all discovery in this case until the Court rules on defendant's Motion to Dismiss.

Dated: November 21, 2006                            Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

   /s/ Peter J. Phipps
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendant