UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**Proposed ORDER**

This matter having come before the Court on Defendant's Unopposed Motion to Stay Discovery, and the Court having considered that Motion, it is hereby

ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that discovery in this action is stayed until the Court rules on defendant's Motion to Dismiss (Docket Entry #5), and that the parties shall have 30 days from the ruling on defendant's Motion to Dismiss to hold the Rule 26(f) conference.

_____
UNITED STATES DISTRICT JUDGE