UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LEE PAIGE**

  **Plaintiff,**

v.             **CASE NO.:   06-644 (EGS)**

**U.S. DRUG ENFORCEMENT ADMINISTRATION;**
**UNITED STATES OF AMERICA,**

  **Defendant.**
_____/

## ATTACHMENT TO AMENDED COMPLAINT

  Attached hereto is the Attachment to Amended Complaint referred to in paragraph 9 of the Amended Complaint and is a DVD containing the videotape of the accidental discharge.

            Respectfully submitted,

            S/Ward A. Meythaler
            Ward A. Meythaler

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 22, 2006, I mailed by U.S. Mail (with the DVD) and e-mailed the foregoing to the Clerk of the Court and mailed the foregoing (**without DVD which was previously served on Mr. Phipps with the Plaintiff's response to the Government's motion to dismiss**) by U.S. Mail to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044.

            s/Ward A. Meythaler
            Ward A. Meythaler
            Florida Bar No.: 0832723
            Merkle & Magri, P.A.
            550 North Reo Street, Suite 301
            Tampa, Florida 33609
            TEL: (813) 281-9000
            FAX: (813) 281-2223
            wamsecy@merklemagri.com