**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                                                                               **CASE NO.: 1:06-cv-00644-EGS**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

An Initial Conference has been set in this case for February 6, 2007.  Plaintiff Lee Paige's attorneys are located in Tampa, Florida.  Plaintiff requests permission for his attorney to appear telephonically at the Initial Conference.

The undersigned has conferred with and has been advised by the Government's attorney that he has no objection to this motion.

                                                   Respectfully submitted,

                                                   S/Ward A. Meythaler
                                                   Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

2

<u>s/Ward A. Meythaler</u>
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                                      **CASE NO.: 1:06-cv-00644-EGS**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**ORDER**

    Plaintiff has filed a Motion to Appear Telephonically at the Initial Conference scheduled for February 6, 2007 at 1:00 p.m. That motion is granted and Plaintiff's counsel may participate by telephone at the Initial Conference on February 6, 2007.

                                                                     Honorable Emmet G. Sullivan

Copies to:    Ward A. Meythaler
                    Peter J. Phipps