UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT TO THE COURT PURSUANT TO RULE 26(f) AND LOCAL CIVIL RULE 16.3**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, counsel for the parties spoke on the telephone several times in the month of January for the purpose of discussing discovery matters, assessing the case, and preparing an initial pretrial scheduling order. The parties' most extensive conversation on these matters took place on January 19, 2007. Ward Meythaler participated for plaintiff and Peter Phipps participated for defendants. Further follow-up conversations took place by telephone from time to time. The following matters were discussed and, as indicated, agreed to by the parties:

1. Applicability of Dispositive Motions.

   The parties acknowledge the probability that further dispositive motions will be filed. As far as initial dispositive motions, defendants intend to file a motion for judgment on the pleadings with respect to plaintiffs' amended second count. As far as summary judgment motions, plaintiffs may so move, and defendants intend to so move.

2. Joinder and Amendment of Pleadings.

   At present, the parties do not foresee any need to join additional parties or amend the pleadings. The parties agree that such future joinder or amendment should be governed by Federal Rules of Civil Procedure 15(a) and 21.

3. <u>Magistrate Judge.</u>

   The parties do not consent to the assignment of this case to a magistrate judge.

4. <u>Settlement.</u>

   Both parties are open to the possibility of settling this dispute, and have begun to embark on such negotiations.

5. <u>Amenability to Alternative Dispute Resolution.</u>

   Both parties are open to the possibility of alternative dispute resolution ("ADR"), particularly mediation, and believe that the best time for such ADR would be toward the close of discovery.

6. <u>Summary Judgment.</u>

   The parties acknowledge the possibility that this case will be resolved either partially or in whole part through summary judgment. The parties propose that opening summary judgment briefs be due no later than two months after the close of discovery, or March 31, 2008.

7. <u>Initial Disclosures.</u>

   The parties are amenable to disposing of the initial disclosure requirement.

8. <u>Discovery Plan.</u>

   The parties propose to have discovery governed by the Federal Rules of Civil Procedure and the District of Columbia Local Civil Rules, with a discovery cut-off date of January 31, 2008.

9. <u>Expert Witnesses.</u>

   The parties propose limiting the number of expert witnesses to three per side, with an expert disclosure date of December 15, 2007.

10. <u>Class Action Status.</u>

    This matter is not a class action.

11. <u>Bifurcation.</u>

The parties do not see a need to bifurcate this case.

12. <u>Final Pretrial Conference Date.</u>

The parties are amenable to setting the date for the final pretrial conference after resolution of summary judgment motions.

13. <u>Trial Date.</u>

The parties are amenable to setting the date for trial to commence after resolution of summary judgment motions.

14. <u>Other matters.</u>

There is one additional matter at this time, that defendants requested, and the parties have agreed to, and that is for discovery to commence on April 1, 2007. This allows defendants time to complete a further investigation of plaintiffs' allegations of a leak within the DEA. This approach is an efficient way to proceed as it may avoid unnecessary supplementation of discovery responses as defendants further investigate the facts.

A proposed scheduling order is attached to this Joint Report to the Court Pursuant to

Rule 26(f) and Local Civil Rule 16.3.

Dated: January 31, 2007                               Respectfully submitted,

 /s/ Ward A. Meythaler                                PETER D. KEISLER
WARD A. MEYTHALER                                     Assistant Attorney General
Merkle & Magri, P.A.
550 North Reo Street, Suite 301                       JEFFREY A. TAYLOR
Tampa, FL 33609                                       United States Attorney
Tel: (813) 281-9000
Fax: (813) 281-2223                                   ELIZABETH J. SHAPIRO
wamsecy@merklemagri.com                               Assistant Branch Director

Attorney for Plaintiff                                 /s/ Peter J. Phipps
                                                      PETER J. PHIPPS

United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants