UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**Proposed ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, counsel for the parties submitted a Joint Report to the court on January 31, 2007. On February 16, 2007, the Court held an initial scheduling conference with the parties.

Upon consideration of the parties' Joint Report, the discussions with the parties at the scheduling conference, and the entire record herein, it is HEREBY ORDERED that:

1. The provision for initial disclosures in Federal Rule of Civil Procedure 26(a)(1) shall not be enforced in this matter;

2. Discovery shall commence on April 1, 2007, and terminate on January 31, 2008.

3. Expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) will be served no later that December 15, 2007.

4. Summary judgment opening briefs shall be submitted no later than March 31, 2008.

5. A pretrial conference and trial date, if necessary, shall be set by the Court after the

Court rules on the summary judgment motions. If no summary judgment motions are presented, the final pretrial conference shall be set for June 15, 2008, and the trial date shall be July 9, 2008.

_____                    _____
DATE                                           UNITED STATES DISTRICT JUDGE