UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                    **CASE NO.: 1:06-cv-00644**

**UNITED STATES DEPARTMENT OF JUSTICE,
DRUG ENFORCEMENT ADMINISTRATION, ET AL.**

    **Defendants.**
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO ANSWER INTERROGATORIES**

Plaintiff requests an additional fifteen days to answer Interrogatories served upon Plaintiff. In support of this motion, Plaintiff states as follows:

On July 25, 2007, Defendants served on Plaintiff Lee Paige a First Set of Interrogatories, Requests for Admission and Document Requests. Defendants agreed to an extension of thirty days to respond to these discovery requests. Consequently, the responses were due on September 25, 2007. Plaintiff has responded to the Document Requests and the Requests for Admissions. In addition, Plaintiff has filed objections to the Interrogatories. However, Plaintiff has not yet completed his answers to the Interrogatories to which he does not object.

Plaintiff has not been able to complete his answers because Plaintiff is still obtaining information with which to answer those Interrogatories and it has been difficult for Plaintiff and his attorney to get together since Plaintiff's attorney was busier than expected on a brief which he filed in Eleventh Circuit Court of Appeals on September 21, 2007.

Plaintiff's attorney has been unable to speak to the attorney for the Defendants about this motion because the attorney for the Defendants has been out of town on his honeymoon and is

not expected to return until October 1, 2007. Plaintiff's attorney anticipates resolving this motion with him at that time, but needed in the meanwhile to file this motion by September 25, 2007. In this connection, Plaintiff notes that the Defendants may require additional time to respond to this motion if they object to it. Plaintiff does not have any objection to such a request.

            Respectfully submitted,


            S/Ward A. Meythaler
            Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044


            s/Ward A. Meythaler
            Ward A. Meythaler
            Florida Bar No.: 0832723
            Merkle & Magri, P.A.
            5415 Mariner Street, Suite 103
            Tampa, Florida 33609
            TEL: (813) 281-9000
            FAX: (813) 281-2223
            wamsecy@merklemagri.com