UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                                              **CASE NO.: 1:-06-cv-00644-EGS**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that undersigned law firm of MERKLE & MAGRI, P.A., counsel for Plaintiff, has relocated effective March 31, 2007 to the following address:

MERKLE & MAGRI, P.A.
5415 Mariner Street
Suite 103
Tampa, Florida 33609

The telephone and facsimile numbers for the firm remain the same.

Respectfully submitted,

S/Ward A. Meythaler
Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

2

s/Ward A. Meythaler
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com
