**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                                          **CASE NO.: 06-0644-EGS**

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,**

    **Defendant.**

_____/

**RULE 26 DISCLOSURES**

Plaintiff may call the following witnesses as expert witnesses in this case.

1.      Victor Wright
   8212 Ravencroft Drive
   Tampa, Florida 33615

   Report attached.

2.      Paul A. Andrews, DDS, LMT
   235 S. Maitland Avenue
   Suite 105
   Maitland, Florida 32751

   Dr. Andrews is a treating healthcare provider and not a retained expert witness. Consequently, no report is required.

                                                                       Respectfully submitted,

                                                                       S/Ward A. Meythaler
                                                                       Ward A. Meythaler

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

2

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

s/Ward A. Meythaler
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com
