UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                 CASE NO.: 06-0643-EGS

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## SUPPLEMENT TO RULE 26 DISCOLSURES

It is anticipated that Victor Wright will perform an in court demonstration on his computer of information on the internet regarding Lee Paige and the accidental discharge.

                                                     Respectfully submitted,


                                                     S/Ward A. Meythaler
                                                     Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court by using he CM?ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                                     s/Ward A. Meythaler
                                                     Ward A. Meythaler
                                                     Florida Bar No.: 0832723

2

Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, FL 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com

2