UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                                                  **CASE NO.: 06-0644-EGS**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## SECOND SUPPLEMENT TO RULE 26 DISCLOSURES

Attached is a supplement to Victor Wright's report.

Respectfully submitted,

S/Ward A. Meythaler
Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

s/Ward A. Meythaler
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, FL 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com