## **SUPPLEMENT TO REPORT OF VICTOR WRIGHT**

This is a supplement to my previous report. I have reviewed various DVDs which I understand have been produced by the DEA in this case. In reviewing these DVDs, I found the following information contained in the DVDs:

1.      N-3. The DVD labeled N-3 contains a video-recording which is 4 minutes and 9 seconds long. Before the video appears, information appears on the DVD that indicates that the video-recording contained on N-3 was at one time burned from one electronic storage device (such as a hard drive, CD Rom or DVD) to another using Roxio software. The Roxio introduction would have been added by the person burning the CD. Information on the DVD shows that the video-recording on the DVD came from a file which was originally stored on an electronic storage device (such as a server or a computer) on April 15, 2004 at 3:12 p.m.

2.      N-4. The DVD labeled N-4 contains a video-recording which is 4 minutes and 9 seconds long. Information on the DVD shows that the video-recording on the DVD came from a file which was originally stored on an electronic storage device on May 10, 2004 at 5:54 p.m. This appears to have been done in Miami, since the name of that file is Miami.wmv.

3.      N-6. The DVD labeled N-6 contains a video-recording which is 4 minutes and 9 seconds long. Information on the DVD shows that the video-recording on the DVD came from a file which was originally stored on an electronic storage device on April 15, 2004 at 3:12 p.m. The DVD does not indicate that the video-recording contained on N-6 was burned from one electronic storage device to another using Roxio software. It appears that the DVD contains a copy of the same file that appears on N-3.

4.      N-8(2).   The DVD labeled N-8(2) contains a video-recording which is 23 minutes and 34 seconds long. Information on the DVD shows that the video-recording on the DVD came from a file which was originally stored on an electronic storage device on April 17, 2004 at 4:05 a.m.

5.      N-12(B). The DVD labeled N-12(B) contains a video-recording which is 23 minutes and 34 seconds long. Information on the DVD shows that the video-recording on the DVD came from a file which was originally stored on an electronic storage device on April 17, 2004 at 4:05 a.m.

6.      N-12(C). The DVD labeled N-12(C) contains a video-recording which is 23 minutes and 34 seconds long. Information on the DVD shows that the video-recording on the DVD came from a file which was originally stored on an electronic storage device on April 17, 2004 at 4:05 a.m.

_____
Victor Wright