## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEE PAIGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06cv00644 |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | ) Hon. Emmet G. Sullivan |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, attorney Paul A. Dean, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel on behalf of defendants, the United States Drug Enforcement Administration and the United States of America, in the above-captioned case. Please include undersigned counsel for defendants on all future correspondence, notices, and pleadings in this case.

Dated: November 5, 2007									Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


/s/ Paul A. Dean
PETER J. PHIPPS
Trial Attorney

PAUL A. DEAN
(Member of the New York Bar)
Trial Attorney, U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Ave., N.W., Rm. 7134
Washington, D.C. 20001
Tel.: (202) 514-1280 / Fax: (202) 616-8470
Paul.Dean@usdoj.gov
*Attorneys for Defendant*