UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Next Court Date: Status Conference |
| ) | Scheduled for January 17, 2008 |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | Hon. Emmet G. Sullivan |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants hereby move for an extension of time of 14 days to file their Rule 26(a)(2) statements. Under the Court's Scheduling and Magistrate Referral Letter of February 20, 2007 (Docket #18), defendants' Rule 26(a)(2) statements are due on November 15, 2007. To accommodate the schedules and workloads of their counsel, defendants hereby request a two-week extension. Pursuant to local rule, defendants' counsel conferred with plaintiff's counsel on November 9, 2007, and in that conversation plaintiff's counsel stated that he did not oppose defendants' request. Defendants have not requested a prior extension of time with respect to the Rule 26(a)(2) statements, and do not believe that this extension will prejudice the parties or affect other scheduling deadlines in this matter.

For the foregoing reasons, Defendants' Unopposed Motion for an Extension of Time should be granted, and defendants should have until November 29, 2007, to file their Rule 26(a)(2) statements.

Dated: November 15, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director

   /s/ Peter J. Phipps
PETER J. PHIPPS
PAUL A. DEAN
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants