UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEE PAIGE,  )<br>  )<br>　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DRUG  )<br>ENFORCEMENT ADMINISTRATION  )<br>et al.,  )<br>  )<br>　　Defendants.  )<br>  ) | Civil Action No. 1:06cv00644<br><br>Hon. Emmet G. Sullivan |

PROPOSED ORDER REGARDING
DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

　　Defendants' Unopposed Motion for an Extension of Time is granted, and defendants have until November 29, 2007, to file their Rule 26(a)(2) statements.

_____
UNITED STATES DISTRICT JUDGE