UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                    **CASE NO.: 1:06-cv-00644-EGS**

**UNITED STATES DEPARTMENT OF JUSTICE,
DRUG ENFORCEMENT ADMINISTRATION, ET AL.**
    **Defendant.**
_____/

**THIRD SUPPLEMENT TO RULE 26 DISCLOSURES**

    Attached is a second supplement to Victor Wright's report.

                                          Respectfully submitted,

                                          S/Ward A. Meythaler
                                          Ward A. Meythaler

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                          s/Ward A. Meythaler
                                          Ward A. Meythaler
                                          Florida Bar No.: 0832723
                                          Merkle & Magri, P.A.
                                          5415 Mariner Street, Suite 103
                                          Tampa, FL 33609
                                          TEL: (813) 281-9000
                                          FAX: (813) 281-2223
                                          wamsecy@merklemagri.com