## SECOND SUPPLEMENT TO REPORT OF VICTOR WRIGHT

This is a second supplement to my previous report. I have reviewed various DVDs which I understand have been produced by the DEA in this case. In reviewing these DVDs, I found the additional following information contained in the DVDs:

1.  I previously reported that information on N-3 and N-6 shows that the video-recordings on those CDs or DVDs came from a file which was originally stored on an electronic storage device (such as a server or a computer) on April 15, 2004 at 3:12 p.m. The time was actually 2:12 p.m. Further, N-6 contains the title "Orlando MPG." Consequently, it is my professional opinion that N-6 appears not to have been created from N-3, but from another source such as a server in Orlando.

2.  I previously reported that information on N-8(2), N-12(B) and N-12(C) shows that the video-recordings on those DVDs came from a file which was originally stored on an electronic storage device on April 17, 2004 at 4:05 a.m. The time was actually 3:05 a.m.

3.  N-13. The CD labeled N-13 contains a video-recording which is 4 minutes and 9 seconds long. Before the video appears, information appears on the CD that indicates that the video-recording contained on N-13 was at one time burned from one electronic storage device (such as a hard drive, CD Rom or DVD) to another using Roxio software. The Roxio introduction would have been added by the person burning the CD. Information on the CD shows that the video-recording on the CD came from a file which was originally stored on an electronic storage device (such as a server or a computer) on April 15, 2004 at 2:12 p.m.

_Victor Wright_
Victor Wright