**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                              **CASE NO.: 1:06-cv-00644-EGS**

**UNITED STATES DEPARTMENT OF JUSTICE,
DRUG ENFORCEMENT ADMINISTRATION, ET AL.**
    **Defendant.**
_____/

**ERRATA PLEADING**

    Attached please find the **signed** Supplement to Report of Victor Wright. Document numbers 24-2 and 25-2 were the same document as the attached Supplement to Report of Victor Wright, but were unsigned versions which were filed inadvertently.

                                                 Respectfully submitted,

                                                 S/Ward A. Meythaler
                                                 Ward A. Meythaler

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                                 s/Ward A. Meythaler
                                               Ward A. Meythaler
                                               Florida Bar No.: 0832723
                                               Merkle & Magri, P.A.
                                               5415 Mariner Street, Suite 103
                                               Tampa, FL 33609
                                               TEL: (813) 281-9000
                                               FAX: (813) 281-2223
                                               wamsecy@merklemagri.com