UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>et al.,<br><br>    Defendants. | Civil Action No. 1:06cv00644<br><br>Next Court Date: Status Conference<br>Scheduled for January 17, 2008<br><br>Hon. Emmet G. Sullivan |

**NOTICE OF RULE 26(a)(2) STATEMENTS**

Defendants hereby file their Rule 26(a)(2) statements with the court, which consists of the attached expert report of Mr. Keith S. Santillo.

Dated: November 29, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director

   /s/ Peter J. Phipps
PETER J. PHIPPS
PAUL A. DEAN
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:

Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants