# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEE PAIGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:06cv00644** |
| | ) | |
| **v.** | ) | **Next Court Date: Status Conference** |
| | ) | **Scheduled for January 17, 2008** |
| **UNITED STATES DRUG** | ) | |
| **ENFORCEMENT ADMINISTRATION** | ) | **Hon. Emmet G. Sullivan** |
| **and the UNITED STATES OF** | ) | |
| **AMERICA** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEPOSITIONS AND INDEPENDENT MEDICAL EXAMINATIONS

The parties hereby jointly move for an extension of time of one month to complete depositions and independent medical exams in this matter. Under the Court's Scheduling and Magistrate Referral Letter of February 20, 2007 (Docket #18), all discovery is set to close on December 31, 2007. To accommodate the logistics of deposition scheduling as well as the workloads and vacation schedules of deponents and counsel, the parties request a one-month extension of discovery – limited to depositions and independent medical exams – resulting in a discovery cut-off date of February 1, 2008.

Scheduling discovery in this case has involved coordinating the schedules of DEA special agents and senior employees, as well as travel to multiple cities. Nonetheless, the parties have managed to complete twenty depositions to date, and they have approximately a dozen depositions remaining. Due to the scheduling issues in this case and the holidays, the parties jointly agree that more time is required to complete the remaining depositions and any needed independent medical examinations. The parties have not sought any prior extensions with

respect to the discovery cut-off.  This extension will not prejudice the parties or affect other scheduling in this matter; to the contrary, it will facilitate scheduling and the parties' completion of deposition discovery.

For the foregoing reasons, the Joint Motion for Extension of Time For Depositions and Independent Medical Exams should be granted, and the parties should have until February 1, 2008, to complete deposition and independent medical exam discovery.

Dated: December 21, 2007

 /s/ Ward A. Meythaler
WARD A. MEYTHALER
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, FL 33609
Tel:  (813) 281-9000
Fax:  (813) 281-2223
wamsecy@merklemagri.com

Attorney for Plaintiff

Respectfully submitted,

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director

    /s/ Peter J. Phipps
PETER J. PHIPPS
PAUL A. DEAN
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants