UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | |
| and the UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER REGARDING JOINT MOTION FOR EXTENSION OF TIME FOR DEPOSITIONS AND INDEPENDENT MEDICAL EXAMINATIONS**

The Joint Motion for Extension of Time For Depositions and Independent Medical Exams is granted, and the parties shall have until February 1, 2008, to complete deposition and independent medical examination discovery.

_____
UNITED STATES DISTRICT JUDGE