## THIRD SUPPLEMENT TO REPORT OF VICTOR WRIGHT

This is a third supplement to my previous report.

1. I originally reported that information on N-3 and N-6 shows that the video-recordings on those CDs or DVDs came from a file which was originally stored on an electronic storage device (such as a server or a computer) on April 15, 2004 at 3:12 p.m. When I later checked this time again, it appeared that the time was actually 2:12 p.m.; and I reported that in my Second Supplement. Since then, I have again checked the CDs or DVDs and determined that a change in Daylight Savings Time caused the above-mentioned different time readings. Consequently, it does appear that the video-recordings on the aforementioned CDs or DVDs came from a file which was originally stored on an electronic storage device (such as a computer server or a computer) on April 15, 2004 at 3:12 p.m.

2. Since my deposition, I have further reviewed Roxio software. I have determined that if a Roxio "introduction" is added to a video which has been burned to a CD or DVD, it can be removed when downloading the video to another electronic storage device. To the extent that my testimony was inconsistent with this, my testimony at my deposition was incorrect.

3. I originally reported that information on N-8(2), N-12(B) and N-12(C) shows that the video-recordings on those DVDs came from a file which was originally stored on an electronic storage device on April 17, 2004 at 4:05 a.m. When I later checked this time again, it appeared that the time was actually 3:05 a.m.; and I reported that in my Second Supplement. Since then, I have determined that a change in Daylight Savings Time caused the different time readings. Consequently, it does appear that the aforementioned video-recordings did come from a file which was originally stored on an electronic storage device on April 17, 2004 at 4:05 a.m.

4. I previously reported that information on N-13 shows that the video-recording on the CD came from a file which was originally stored on an electronic storage device (such as a server or a computer) on April 15, 2004 at 2:12 p.m. This time reading also appears to be incorrect because it did not take into account a change in Daylight Savings Time. Consequently, it appears that the information on N-13 shows that the video-recording on the CD came from a file which was originally stored on an electronic storage device (such as a server or a computer) on April 15, 2004 at 3:12 p.m.

_Victor Wright_
Victor Wright