**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                                                    **CASE NO.: 1:06-cv-00644-EGS**

**UNITED STATES DEPARTMENT OF JUSTICE,**
**DRUG ENFORCEMENT ADMINISTRATION, ET AL.**
    **Defendant.**
_____/

**FIFTH SUPPLEMENT TO RULE 26 DISCLOSURES**

Attached is a fourth supplement to Victor Wright's report.

                                                  Respectfully submitted,

                                                  S/Ward A. Meythaler
                                                  Ward A. Meythaler

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                                  s/Ward A. Meythaler
                                                  Ward A. Meythaler
                                                  Florida Bar No.: 0832723
                                                  Merkle & Magri, P.A.
                                                  5415 Mariner Street, Suite 103
                                                  Tampa, FL 33609
                                                  TEL: (813) 281-9000
                                                  FAX: (813) 281-2223
                                                  wamsecy@merklemagri.com