## FOURTH SUPPLEMENT TO REPORT OF VICTOR WRIGHT

This is a fourth supplement to my previous report.

1. I previously reported in my second supplement that it was my opinion that N-6 appeared not to have been created from N-3, but from another source such as a server in Orlando. I understand that Mr. Derek Maltz has testified that N-6 is a copy of the video that was downloaded to his laptop from a disc provided to him by Mr. Bendekovic and subsequently copied from that laptop to a second laptop and from the second laptop to a third laptop. I understand that the disc provided by Mr. Bendekovic for copying to Mr. Matlz's laptop was apparently a copy of N-3. If that was the case, it is no longer my opinion that N-6 did not ultimately result from N-3.

2. I have reviewed the CD-Rs marked DEA 2225 and DEA 2234, which I understand have been produced by the DEA in this case. It is my opinion that the contents of the videos appearing on these two CD-Rs are the same; and that the contents of those two videos are the same as the contents on N-3, N-4, N-6 and N-13. I understand that N-3 and N-13 were made by Mr. Shafer and provided to Mr. Gruden with other identical copies. I assume that these were the only original identical copies of this particular version of the video of Mr. Paige's accidental discharge. It is my opinion that DEA 2225 and DEA 2234 (as well as N-6 and N-4) ultimately originated from one or possibly two of the aforesaid copies provided to Mr. Gruden.

3. I have reviewed N-8(2), N-12(b) and N-12(c), which appear to be identical copies. Those videos contain a count-down from 22:58 to 22:07 as well as various letters, numbers and symbols which begin at 22:16. These include "__ __ : __ __ AM"; "PLAY"; "EP"; "HI FI"; "REMAIN 6:04"; "COUNT 0:22:16"; and the symbol for a video-recorder. I believe "EP" stands for extended play. These letters, numbers and symbols do not appear on the original

mini-DV[1] or N-10(1)[2]. Consequently, it does not appear that N-8(2), N-12(b) and N-12(c) were copied directly from the mini-DV or N-10(1). It appears and it is my opinion that the contents or part of the contents of the mini-DV or some type of copy [such as N-10(1)] were copied to a VHS-tape through the use of a VHS recorder. It appears that while this copy was made, the VHS-recorder created the aforesaid count-down, letters, numbers and symbols. This tape (containing the aforesaid count-down, letters, numbers and symbols) would appear to be and it is my opinion that it is the source, whether directly or through repeated copies, for N-8(2), N-12(b) and N-12(c)

_____
Victor Wright

---

[1] I understand that N-11 is a copy of the original mini-DV.
[2] I understand that N-10(1) is a VHS copy of most of the contents of N-11.

2