## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEE PAIGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv00644 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DRUG | ) | |
| ENFORCEMENT ADMINISTRATION | ) | |
| and UNITED STATES OF AMERICA, | ) | Hon. Emmet G. Sullivan |
| | ) | |
| Defendants. | ) | |
| | ) | |

### Proposed ORDER

Defendant United States of America's Motion for Judgment on the Pleadings, having

come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant United States

of America with respect to the false light component of Count II of plaintiff's complaint.


_____
UNITED STATES DISTRICT JUDGE