UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.                                        CASE NO.: 06-0644-EGS

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

    Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

On February 4, 2008, Defendant United States filed a Motion for Partial Summary Judgment on the Pleadings. A response is due eleven days later or on February 15, 2008. Plaintiff requests an extension until February 22, 2008 to file his response.

Plaintiff makes this request because part of one of the issues turned out to be more complicated than expected and requires additional research. In addition, the undersigned has encountered two unexpected family emergencies in the last several days which have required his time. This extension will not necessitate a request for any changes in any other deadlines.

On February 13, 2008, the undersigned spoke with the attorney for the United States who stated that he had no objection to this motion.

WHEREFORE, plaintiff requests an extension of time until February 22, 2008 to file his response to the Motion for Partial Judgment on the Pleadings.

                                              Respectfully submitted,

                                              s/ Ward A. Meythaler
                                              Ward A. Meythaler

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                                s/Ward A. Meythaler
                                                Ward A. Meythaler
                                                Florida Bar No.: 0832723
                                                Merkle & Magri, P.A.
                                                5415 Mariner Street, Suite 103
                                                Tampa, FL 33609
                                                TEL: (813) 281-9000
                                                FAX: (813) 281-2223
                                                wamsecy@merklemagri.com