UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, </br></br>Plaintiff, </br></br>v. </br></br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION and UNITED STATES OF AMERICA, </br></br>Defendants. | Civil Action No. 1:06cv00644 </br></br>Hon. Emmet G. Sullivan |

NOTICE OF JOINT PROPOSED SCHEDULE FOR
SUMMARY JUDGMENT BRIEFING

Pursuant to the Court's Minute Order of February 22, 2008, which directed the parties to submit a joint proposed summary judgment briefing schedule, the parties have conferred and propose the following briefing schedule for summary judgment motions:

Summary Judgment Motions Due:   May 9, 2008

Memoranda in Opposition Due:   June 6, 2008

Reply Memoranda Due:   June 25, 2008

Both parties intend to move for summary judgment, and they propose this schedule to govern both sets of briefing. Furthermore, the parties request oral argument on the motions, if the court deems it appropriate.

Dated: March 3, 2008                              Respectfully submitted,

 /s/ Ward A. Meythaler                          JEFFREY BUCHOLTZ
WARD A. MEYTHALER                         Assistant Attorney General
Merkle & Magri, P.A.
550 North Reo Street, Suite 301             JEFFREY A. TAYLOR
Tampa, FL 33609                                  United States Attorney

Tel: (813) 281-9000
Fax: (813) 281-2223
wamsecy@merklemagri.com

Attorney for Plaintiff

ELIZABETH J. SHAPIRO
Assistant Branch Director

   /s/ Peter J. Phipps
PETER J. PHIPPS
PAUL A. DEAN
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants