UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | Hon. Emmet G. Sullivan |
| and the UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO FILE EXCESS PAGES
FOR SUMMARY JUDGMENT BRIEFING**

The parties jointly move to file excess pages – from 45 pages to 75 pages – for their memoranda of points and authorities in support of summary judgment. By local rule, the page limit for memoranda of points and authorities in support of a motion is 45 pages, see D.D.C. Civil Rule 7(e). However, given the volume of facts and the complexity of the legal issues, the parties agree that 75 pages is required to adequately advise the Court of their respective positions. Moreover, by Minute Order of February 23, 2008, the Court denied without prejudice defendants' motion for judgment on the pleadings and explained that the Court would address all potentially dispositive motions at summary judgment. This request for additional pages is also needed to incorporate those prior arguments.

For these reasons, the parties respectfully request an extension of 30 pages (for a total of 75 pages each) for their memoranda of points and authorities in support of summary judgment.

Dated: May 8, 2008                               Respectfully submitted,

 /s/ Ward A. Meythaler                           GREGORY G. KATSAS

| | |
|---|---|
| WARD A. MEYTHALER<br>Merkle & Magri, P.A.<br>5415 Mariner Street, Suite 103<br>Tampa, FL 33609<br>Tel: (813) 281-9000<br>Fax: (813) 281-2223<br>wamsecy@merklemagri.com<br><br>Attorney for Plaintiff | Acting Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH SHAPIRO<br>Assistant Branch Director<br><br>　　/s/ Peter J. Phipps<br>PETER J. PHIPPS<br>PAUL A. DEAN<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 616-8482<br>Fax: (202) 616-8470<br>peter.phipps@usdoj.gov<br><br><u>Mailing Address:</u><br>Post Office Box 883<br>Washington, D.C. 20044<br><br><u>Courier Address:</u><br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 |