UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | Hon. Emmet G. Sullivan |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | |
| and the UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER REGARDING JOINT MOTION TO FILE EXCESS PAGES FOR SUMMARY JUDGMENT BRIEFING**

The Joint Motion to File Excess Pages For Summary Judgment Briefing is granted, and the parties shall have 75 pages for their memoranda of points and authorities in support of summary judgment.

_____
UNITED STATES DISTRICT JUDGE