UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | Hon. Emmet G. Sullivan |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants hereby move for an extension of time of seven (7) days for the parties to serve their summary judgment motions. By Minute Order dated March 3, 2008, the Court set May 9, 2008, as the due date for summary judgment motions. To accommodate the schedules and workloads of counsel, defendants hereby request a one-week extension for the summary judgment motion dates (of both parties). Pursuant to local rule, defendants' counsel conferred with plaintiff's counsel on May 7, 2008, and in that conversation plaintiff's counsel stated that he did not oppose defendants' request. In light of defendants' request, plaintiff requests leave to file his brief at the same time as defendants. There have been no prior requests for extensions of time with respect to the summary judgment motions.

For the foregoing reasons, Defendants' Unopposed Motion for an Extension of Time should be granted, and the parties should have until May 16, 2008, to serve their summary judgment motions.

Dated: May 8, 2008                                   Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director

    /s/ Peter J. Phipps
PETER J. PHIPPS
PAUL A. DEAN
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants