UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DRUG  )<br>ENFORCEMENT ADMINISTRATION  )<br>and the UNITED STATES OF  )<br>AMERICA  )<br>  )<br>   Defendants.  )<br>  ) | Civil Action No. 1:06cv00644<br><br>Hon. Emmet G. Sullivan |

**PROPOSED ORDER REGARDING DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants' Unopposed Motion for Extension of Time is granted, and the parties shall have until May 16, 2008, to serve their summary judgment motions.

_____
UNITED STATES DISTRICT JUDGE