`UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                          **CASE NO.: 01:06-cv-0644**

**UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION, et al.**

    **Defendants.**
_____/

**<u>PLAINTIFF'S NOTICE OF FILING BULKY EXHIBITS AND CD AND DVD EXHIBITS</u>**

    Pursuant to Rule 5.4(e)(1) of the local rules of the District Court for the District of Columbia, notice is hereby given that the exhibits to the Plaintiff's Motion for Partial Summary Judgment and to Strike Various Defenses exceeds 500 pages. In addition, five of the exhibits (Exhibits 6, 10, 13, 15 and 45a) consist of video-recordings on CD's or DVD's. Consequently, Plaintiff has submitted the following:

    1.    A paper copy of each paper exhibit and a disc copy of each disc video exhibit (i.e. Exhibits 6, 10, 13, 15, and 45a).

    2.    A disc containing all of the paper exhibits.

    3.    An extra disc copy of each disc video exhibit.

    Counsel for the Government has been served with paper copies of the paper exhibits, a disc of the paper exhibits and disc copies of the disc video exhibits.

    A list of the Plaintiff's exhibits is being filed in paper copy with the hard copies of the exhibits; is being filed electronically; and has been added to the afore-mentioned disc containing the paper exhibits.

Respectfully submitted,

S/Ward A. Meythaler
Ward A. Meythaler

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

s/Ward A. Meythaler
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com