UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.                                              CASE NO.: 01:06-cv-0644

UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION, et al.

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE VARIOUS DEFENSES

    Plaintiff Lee Paige moves for partial summary judgment on the issue of liability as to both Count I and Count II.  Further, Paige moves to strike or for summary judgment on the Government's affirmative defenses.

                                                            Respectfully submitted,

                                                             S/Ward A. Meythaler
                                                             Ward A. Meythaler

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                              s/Ward A. Meythaler
                                              Ward A. Meythaler
                                              Florida Bar No.: 0832723
                                              Merkle & Magri, P.A.
                                              5415 Mariner Street, Suite 103
                                              Tampa, Florida 33609
                                              TEL: (813) 281-9000
                                              FAX: (813) 281-2223
                                              wamsecy@merklemagri.com