## Notices
1:06-cv-00644-EGS PAIGE v. UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
PROSE-NP, STAYED, TYPE-I

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Meythaler, Ward on 5/16/2008 at 12:01 PM and filed on 5/16/2008

**Case Name:** PAIGE v. UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
**Case Number:** 1:06-cv-644
**Filer:** LEE PAIGE
**Document Number:** 41

**Docket Text:**
**NOTICE** *of Filing Bulky Exhibits and CD and DVD Exhibits* **by LEE PAIGE (Meythaler, Ward)**

**1:06-cv-644 Notice has been electronically mailed to:**

Paul A. Dean    paul.dean@usdoj.gov

Joseph D. Magri    jmagri@merklemagri.com

Ward A. Meythaler    wamsecy@merklemagri.com

Peter J. Phipps    peter.phipps@usdoj.gov, pjp1973@yahoo.com

**1:06-cv-644 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\WAM\Paige\Pleadings\Notice of filing bulky exhibit.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/16/2008] [FileNumber=1795146-0]
[acdaca40570f886589b38d3f00f79ecc5c94aa5e535354770be8edd684cffd29d3f3
8791dfd165890305c005bc7adff561201fdfde8f54dc688e3572c4b9a3d2]]