UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.                                           CASE NO.: 01:06-cv-0644

UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION, et al.

    Defendants.

_____/


## PLAINTIFF'S LIST OF SUBMITTED OR AVAILABLE EXHIBITS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE VARIOUS DEFENSES

The Plaintiff has filed a Motion for Partial Summary Judgment and to Strike Various Defenses. The following exhibits are submitted to the court in support of that motion unless indicated as "not included, but available if required." Some video exhibits have not been included because it was not thought that there would be any need for the court to view them.

### EXHIBIT LIST

1.     DEA Office of Inspections Shooting Investigation File IN-GB-032S/SA Lee Paige.

1a.    DEA Office of Inspections Shooting Investigation File IN-GB-032S/SA Lee Paige (correspondence part of file).

2.     Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories.

3.     Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories.

4.     Defendants' Objections and Responses to Plaintiff's Third Set of Interrogatories.

5.     Defendants' Objections and Responses to Plaintiff's Fourth Set of Interrogatories.

6.     Original Mini-DV cassette video-recording recorded by Brunson (OPR Exhibit 11). DVD copy submitted.

7.    Photocopy of original Mini-DV.

8.    VHS-1 (OPR Exhibit N-10(1)).  VHS video-tape of Mini-DV made by Patterson. Not included, but available if required.

9.    VHS-4 (OPR Exhibit N-9).  VHS video-tape of AD provided to OPR by Baughman. Not included, but available if required.

10.    D-2 (OPR Exhibit N-13).  CD of AD provided to OPR by Derr.  CD copy submitted.

11.    D-3 (OPR Exhibit N-3).  CD of AD provided to OPR by Bendekovic.  Not included, but available if required.

12.    LT-3 (OPR Exhibit N-6).  CD of AD burned from Maltz's laptop.  Not included, but available if required.

13.    D-8 (OPR Exhibit N-4).  CD of AD provided to OPR by Naughton.  CD copy submitted.

14.    OPR Exhibit N-8(1)).  CD of television news reports of AD provided to OPR by White.  Not included, but available if required.

15.    D-10 (OPR Exhibit N-8(2)).  DVD of Paige's DRP provided to OPR by White.  DVD copy submitted.

16.    OPR Exhibit N-8(3).  DVD of television news reports of AD provided to OPR by White.  Not included, but available if required.

17.    OPR Exhibit N-12(A).  DVD of television news reports of AD provided to OPR by White.  Not included, but available if required.

18.    D-11 (OPR Exhibit N-12(B)).  DVD of Paige's DRP provided to OPR by White.  Not included, but available if required.

19.    D-12 (OPR Exhibit N-12(C)).  DVD of Paige's DRP provided to OPR by White.  Not included, but available if required.

20.    OPR Exhibit N-12(D).  DVD of television news reports of AD provided to OPR by White.  Not included, but available if required.

21.    DEA-7a for OPR Exhibit N-3 (D-3).

22.    DEA-7a for OPR Exhibit N-4 (D-8).

23.    DEA-7a for OPR Exhibit N-6 (LT-3).

24.    DEA-7a for OPR Exhibit N-7.

25.    DEA-12 for OPR Exhibit N-7.

26.    DEA-7a for OPR Exhibit N-8 (D-10 and others)

27.    DEA-7a for OPR Exhibit N-9 (VHS-4).

28.    DEA-7a for OPR Exhibit N-12(D-11, D-12 and others).

29.    DEA-7a for OPR Exhibit N-13 (D-2).

30.    DEA-12 for OPR Exhibit N-13 (D-2).

31.    OYMGA brochure.

32.    IN Shooting Incident Data Base Entry for Lee Paige.

33.    ODO record of Federal Express shipment on April 15, 2004 from Gruden to Dearing.

34.    ODO record of Federal Express shipment on June 23, 2004 from Collins to West.

35.    April 29, 2004 letter from McAleer to Dorsey returning redacted copy of Mini-DV.

36.    August 13, 2004 memorandum from McAleer to Guevara.

37.    September 2, 2004 Office of Inspections, SAIRC Determinations.

38.    September 7, 2004 Audio Visual Services Request for DVD by White.

39.    October 6, 2004 memorandum of referral from the SAIRC to the BPC.

40.    December 2, 2004 BPC memorandum transmitting Paige's letter of proposed suspension to the Miami Acting SAC.

41.    December 2, 2004 BPC memorandum transmitting Paige's letter of proposed suspension to the Deciding Official.

42.    December 2, 2004 BPC's letter of proposed suspension and signature page acknowledging delivery to Paige.

43.    March 7, 2005 Deciding Official memorandum and attached Decision Letter and signature page acknowledging delivery to Paige.

