UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv00644 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | |
| and UNITED STATES OF AMERICA, ) | Hon. Emmet G. Sullivan |
| ) | |
| Defendants. ) | |

**Proposed ORDER**

Defendants' Motion for Summary Judgment, having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of Defendant the United States Department of Justice, Drug Enforcement Administration on Count I (the Privacy Act) and in favor of the United States of America on Count II (the FTCA for privacy torts).

_____
UNITED STATES DISTRICT JUDGE