UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE PAIGE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>and UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 1:06cv00644<br><br><br><br><br><br>Hon. Emmet G. Sullivan |

**DEFENDANTS' NOTICE REGARDING BULKY EXHIBITS AND DVD EXHIBIT**

Pursuant to D.D.C. Civil Rule 5.4(e)(1), defendants hereby give notice that the exhibits to the Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1 (Exhibits 1-52, exclusive of Exhibit 40) exceed 500 pages. These exhibits (Exhibits 1-52, exclusive of Exhibit 40) are in paper form and will be maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Also, defendants give notice that one of the exhibits, Exhibit 40 to the Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1, is a DVD. That exhibit will also be maintained in the case file in the Clerk's Office, and will be available for inspection between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Furthermore, defendants give notice that they have submitted the following to the Clerk's Office: (1) one two-volume hard copy the of exhibits to the Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1 (Exhibits 1-52, exclusive of Exhibit 40), and two DVDs of Exhibit 40, and (2) a CD containing a PDF version of the exhibits to the Defendants'

Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1 (Exhibits 1-52, exclusive of Exhibit 40).

Defendants have also served upon plaintiff's counsel one two-volume hard copy of the exhibits to the Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1 (Exhibits 1-52, exclusive of Exhibit 40) and one DVD of Exhibit 40 to the Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1.

Furthermore, a list of the exhibits to Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1 is included at the end of Defendants' Statement of Material Facts Pursuant to D.D.C. Civil Rule 56.1.  This list of exhibits is also included in each volume of the hard copies.

Dated: May 16, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


  /s/  Peter J. Phipps
PETER J. PHIPPS
PAUL A. DEAN
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants