UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                                     **CASE NO.: 06-0644-EGS**

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, et al.**

    **Defendant.**

_____/

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Lee Paige and Defendants United States of America and the Drug Enforcement Administration request an extension of time of 14 days to file briefs in response to each party's motion for summary judgment and a corresponding increase in time to submit reply briefs.

The briefing schedule in this case originally provided that motions for summary judgment would be filed on May 9, 2008; responses on June 6, 2008 and replies on June 25, 2008. The Government made an unopposed request and received a week's continuance or until May 16, 2008, which also applied to Plaintiff, to file its motion for summary judgment. However, the parties did not specifically request that the time for the responsive briefs be similarly extended. This resulted in both parties losing a week to prepare responsive briefs.

This case has involved approximately 36 depositions. The Government has filed a 37-page statement of material facts in support of its motion for summary judgment containing 261 assertions of material facts. Similarly, Plaintiff's motion for summary judgment contains a lengthy statement of material facts. Plaintiff is presently changing the format of that statement of material facts so that it can be submitted as a separate document with each assertion being separately numbered. It is anticipated that this will be filed by June 4, 2008. This statement will

be similar in length and the number of assertions as the Government's. In addition, the parties have submitted approximately 150 exhibits.

As a result of the large number of asserted material facts, both parties are and will continue to spend more time than expected checking and contesting, if appropriate, such assertions. Moreover, there are an unusual number of legal issues. Consequently, it is thought that more time will be required than just the week which has already been lost by the delayed filing of the motions for summary judgment. Therefore, the parties request an addition 14 days to file responsive briefs.

In addition to the foregoing, Paige's attorney represents that he has undergone numerous medical diagnostic procedures in the last few weeks which have substantially detracted from the time he has had available to work on this or other matters. Moreover, he is in a three person office and is not being assisted in any substantial way by any other attorneys, all of which has also independently resulted in a very serious need for an extension of time.

WHEREFORE, Plaintiff and the Defendants request an additional 14 days to respond to each other's motion for summary judgment or until June 20, 2008. In addition, the parties request that the reply briefs to the responses be accordingly extended until July 9, 2008.

Respectfully submitted,

s/Peter J. Phipps
Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

s/ Ward A. Meythaler
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, FL 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    Plaintiff,

v.                                                                                             **CASE NO.: 06-0644-EGS**

**UNITED STATES DRUG ENFORCEMENT**
**ADMINISTRATION, et al.**

    Defendant.                                                              Hon. Emmet G. Sullivan
_____/

**Proposed ORDER**

    The parties' Joint Motion for Extension of Time having come before the Court, and the Court having considered that motion, it is hereby

    ORDERED that the motion is granted and the parties shall have until June 20, 2008 to file responses to each other's motion for summary judgment. It is also ordered that reply briefs to the responses shall be filed on or before July 9, 2008.

                                                                                                  _____
                                                                                                  UNITED STATES DISTRICT JUDGE