**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                                          **CASE NO.: 06-0644-EGS**

**UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,**

    **Defendant.**
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO RESUBMIT
STATEMENT OF MATERIAL FACTS AS A SEPARATE DOCUMENT**

    Plaintiff Lee Paige moves this court for leave to resubmit his statement of material facts concerning his motion for summary judgment as a separate document.

    Rule 56.1 of the local rules of the D.C. District Court requires that a motion for summary judgment be accompanied by a statement of material facts. Plaintiff understood this to mean that the statement of material facts was to be part of or incorporated into his memorandum in support of his motion for summary judgment. In fact, as a result of this understanding, Plaintiff's attorney spent considerable time reducing plaintiff's memorandum of law in order to include the statement of material facts within the 45-page memorandum of law. Plaintiff's attorney assumed that a separately filed statement of material facts would have been perceived as an inappropriate way of basically getting around the page requirements for motions, especially since Plaintiff had sought permission to file a longer brief, which was denied.

    Defendants, on the other hand, understand Rule 56.1 to require the filing of a separate statement of material facts and consequently did file a separate statement of material facts.

Plaintiff believes that he properly followed the rules, but now understands that a separate statement of material facts may be required. In any event, it would appear that a separate statement of material facts with numbered paragraphs would make it more convenient for the Defendants to respond. Consequently, Plaintiff has agreed with Defendants to resubmit his statement of material facts as a separate document with numbered paragraphs on or before June 6, 2008. However, Plaintiff believes this can be accomplished by June 4, 2008. The proposed separate statement of material facts basically contains the same material facts set forth in Plaintiff's motion for summary judgment but in a separate document in a numbered format.

The undersigned has discussed this motion with the Government's attorney and the Government's attorney has no objection to this procedure and the relief requested in this motion.

WHEREFORE, Plaintiff requests leave to file a separate statement of material facts on or before June 4, 2008.

Respectfully submitted,

s/ Ward A. Meythaler
Ward A. Meythaler

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

<u>s/Ward A. Meythaler</u>
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, FL 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEE PAIGE,

    Plaintiff,

v.                                            CASE NO.: 06-0644-EGS

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, et al.

    Defendant.                           Hon. Emmet G. Sullivan
_____/

## Proposed ORDER

Plaintiff's Unopposed Motion to Resubmit Statement of Material Facts as a Separate Document, having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted and Plaintiff Lee Paige may file a separate statement of material facts on or before June 4, 2008.

_____
UNITED STATES DISTRICT JUDGE