UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                      **CASE NO.: 01:06-cv-0644**

**UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION, et al.**

    **Defendants.**
_____/

**PLAINTIFF'S LIST OF EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

The Plaintiff has filed a Motion for Partial Summary Judgment and to Strike Various Defenses. Plaintiff filed an Exhibit List of 102 exhibits in support of that motion.

Defendants have filed a Motion for Summary Judgment. Plaintiff has filed a Response to Defendants' Motion for Summary Judgment. In addition to the foregoing exhibits, the following exhibits are submitted in support of Plaintiff's Response to the Defendants' Motion for Summary Judgment.

**EXHIBIT LIST**

103. Travel Request and authorization.

104. May 13, 2008 letter from Phipps to Meythaler.

105. Photocopy of DVD received May 15, 2008 with Phipp's May 13, letter.

106. DVD of Paige's DRP provided by the Miami Field Office and produced with Phipp's May 13, 2008 letter. Not included, but available if required.

107. July 9, 2004 Gruden evaluation of Lee Paige.

108. August, 19, 2004 evaluation of Lee Paige.

109. March 17, 2005 email to Paige from Cecil.

110. Second affidavit of Lee Paige.

111. Oviedo Police Department records.

112. Planning and Inspection Manual, § 8306 (Employee Responsibilities and Standards of Conduct).

113. Personnel Manual, § 2735 (Employee Responsibilities and Conduct).

114. pcworld.com article.

115. Web junk article.

116. Government's brief in Montemayor v. Federal Bureau of Prisons.

173. Collins, Stephen – deposition excerpts.

176. Dorsey, Dr. Tommy – deposition excerpts.

177. Gregg, Thomas – deposition excerpts.

178. Gruden, Peter - deposition excerpts.

186. Paige, Lee – deposition excerpts.

187. Paige, Robbin – deposition excerpts.

197. White, Greg – deposition excerpts.

            Respectfully submitted,

            S/Ward A. Meythaler
            Ward A. Meythaler

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and I mailed a copy of the following with a hard copy of the exhibits to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                            s/Ward A. Meythaler
                                            Ward A. Meythaler
                                            Florida Bar No.: 0832723
                                            Merkle & Magri, P.A.
                                            5415 Mariner Street, Suite 103
                                            Tampa, Florida 33609
                                            TEL: (813) 281-9000
                                            FAX: (813) 281-2223
                                            wamsecy@merklemagri.com