U.S. Department of Justice — Official Travel Request and Authorization
*(Privacy Act Statement on reverse of Last Part)*

## REQUEST

**Traveler's Name:** Gregory A. White
**Social Security Account Number:** [redacted]
**Requested By / Signature:** Richard M. Dearing
**Title:** Assoc. DCI, IN
**Date:** 9-15-04

**Document Number:** IN4A01N0015
**Accounting Classification:** [redacted]
**Organization:** DOJ/DEA
**Official Duty Station:** Headquarters, Washington, D.C.

**Planned Itinerary**
Foreign travel must be approved as required by DOJ travel regulations.
From: Washington, D.C.
VIA: ___
VIA: ___
VIA: ___
VIA: ___
To: Orlando, FL
And return: ☒
Dep. Date: 04/19/04
Return Date: 04/21/04

**Estimated Cost**
Transportation: $254.70
Actual subsistence or per diem: $283.00
Other: $100.00
Total: $637.70
☒ ATM Advance Authorized

**Mode of Transportation Authorized** (Check applicable box(es))
☒ BY COMMON CARRIER
☐ BY GOVERNMENT-FURNISHED AUTO
☒ BY RENTAL VEHICLE OR SPECIAL CONVEYANCE
☐ BY PRIVATELY OWNED VEHICLE
☐ POV DETERMINED TO BE MOST ADVANTAGEOUS TO GOVERNMENT
☐ COST NOT TO EXCEED THAT OF COMMERCIAL CARRIER
☐ BASED ON COST OF GOVERNMENT FURNISHED AUTO
☒ 36.5 MILEAGE RATE AUTHORIZED
☐ OTHER
GSA (BOAC)

**Mode of Subsistence Authorized** (Check type)
☐ Actual subsistence up to $___ per day
Actual subsistence requires approval by appropriate authorizing official.
☐ Per diem based on lodging plus meals and incidental expenses NTE $___
☒ Per diem of $142.00 per day

**Other Authorization** (When the following type(s) of expense(s) can be anticipated, check the appropriate box(es))
☐ 1. Use of higher cost service when lower cost service is available on same mode of transportation. If first class is to be authorized forward to appropriate authorizing official.
☐ 2. Use of foreign flag carrier(s) as shown in justification statement below.
☐ 3. Use of privately owned vehicle when use of common carrier is most advantageous to the government.
☐ 4. Use of privately owned vehicle when use of government vehicle would be advantageous to the government.
☐ 5. Rental of business quarters (hire of room, quarters for conference, etc.)

**Purpose of Travel**
☐ a. Operational/Managerial
☐ b. Training
☐ c. Meetings, Conferences and Speeches
☐ d. Relocation Travel (attach Form DOJ-502)
☒ e. Other

**Justification** *(if appropriate)*
To investigate a shooting incident in Orlando, FL.

Travelers are accountable for all transportation tickets, Government Transportation Requests (GTR's), or other transportation procurement documents received by them in connection with their official travel. If trips are cancelled or itineraries changed after tickets (or GTR's) are issued to the traveler, the traveler is liable for the value of the tickets issued until all ticket coupons have been used for official travel purposes or all unused tickets or coupons are properly accounted for on the travel voucher. See paragraphs 1-3.5, 1-10.2a and 1-11.5h of Order DOJ 2200.11, Travel regulations, for administrative procedures on the control of and accountability for passenger transportations documents.

## AUTHORIZATION

You are authorized to travel at government expense in accordance with DOJ travel regulations, under the conditions outlined in this authorization. You are also authorized to make long distance telephone calls when they are necessary and in the interest of the government.

Signature: Richard M. Dearing
Title: Associate Deputy Chief Inspector, Inspections Division
Date: 4-15-04

Authorization of actual subsistence and foreign travel is limited by DOJ travel regulations.

A travel voucher must be submitted within 10 workdays after the travel is completed, or not later than the 10th [of the month for] persons in a continuous travel status who file monthly vouchers.

**PLAINTIFF'S EXHIBIT 103**

FORM DOJ-501 JUL 90

1. ORIGINAL (For submission with travel voucher) 2. OBLIGATION COPY 3. EMPLOYEE COPY 4. FOR ADMINISTRATIVE USE.

TEAM B