

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

*Via U.S. Mail:*  *Via Special Delivery:*
P.O. Box 883, Rm. 7136  20 Massachusetts Ave., NW
Washington, DC 20044  Washington, DC 20001

---

Peter J. Phipps
Trial Attorney

Telephone: (202) 616-8482
Fax: (202) 616-8470
Email: peter.phipps@usdoj.gov

May 13, 2008


RECEIVED
MAY 1 5 2008

*Via Federal Express*

Ward A. Meythaler, Esq.
Law Offices of Merkle & Magri, P.A.
5415 Mariner St., Suite 103
Tampa, FL 33609
(813) 281-9000

Re:  Paige v. DEA et al., 06-644 (D.D.C.) (Sullivan, J.)

Dear Ward:

To follow-up on our telephone conversation yesterday, enclosed please find a supplemental production that was just discovered Bates-labeled, DEA002780 to DEA002820.

Sincerely,

Peter J. Phipps

Enclosures



PLAINTIFF'S EXHIBIT 104