



PLAINTIFF'S EXHIBIT 105

DEA002819