# Memorandum



| Subject: Midyear Progress Review/Interim Evaluation | Date August 19, 2004 |
|---|---|

To
Lee Paige
Special Agent
Enforcement Group One

From
Stephen R. Collins
ASAC
Orlando DO

As evidenced by your DEA Form 460, you received a standardized Work Plan for a GS-1811/Grade 13 Special Agent on March 30, 2004. Although this Work Plan varies slightly from your prior Work Plans (mainly dealing with an emphasis on financial investigations), each Job Element remains the same:

* Initiates, Plans and Coordinates Investigations and Enforcement Operations;
* Identifies, Collects and Analyzes Information and Evidence;
* Recruits, Develops, Controls, Debriefs, and Documents Confidential Sources;
* Conducts Searches and Seizures, and Makes Arrests;
* Develops Constructive Working Relations;
* Gives Briefings, Makes Oral Presentations and/or Testifies;
* Prepares Reports and Forms.

A review of your Time and Attendance file for the time period of January 1, 2004 through June 30, 2004, indicates that you were in the Orlando DO for a period of 29 days. You were on temporary duty for Operation BAT during the month of January 2004. You returned from OPBAT and subsequently traveled TDY on three separate occasions to testify in the Bahamas. You were assigned normal duties until you were on workman's compensation/sick leave from April 9 – June 14, 2004. Based upon the fact that you were only in the office a short period of time during this interim rating period, you were rated an overall "Acceptable".

On July 10, 2004 you were transferred from Enforcement Group One to HIDTA Group Two under the supervision of GS Dave Borah. This transfer was based on several factors relayed to me by GS Gruden and in conversations with you. As a Senior Special Agent I expect the highest caliber performance from you. I also look to you to mentor younger, less experienced S/A's and TFA's in your new group.



PLAINTIFF'S EXHIBIT 108



DEFENDANT'S EXHIBIT

DEA000239

# Memorandum



| Subject<br>Memorandum of Concern<br>Midyear Progress Review/Interim Evaluation<br>(FFS: 570-13) | Date<br>August 19, 2004 |
|---|---|

To
  Lee Paige
  Special Agent
  Enforcement Group One

From
  Stephen R. Collins
  ASAC
  Orlando DO

The purpose of this memorandum is to express concerns regarding significant deficiencies relating to your job performance. These subject deficiencies are enumerated below. It is my hope that, after reviewing my comments below, you will make an effort to correct these deficiencies while embarking on your new assignment in HIDTA Group Two.

## JOB PERFORMANCE ISSUES

As evidenced by your DEA Form 460, you received a standardized Work Plan for a GS-1811/Grade 13 Special Agent on March 30, 2004. Although this Work Plan varies slightly from your prior Work Plans (mainly dealing with an emphasis on financial investigations), each Job Element remains the same:

* Initiates, Plans and Coordinates Investigations and Enforcement Operations;
* Identifies, Collects and Analyzes Information and Evidence;
* Recruits, Develops, Controls, Debriefs, and Documents Confidential Sources;
* Conducts Searches and Seizures, and Makes Arrests;
* Develops Constructive Working Relations;
* Gives Briefings, Makes Oral Presentations and/or Testifies;
* Prepares Reports and Forms.

The Performance Standards are detailed for each of the six (6) Job Elements and assigned individual ratings of Outstanding, Significantly Exceeds Requirements, Acceptable and Unacceptable.

As background, S/A Paige reported to the Orlando District Office in August 2003. His previous supervisor, G/S Fred Butler, issued an Interim Evaluation of "Significantly Exceeds Requirements" for the period of January – August, 2003. Upon his arrival in Orlando, S/A Paige was afforded an opportunity to settle his family, find housing, and become acclimated with the office. For CY 2003, GS Gruden concurred with G/S Butler and issued S/A Paige a final evaluation of "Significantly Exceeds Requirements" despite the fact that S/A Paige had not initiated any cases nor established any confidential sources. Again, GS Gruden took into account your transitioning period and prior work performance in the Nassau Country Office in issuing this evaluation.

