| | Message0014 |
|---|---|
| Subject: | FYI |
| From: | Cecil, Sherman R |
| Date: | 3/17/2005 12:50:17 PM |
| To: | Paige, Lee E |

**Message Body**

Lee, you don't know me but my name is Sherman Cecil and I am the RAC up here in Saginaw, MI/Detroit FD. I have been on this job for 20 years and I have seen it all. I just wanted to drop you a line and see how you are doing. Keep you chin up brother, in time everything will be alright. You are not the first Agent to make a mistake and you will not be the last. The good thing is you are okay and everyone else will just have to get over it. I keep seeing the clip over the e-mail system and I hear the staff talking about how bag it looks but they all forget that on this job, these things will happen every once and a while and we must all must just try to be as careful as we can. I and the brothers up here within the Detroit FD has heard nothing but good things about you and the level of professionalism you carry while performing your duties down there. Keep up the good work, don't worry about all this, it too shall pass.

Your friend behind the badge.
RAC Sherman Cecil
DEA Saginaw.

**Outlook Header Information**

Conversation Topic: FYI
Subject: FYI
From: Cecil, Sherman R
Sender Name: Cecil, Sherman R
To: Paige, Lee E
Received By: Paige, Lee E
Delivery Time: 3/17/2005 12:50:17 PM
Creation Time: 6/3/2005 12:23:39 PM
Modification Time: 6/3/2005 12:23:39 PM
Submit Time: 3/17/2005 12:50:07 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 3942


PLAINTIFF'S EXHIBIT 109
ALL-STATE LEGAL

DEA002244