8306, Planning and Inspection Manual--DEA SENSITIVE                    Page 1 of 2

**DEA SENSITIVE**
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
[Previous Section] [Next Section]

# 8306 EMPLOYEE RESPONSIBILITIES AND STANDARDS OF CONDUCT

## CONTENTS

8306.1 CONDUCT

8306.2 COMPLIANCE

8306.3 REPORTING POSSIBLE VIOLATIONS AND COMPLAINTS

## 8306.1 CONDUCT

All DEA employees are responsible for promoting public confidence in the dependability and integrity of DEA through conduct, which reflects credit on themselves and the Agency and through conduct which will not bring the employees or DEA into disrepute. Each employee will be thoroughly knowledgeable of and be held accountable under the DEA Standards of Conduct set forth in Section 2735, Employee Responsibilities and Conduct, of the Personnel Manual (see also Agents Manual, Appendix A).

## 8306.2 COMPLIANCE

All DEA employees must comply with the requirements of Section 8302 when so directed by a DEA Inspector or Special Agent assigned a PR investigation. Failure on the part of a DEA employee to cooperate with a DEA Inspector or Special Agent assigned a PR investigation during an official investigative inquiry may subject the employee to disciplinary/adverse action.

## 8306.3 REPORTING POSSIBLE VIOLATIONS AND COMPLAINTS

A. All DEA employees will promptly report to their supervisor or directly to the Office of Professional Responsibility any activity or situation the employee believes to be improper, illegal, or otherwise in violation of any of the standards of conduct contained in Section 2735 of the Personnel Manual (see also Agents Manual, Appendix A). Management personnel receiving such reports will follow the procedures prescribed in Section 8307.

B. The identity of an employee who furnishes information relating to situations defined will, when requested by the employee, not be revealed, unless such reporting is deemed on the part of the employee, required by law, or essential to administrative or legal proc Paragraph 2735.16 of the *Personnel Manual* and R3, Appendix A of the *Agents Manua*


PLAINTIFF'S
EXHIBIT
112
ALL-STATE LEGAL®

**DEA SENSITIVE**
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the
DEA without the express permission of the Office of Chief Counsel.