

PEOPLE WHO LOVE CARS. LOVE CHEVY.
JOIN THE REVOLUTION. I CHEVY.COM



Sign in | Join VH1 | Help

HOME   VIDEO   PHOTOS   MUSIC   SHOWS   MOVIES   GAMES   NEWS   MOBILE   BLOG   SHOP

TV Schedule | I Love New York 2 | Smartest Model | Hogans | Salt-n-Pepa | Gotti's Way | Celebreality | Rock on TV

## THIS EPISODE
» The Greatest Web Junk Presents: 40 Greatest Internet Superstars (40 - 21)
» About the Episode
» Show Times
» 40 GREATEST INTERNET SUPERSTARS #1 - #40
» Video
» Message Boards
» Related Links

## THIS SERIES
» The Greatest
» About the Series
» Show Times
» Upcoming Episodes
» Photo Galleries
» All Episodes

## VH1 TV SCHEDULE
» VH1 TV Schedule
» More TV Listings



THE BEST LIVE MUSIC LIVES HERE.
VH1 PRESENTS
Vh1

## TOP SHOWS
» 1 Rock of Love: Reunion
» 2 America's Most Smartest Model: Balls, Cherries, Balloons, Tires
» 3 I Love New York 2: Let's Do It Again
» 4 The Salt-N-Pepa Show, Pushin It
» 5 Gotti's Way: Get A Hit

## STAY CONNECTED
» Receive Free Show Updates
» The Greatest Message Boards

## CASTING CALL
» Be On VH1's New Shows

## BROWSE SHOWS
» All VH1 Shows

SHOWS : EPISODE

## The Greatest



Friday Oct. 26
11:00 AM EDT
ADD TO
TV SCHEDULE

web junk presents: 40 greatest internet superstars (40 - 21)

★ 40 GREATEST INTERNET SUPERSTARS #1 - #40

**1. Gary Brolsma - Numa Numa kid**
Gary Brolsma rose to fame in 2002 when the then 18 year old posted a video of himself lip-synching to a Romanian song "Numa Numa". In September 2006, he released a new version. Has been viewed over 13 million times (according to Wikipedia) and has spawned many parodies.

**2. Ghyslain Raza - Star Wars Kid**
The 2003 clip shows Quebec teen Ghyslain Raza performing Jedi light saber moves with a golf ball retriever. Shot in his high school, when his classmates found the tape they posted it on the internet. Raza sued the kids who swiped his tape, asking for 350-thousand dollars. The case was recently settled for an undisclosed amount.

**3. Denny Blaze - The Average Homeboy**
90's rap audition tapes from "average homeboy" Blazin Hazen. He returns presently teaming up with internet star Leslie "Gem Star" Hall in the video Cadillac Beats.

**4. Jessica Rose - Lonelygirl15**
An elaborate internet faux mastermined by three San Francisco friends, Lonelygirl15 posted video blogs from her bedroom with her strictly religious parents. Searching for love lonleygirl aka Bree, was portrayed by actress Jessica Rose.

**5. Tila Tequila**
A breakout my space unsigned music star Tila's page has netted 31.5 million hits, has her own clothing line, a cell phone endorsement, and she has appeared on the April cover of Stuff Magazine as well as Maxim.

**6. Perez Hilton - Gossip blogger**
Working as writer for gay magazines Mario Armando Lavandeira Jr. quit his job and since September 2005 has been working under the surname Perez Hilton. Sued twice, his blog site tripled hits when he was the first to post pictures of Angelina, Brad and Maddox in Kenya, and also the first to post Colin Farrell's sex tape. Hits jumped in one month from 70,000 hits per day to 700,000 making Perez a celebrity in his own right.

**7. Chinese Backstreet Boys**
Huang Yixan and Wei Wei's are two of China's biggest internet exports. Donning NBA jerseys, head gear and sitting in a dorm room they lip synch to the Backstreet Boy jam "I want it that way". The Back Dorm Boys maintain a Chinese-language blog through Sina.com. There is also an English-language "Dormitory Boys" blog on Blogger.com, but some readers suspect this is a hoax written by someone other than Wei Wei and Huang Yi Xin.

**8. OK Go**
The video features boy band dance choreography on treadmills. Choreographed by front man Damian Kulash's sister Trish the band practiced 16-20 times before they landed the single take that became one of the most watched clips in you tube history. The video made for only $4.99 (the cost of the videotape), the video became one of the most downloaded videos in you tube history.

**9. Tom Anderson - Myspace Tom**
Though Myspace Tom is the "face" of Myspace, he is very elusive. We never see interviews with him, though we have seen interviews with his colleagues. There have been parodies made of him by Myspace members, pretending to be him -- holding interviews, making comments, etc.

