# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**LEE PAIGE,**

     **Plaintiff,**

**v.**                                      **CASE NO.: 01:06-cv-0644**

**UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION, et al.**

     **Defendants.**

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR FIVE-DAY EXTENSION

Plaintiff, Lee Paige, requests the court to extend by five days (three business days) the summary judgment reply briefs that are due from both Paige and the Government.

Both Paige and the Government have filed motions for summary judgment, memoranda in support of their motions for summary judgment and responses to each other's memoranda. All the memoranda, as well as the included statements of material facts and responses thereto, are very extensive and involve many facts and issues.  Presently, both parties are to file reply briefs on July 9, 2008.  Plaintiff requests that this date be extended from July 9, 2008 to July 14, 2008, which is five days including a weekend and therefore only three business days.

As a result of a change in the original briefing schedule, the reply briefs of the parties are now due on July 9, 2008.  Plaintiff's attorney has been ordered to attend a hearing in another matter on July 8, 2008, which he did not feel would interfere with the briefing schedule when he agreed to the change in the briefing schedule.  However, in the meantime, the nature of the hearing was changed by the Administrative Law Judge so that it will require substantially more preparation.  In addition, in another case involving Plaintiff's attorney in federal court in Tampa, Florida, the defendant there unexpectedly filed two motions and memoranda during the time

Plaintiff's attorney was preparing his response to the Government's motion for summary judgment in the instant case, which has resulted in two responsive briefs now due in the other case on July 2, 2008. Due to the amount of time required to prepare the responsive brief and the response to the Government's statement of material facts in this case, Plaintiff's attorney has not yet had a chance to start the briefs in the other case and will need to spend substantial time responding to them by July 2, 2008.

In addition to the foregoing, the responsive brief and the response to the statement of material facts in this case required far more time and effort than was expected, with the result that other unrelated matters now also require attention. Similarly, based on the experience of the undersigned in preparing the responsive brief in this case as well as a review of the responsive brief to which he must now reply, the reply brief will require more time than originally thought.

The undersigned has spoken to the attorney for the Government who states that he has no objection to this motion.

Respectfully submitted,

S/Ward A. Meythaler
Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

s/Ward A. Meythaler
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5415 Mariner Street, Suite 103
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
wamsecy@merklemagri.com