## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

**v.**                                                **CASE NO.: 06-0644-EGS**

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, et al.**

    **Defendant.**                         **Hon. Emmet G. Sullivan**

_____/

## Proposed ORDER

The Plaintiff's Motion for Extension of Time having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted and the parties shall have until July 14, 2008 to file replies to each other's motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE