**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LEE PAIGE,**

    **Plaintiff,**

v.                                                              **CASE NO.: 01:06-cv-0644**

**UNITED STATES DRUG**
**ENFORCEMENT ADMINISTRATION, et al.**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR ORAL HEARING

Pursuant to Local Rule 7(f), Plaintiff, Lee Paige, requests an oral hearing on his Motion for Partial Summary Judgment and to Strike Government's Defenses and on the Government's Motion for Summary Judgment.

This case is an extremely serious Privacy Act case, which rivals the *Hatfill* case in terms of damages. It has been heavily litigated, involving over 35 depositions, including depositions of witnesses in Italy and Costa Rica. It has consumed a great deal of the Plaintiff's time and resources.

The motions before the court involve a complex factual situation and many issues, some of which are not uncomplicated. Further, facts and legal issues in each party's motions and memoranda are interrelated. In order to avoid undue repetition, the parties relied on various assertions and arguments in one set of briefs to serve as part of a response or reply to another set of briefs. Consequently, the arguments could in some respect, seem or become disjointed. In addition, it would appear that there will be various matters in reply briefs concerning which the other side may not have had an opportunity to comment and feel that it is necessary to do so. Additionally, because of the complexity of the factual and legal issues, some factual matters

became more apparent after the first and even second briefs were filed so that they may not have received as much attention as might have been warranted.

The motions, memoranda, statements of material facts and responses thereto are almost 400 pages in length with over 150 exhibits. As a result of this and the complexity of the facts and legal issues, it is believed that the court may well have questions that can be readily answered by the attorneys who are knowledgeable about both.

If the court should find it appropriate to hear oral argument, it is respectfully requested, in light of the above, that the court consider allowing a somewhat longer than normal hearing.

Finally, the Government's attorney will soon be on leave with a newly-born first child. Therefore, it is requested, that if oral argument is permitted, that the date of the hearing be after September 15, 2008.

Plaintiff's attorney has consulted with the Government's attorney and is authorized to state that the Government does not object to the relief requested in this motion.

WHEREFORE, Plaintiff requests oral argument with respect to the aforesaid motions at the court's convenience after September 15, 2008.

    Respectfully submitted,

    S/Ward A. Meythaler
    Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                              <u>s/Ward A. Meythaler</u>
                                              Ward A. Meythaler
                                              Florida Bar No.: 0832723
                                              Merkle & Magri, P.A.
                                              5415 Mariner Street, Suite 103
                                              Tampa, Florida 33609
                                              TEL: (813) 281-9000
                                              FAX: (813) 281-2223
                                              wamsecy@merklemagri.com