UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LEE PAIGE,**

    **Plaintiff,**

v.                                          **CASE NO.: 01:06-cv-0644**

**UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION, et al.**

    **Defendants.**
_____/

**PLAINTIFF'S LIST OF EXHIBITS TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Plaintiff filed a Motion for Partial Summary Judgment and to Strike Various Defenses. Plaintiff filed an exhibit list listing exhibits numbered from 1 to 102 in support of that motion.

Defendants filed a Motion for Summary Judgment. Plaintiff filed a Response to Defendants' Motion for Summary Judgment. Plaintiff also filed an exhibit list with that Response listing exhibits with various numbers from 103 to 197 (not all numbers were used since there were only twenty exhibits[1]) in support of Plaintiff's Response to the Defendants' Motion for Summary Judgment.

Plaintiff has filed a Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment. In addition to the foregoing exhibits, the following exhibits are submitted in support of that Reply.

**EXHIBIT LIST**

198.    Third affidavit of Lee Paige.

---

[1] For example, numbers 173, 176, 177, etc. were used only because they involved exhibits which were additional deposition transcript pages relating to the same depositions previously submitted as exhibits 73, 76, 77, etc.

199. Government's Memorandum in Support of Motion to Preclude Non-Pecuniary Damages or, In the Alternative, Motion for an Independent Mental Examination, and Stay of Discovery into Emotional Damages in *Hatfill v. Ashcroft, et al.,* Civil No. 1:03-CV-01793 (RBW).

200. Plaintiff's Memorandum in Opposition to Defendants' Motion to Preclude Non-Pecuniary Damages or to Compel an Independent Mental Examination in *Hatfill v. Ashcroft, et al.*, Civil No. 1:03-CV-01793 (RBW).

201. Government's Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Preclude Non-Pecuniary Damages or to Compel an Independent Mental Examination in *Hatfill v. Ashcroft, et al.*, Civil No. 1:03-CV-01793 (RBW).

202. Oral decision and argument in *Hatfill v. Ashcroft, et al.*, Civil No. 1:03-CV-01793 (RBW).

202a. Written order in *Hatfill v. Ashcroft, et al.*, Civil No. 1:03-CV-01793 (RBW).

203. Paige's 2000 Mid-year Progress Review Worksheet.

204. September 15, 1998 memorandum from the Acting Deputy Administrator to all DEA employees.

205. June 2, 1999 memorandum from the Assistant Administrator Operational Support Division to all DEA Personnel.

206. Appendix A to Agents manual, § 2735 (Employee Responsibilities and Conduct.).

207. Appendix 2735 to Appendix A to Agents Manual.

208. Agents Manual, § 6321 (General); § 6322 (Exchange of Information with other Agencies); § 6323 (Request for Investigative Information by Members of the Public); § 6326 (Public Information); § 6327 (Accounting for Disclosures); § 6331 (DEA State and Local Task Force Program).

209. Planning and Inspection Manual, §8625 (Dissemination); § 8627 (Reproduction); § 8628 (Protection of Privacy Act Information).

210. Photocopy of D-2 (CD of AD provided to OPR by Derr).

211 Photocopy of D-3 (CD of AD provided to OPR by Bendekovic).

212. Photocopy of D-8 (CD of AD provided to OPR by Naughton).

270. Burns, James – deposition excerpts.

277. Gregg, Tom – deposition excerpts.

278. Gruden, Peter – deposition excerpts.

286. Paige, Lee – deposition excerpts.

299. Wright, Victor – deposition excerpts.

        Respectfully submitted,

        S/Ward A. Meythaler
        Ward A. Meythaler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and I mailed a copy of the following with a hard copy of the exhibits to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

        s/Ward A. Meythaler
        Ward A. Meythaler
        Florida Bar No.: 0832723
        Merkle & Magri, P.A.
        5415 Mariner Street, Suite 103
        Tampa, Florida 33609
        TEL: (813) 281-9000
        FAX: (813) 281-2223
        wamsecy@merklemagri.com