# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEVEN J. HATFILL, M.D.,

    Plaintiff,

v.

JOHN ASHCROFT, et al.,

    Defendants.

Civil Action No. 03-1793 (RBW)

## ORDER

Consistent with oral rulings made by the Court during the motions hearing held on September 6, 2006, on the Defendants' Motion to Preclude Non-Pecuniary Damages or, in the Alternative, for an Independent Mental Examination, and Stay of Discovery Into Emotional Damages [D.E. # 117] and the Plaintiff's Motion to Compel Discovery and Overrule Defendants' Assertion of Law Enforcement Privilege Over Information Disclosed to the Press [D.E. # 130], it is hereby

ORDERED that the Defendants' Motion to Preclude Non-Pecuniary Damages or, in the Alternative, for an Independent Mental Examination, and Stay of Discovery Into Emotional Damages is denied in part and granted in part. Accordingly, the defendants' request that the Court preclude the plaintiff from seeking the recovery of non-pecuniary damages under the Privacy Act, which pursuant to 5 U.S.C. § 552a(g)(4) (2000) authorizes the recovery of "actual damages," is denied. However, the defendants' alternative request that Dr. Hatfill be required to submit to an independent medical examination if the Court denied their request to preclude the plaintiff's recovery of non-pecuniary damages is granted. In addition, the plaintiff's counsel's request that they be

PLAINTIFF'S EXHIBIT 202a

permitted to observe the examination while it is being conducted is denied.[1] It is further

ORDERED that the parties shall confer with the objective of reaching an agreement as to the scope of the examination. It is further

ORDERED that the Court defers issuing a ruling on the plaintiff's motion to compel. To assist the Court in resolving this motion, the defendants shall submit an ex-parte declaration and unredacted copies of the materials referenced by defense counsel during the hearing to the Court for its in camera review.[2]

SO ORDERED, this 8th day of September, 2006.

REGGIE B. WALTON
United States District Judge

---

[1] This request is denied, in part, because of counsel for the defendants' representation that the examination will be video-taped and that the recording of the examination will be available for the plaintiff's counsel's viewing.

[2] The Court will notify the parties if further argument or briefing is warranted on the motion upon its review of the materials submitted by the defendant.