44.    March, 2005 Kimberly Chase e-mail chain.

44a.  Video-recording attached to Chase e-mail.  Not included, but available if required.

45.  March, 2005 Leon Palmer e-mail chain.

45a.  Video-recording attached to Palmer e-mail.  CD copy submitted.

46.  DEA report regarding news coverage of internet disclosure of video-recording.

47.  March 25, 2005 memorandum from Burns to McAleer regarding disclosure of video-recording.

48.  November 3, 2005 letter from Meythaler to Tandy requesting investigation.

49.  November 15, 2005 McAleer memo to Guevara stating investigation was warranted.

50.  December 22, 2005 Meythaler letter to Tandy regarding investigation request.

51.  January 27, 2006 Bryfonski letter to Meythaler regarding OPR investigation.

52.  June 25 and 26, 2007 Meythaler letters to Goldman regarding I-CAUGHT media appearance.

53.  June 29, 2007 Goldman letter to Meythaler regarding I-CAUGHT media appearance.

54.  Santillo expert report.

55.  DEA organizational chart.

56.  DEA Agents Manual excerpts, § 6114 (Shooting Incidents and Assaults).

57.  DEA Planning and Inspection Manual excerpts, § 8231 (Shooting Incidents and Assaults), § 8233 (Investigation of Shooting Incidents and Assaults), and § 8234 (Shooting and Assault Incident Review).

58.  DEA Agents Manual excerpts, § 6661 (Physical Evidence, General), § 6681 (Non-drug Property).  Recent excerpts.

59.  DEA Agents Manual excerpts, § 666 (Physical Evidence).  Older excerpts.

60.  Findings and Conclusions in Baras v. U.S.A., case No. 8:02-cv-660-T-27TBM (M.D. Fla., 2004).

61.  April 12, 2006 Meythaler letter to Collins.

62.  April 12, 2006 Trouville memorandum to Paige.

63.    October 20, 2006 Chief Inspectors Bulletin.

64.    Affidavit of Lee Paige.

65.    Barker, Keith -- deposition excerpts.

66.    Baughman, Mark - deposition excerpts.

67.    Bendekovic, Rick - deposition excerpts.

68.    Bowman, Christopher - deposition excerpts.

69.    Brunson, Joseph - deposition excerpts.

70.    Burns, James - deposition excerpts.

71.    Clark, Kevin - deposition excerpts.

72.    Clifford, Amy - deposition excerpts.

73.    Collins, Stephen - deposition excerpts.

74.    Crawford, Waddie - deposition excerpts.

75.    Derr, Steven - deposition excerpts.

76.    Dorsey, Dr. Tommy - deposition excerpts.

77.    Gregg, Thomas - deposition excerpts.

78.    Gruden, Peter - deposition excerpts.

79.    Gugliotta, Natalie - deposition excerpts.

80.    Lutz, William - deposition excerpts.

81.    Maltz, Derek - deposition excerpts.

82.    Matthews, L.D. - deposition excerpts.

83.    McAleer, Gerard – deposition excerpts.

84.    Morris, Lenora - deposition excerpts.

85.    Naughton, Kevin - deposition excerpts.

86.    Paige, Lee - deposition excerpts.

87.    Paige, Robbin - deposition excerpts.

88.    Patterson, Robert - deposition excerpts.

89.    Queen, Marquita - deposition excerpts.

90.    Quinn, Robert - deposition excerpts.

91.    Reinke, Kent - deposition excerpts.

92.    Santillo, Keith - deposition excerpts.

93.    Scully, Kevin - deposition excerpts.

94.    Shafer, Jeffrey - deposition excerpts.

95.    Walker, Walter - deposition excerpts.

96.    Weiss, Karl - deposition excerpts.

97.    White, Greg - deposition excerpts.

98.    Wise, James - deposition excerpts.

99.    Wright, Victor - deposition excerpts.

100.    Wright's expert reports.

101.    July 9, 2004 Gruden evaluation of Paige.

102.    Government's Privacy Act Guidelines.

Respectfully submitted,

S/Ward A. Meythaler
Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and I mailed a copy of the following with a hard copy of the exhibits to:

7

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                        s/Ward A. Meythaler
                                        Ward A. Meythaler
                                        Florida Bar No.: 0832723
                                        Merkle & Magri, P.A.
                                        5415 Mariner Street, Suite 103
                                        Tampa, Florida 33609
                                        TEL: (813) 281-9000
                                        FAX: (813) 281-2223
                                        wamsecy@merklemagri.com