S/A Paige was on temporary duty for Operation BAT during the month of January 2004. S/A Paige then returned from OPBAT and was assigned normal duties until he went on workman's compensation/sick leave from April 9 – June 14, 2004.

Based on the observations and a review by of your written work product contained in investigative case files and confidential source files, GS Gruden submits the following:

I.   INITIATES, PLANS AND COORDINATES INVESTIGATIONS AND ENFORCEMENT OPERATIONS:

S/A Paige fails to submit timely, complete or reasonable operational plans. S/A Paige fails to initiate a reasonable number of quality cases and frequently fails to plan day-to-day investigative activities. S/A Paige has not initiated a case during FY 2004. According to DEA's Performance Standards for a GS-13 Special Agent, S/A Paige must be rated as "Unacceptable" in this critical job element.

II.   IDENTIFIES, COLLECTS, AND ANALYZES INFORMATION AND EVIDENCE:

S/A Paige fails to actively develop leads and evidence, and fails to identify links to CPOT, RPOT, and Priority Target Organizations. S/A Paige fails to pursue financial aspects of cases and assets for seizure. Again, a total lack of case development precludes an opportunity of displaying a measurable performance level in this Job Element. According to DEA's Performance Standards for a GS-13 Special Agent, S/A Paige must be rated as "Unacceptable" in this critical job element.

III.   RECRUITS, DEVELOPS, CONTROLS, DEBRIEFS, AND DOCUMENTS CONFIDENTIAL SOURCES (CSs):

S/A Paige fails to effectively recruit and develop CSs which lead to actionable intelligence and furtherance of an investigation and/or case initiation. S/A Paige has failed to recruit and establish a confidential source during FY 2004, and has not controlled any previously established CSs during the rating period. Again, a lack of CSs precludes an opportunity of displaying a measurable performance level in this Job Element. According to DEA's Performance Standards for a GS-13 Special Agent, S/A Paige must be rated as "Unacceptable" in this critical job element.

IV.   CONDUCTS SEARCHES AND SEIZURES, AND MAKES ARRESTS:

S/A Paige always follows safety procedures and takes necessary precautions to ensure the safety of others. S/A Paige uses the appropriate amount of force required, maintains composure, responds appropriately in hostile or pressure situations, and can be relied upon to take a leadership role when appropriate. S/A Paige "Significantly Exceeds Requirements" in this critical job element.

V.   DEVELOPS CONSTRUCTIVE WORKING RELATIONS:

S/A Paige provides timely, responsive information/assistance to other DEA Divisions and agencies. S/A Paige treats all employees fairly and does not engage in actions prohibited under EEO and sexual harassment policies. S/A Paige almost always stays within his chain of command. S/A Paige is rated

3

"Acceptable" in this critical job element.

## VI. GIVES BRIEFINGS, MAKES ORAL PRESENTATIONS AND/OR TESTIFIES:

S/A Paige has briefed hundreds of Civic Groups and programs over the past several years in the area of Demand Reduction. He has received numerous letters of appreciation concerning his programs. However on April 9, 2004, S/A Paige had an accidental discharge of his service weapon while giving a Demand Reduction Presentation to a local civic group. The accidental discharge resulted in an injury to S/A Paige Requiring emergency medical attention. This incident is under review by DEA Office of Inspection. Because of a pending disciplinary action, it would be improper to evaluate S/A Paige regarding this pending a notice from the Office of Inspection.

## VII. PREPARES REPORTS AND FORMS

Other than standardized forms such as the DEA-352 (Bi-Weekly Activity Report), the DEA-349 (Monthly Motor Vehicle Report) and the SF-71 (Application for Leave), S/A Paige has prepared very few (less than five) DEA-6s documenting investigative activities or confidential source debriefings. Again, a lack of investigative activity or CS development precludes an opportunity of displaying a measurable performance level in this Job Element. According to DEA's Performance Standards for a GS-13 Special Agent, S/A Paige must be rated as "Unacceptable" in this critical job element.

As a result of the above appraisal, GS Gruden assigned an overall rating of "Unacceptable" for the interim period ending on July 10, 2004.

DEA000242