**10. Ask a Ninja**
Video blogs of two comedians dressed as Ninja's answering questions about Ninja's. Recent blogs are about how to get a hit done, and does the globalization of the world help or hurt the Ninja's. Big hit on you tube and they launched their own site askninja.com

**11. Mike Caracciolo - Kid from Brooklyn**
Michael Caracciolo likes to express his views in a big way. Posting video blogs on his site thekidfrombrooklyn.com. Mike vents his views on a



AT&T works in more places like
NEW SANFRAKOTA.
EXPLORE AT&T

at&t



PLAINTIFF'S EXHIBIT
115
ALL-STATE LEGAL®

variety of subjects from gas prices, the war in Iraq and even Starbucks. Coincidentally, Mike lives in New Jersey not Brooklyn.

**12. Fritz Globe & Stephen Voltz - Diet Coke and Mentos guys**
Two scientist type characters see what happens when you combine mentos (the "Fresh Maker") with Diet Coke. They keep upping the anty and adding more 2 liters of Diet Coke and more mentos as the experiment goes on.

**13. Kyle MacDonald - One Red Paperclip**
The website one red paperclip was created by Kyle MacDonald, a Canadian blogger who bartered his way from a single paperclip to a house in a series of trades spanning almost exactly one year.

**14. Noah Kalina**
Noah took a picture of himself everyday for 6 years. The film 'everyday' will be shown on IFC (Independent Film Channel) during the month of November.

**15. Jay Maynard - Tron Guy**
Jay Maynard a single computer consultant from Minnesota started dressing up as the lead character from his favorite movie a few years ago before going to a science fiction convention. Since then he has gained a ton of popularity and even appeared on Jimmy Kimmel Live several times.

**16. Andy Samberg and Chris Parnell - Lazy Sunday**
The film was viewed more than five million times at YouTube before NBC Universal asked the site to remove it, along with several other copyrighted NBC video clips in February 2006.

**17. Lee Paige - Cop shoots self**
DEA Agent Lee Page is lecturing to students in Florida on gun safety when he accidentally shoots himself in the foot with a handgun. Agent is attempting to sue US Government for releasing video.

**18. Gino the Ginny**
Started as a stunt to get then 10 year old Bronx native Gino famous. He had his cousin and NYU student videotape him during the blizzard of 2005. Mimicking the Italian American Guido's and Ginny's of the NY/NJ club scene the video clip which hit the internet a day after it was filmed was an instant hit. With 850,000 + hits on you tube so far Gino has become a celebrity in his own right with a record deal, speaking engagements an planned DVD of his stick, and 30,000+ my space friends

**19. Tyson the Skateboarding Bulldog**
Skateboarding bulldog Tyson zips around on his custom made skateboard. 4 year old Tyson started skating at 1 after his owner put him on and he took to it. Now he's a canine celebrity with film and TV credits, and even his own Myspace page.

**20. Leslie Hall - Gem Sweater**
Art school graduate and internet celebrity Leslie Hall loves Gem Sweaters and has a collection in boot, over 400 in the first of her and her bands "Leslie and the Les" videos she sings about her love for them. She's also done promos for MTV U, and launched her own website, Gem Sweaters.com

**21. Little Superstar**
Excerpt from the 1990 film Adhisaya Piravi starring Rajnikanth known as superstar. The clip which has found fame via the internet and was re-dubbed "little superstar"

**22. Alabama Leprechaun**
In 2006, a news station in Mobile Alabama did a story about people seeing a leprechaun in a tree (he only comes out at night). After the story ran, it was posted on youtube and received 2,497,000 hits and then a rap video/song was made from the footage ("Where Da Gold At") as well as a website where you can buy t-shirts and learn more.....

**23. Matt Harding - Where The Hell is Matt?**
Videogame writer/designer Matt quit his job in 2003 to travel the world with his savings. He kept a website to keep his family and friends up to date on where he was. Along the journey his friend suggested he dance at each location he went to. After the trip he decided to make the video.

**24. Jack Rebney - RV Man**
Jack Rebney, a.k.a Winnebago Man, has numerous outtakes and tirades pieced together by the video crew Mr. Rebney hired to assist in making a promotional video for marketing RVs. There are several versions of this file on YouTube featuring Winnebago Man's hatred for flies and several long swearing and cursing montages.

**25. Mister Pregnant**
Madman from New York City whose videos are offensive yet somehow hilarious.

**26. geriactric1927**
WWII vet with hugely popular YouTube videos – 2nd most subscribed uploader.

**27. Brian Atene - Stanley Kubrick audition**
In 1984 wannabe thespian Brian Atene took bizarre accents and even stranger behavior to new levels in his video audition for Stanley Kubrick's Full Metal Jacket.

**28. Stevie Ryan - Little Loca**
Stevie Ryan is an out-of-work actress living in Los Angeles whose videos are consistently among the most viewed and discussed on YouTube (over a million viewers). She appears as different characters, such as the thickly accented Latina from East Los Angeles known as "Lil Loca."

**29. Chuck Norris**
One of the most emailed lists ever, the "Chuck Norris Fact List" was



Vaseline

Share your skin vision for a chance to win a trip to NYC!

enter now

original posted on website IRC. Partially inspired by Walker Texas Ranger jokes on Late Night with Conan O'Brian the the "facts" tend to involve absurdly exaggerated claims of Norris' toughness, attitude, virility, and masculinity. Chuck appeared on the best damn sports show period on Fox Sports and read the list.

**30. Karyn Bosnak - Internet Begger**
The website that put internet begging on the map is savekaryn.com, a website started by a young tv producer who had gotten herself into 20,000 of credit card debt. Her website asked for donations to help her get out of debt and she eventually reached that goal. Her website attracted a lot of media attention in 2002; it was profiled on CNN and The Today Show. It also spawned the parody website dontsavekaryn.com.

**31. Spongemonkeys**
Joel Veitch MA is an animator, commercials director and singer / songwriter. He is the creator of the cult website rathergood.com which he began in 2000. Since then its unique menagerie of animals and songs - particularly his singing kittens and moon-obsessed Spongemonkeys - have developed a worldwide cult following. Joel is a co-founder of Tomboy Virals. He is also lead singer of the band 7 Seconds Of Love.

**32. Ryan Holt - Balloon prank victim**
USC Vice President gets pranked when guys from the student senate fill Ryan's room full of balloons and he starts yelling about the cost of the balloons and air. Look at him being serious!

**33. Mahir Cagri**
Turkish Mahir is looking for an American Woman, and what better place to look than the internet. Since starting his website where he looks for love he has landed on the Forbes 100 top celebrity list, been spoofed on SNL and put out a music video. Still single and trying to cash in on his popularity Mahir has been filming commercials in Europe and has several other projects in the works including a documentary on his life.

**34. Chad Vader**
Star Wars spoof featuring food co-op day shift manager "Chad Vader" Chad deals with his co-workers, does battle with his nemesis the night shift manager and tries to find love in this four part internet series.

**35. Jenni Ringley - JenniCAM**
From 1996 to 2003 viewers around the world could tune in 24/7 to see updated pictures of Jenni Ringley cleaning the kitchen, to taking a nap for 15.99 a year. Jenni closed down the site in 2003 due to pay pal's pornography rules.

**36. Andy Milonakis**
Fame began as on-line phenomenon. Web clips like "The Superbowl is Gay" led to appearances on Jimmy Kimmel show.

**37. Rags the boxing kangaroo**
Kangaroo attacks Marty the Monster, mascot from Australian TV show.

**38. Cindy Margolis - World's Most Downloaded Woman**
A pioneer in internet searches Cindy Margolis is by far and away the most searched person in the history of the internet. At her peak at age 34 in 1999 it was estimated persons were searching her name on average at a rate of 70,000 times per 24 hours. In 2000 the 2000 Guinness Book of World Records acknowledged her as the "most downloaded" person in 1999.

**39. Ethan Chandler - Bank of America singer**
Bank of America execs sing hilarious version of "One" with new lyrics about recent merger. Parodied by David Cross. U2's publisher threatened to sue.

**40. Joanna Repsold - Ate a praying mantis**
On a dare to get two guys to go to church Joanna eats a live praying mantis.

■ **SHOW INFO**

» **Episode Main Page; The Greatest; Web Junk Presents; 40 Greatest Internet Superstars (40 - 21)**

» **All Episodes; The Greatest**

» **Series Main Page; The Greatest**

» **All VH1 Shows**

■ **SPONSORED LINKS**

✗ **Lose 20 Pounds in 3 Weeks**
Amazing Chinese Weight Loss Secret, As Seen On CNN and 60 Minutes.
www.ChineseWeightLossTea.com

✗ **Lose 20 Lbs in 3 Weeks**
Oprahs Shocking Diet Secret. Fast Easy Weight Loss.
www.ancientwdonglea.com

✗ **Self Publish And Sell Your Book**
Make your book available to Amazon customers on-demand with BookSurge.
www.BookSurge.com

HelpFAQ | Site Map | Media Kit | Public Affairs | Advertising Info | Jobs | Terms of Use | Privacy Statement/Your CA Privacy Rights
Copyright Compliance Policy
© 2007 MTV Networks



Celebrate Hip Hop with this
year's honorees

