# DRUG ENFORCEMENT ADMINISTRATION
## AGENT MID-YEAR PROGRESS REVIEW WORKSHEET

| Name of Agent | Name of Supervisor | Date |
|---|---|---|
| PAIGE, Lee E. | Adolphus P. Wright | 06/27/00 |
| Enforcement Group 2 | Office Nassau Country Office | |
| Nassau Country Office | Enforcement Group 2 | |

## Knowledge and Performance

**KEY:** A=Acceptable, U=Unacceptable, NI=Needs Improvement, NA=Not Applicable

### 1. Case Development

| | A | U | N I | N A |
|---|---|---|---|---|
| Initiates, Develops and Maintains Cases in Accordance with Established Procedures (Case Initiation, Status Reports, Subscriber Request, Criminal History Checks, Outside Agency Reports, etc.) | ✓ | | | |
| Supervisor is Kept Informed of Case Progress (CS or UC purchase, type of drug, quality of drug, cost of investigation, number of defendants, asset seizures, etc.) | ✓ | | | |
| Assistance is Requested When Needed (Prepares reports & affidavits, solicits ideas to further investigation, seeks assistance in interviewing CIs, suspects, etc.) | ✓ | | | |
| Daily Investigative Activities are Adequately Planned & Executed (Surveillance, toll analysis, utilities checks, vehicle registration information, EPIC, NADDIS, NCIC checks, etc.) | ✓ | | | |
| Operational Plans Comply with DEA Procedures (Operational Plans are clear, concise, coordinated with other law enforcement agencies and are provided to personnel prior to activity, approved by supervisor, adhered to in the field.) | ✓ | | | |

### 2. Informant Handling

| | A | U | N I | N A |
|---|---|---|---|---|
| Always Treats CS in a Professional Manner | ✓ | | | |
| Always meets with a CS accompanied by another Agent/Officer | ✓ | | | |
| Never is Involved on a Social or Business Level with a CS | ✓ | | | |
| Relays Important Information from Conversations Monitored via Electronic Devices to Surveillance Team | ✓ | | | |
| Communicates Observed Activities to Surveillance Team | ✓ | | | |
| Gains Appropriate Intelligence when Applicable | ✓ | | | |
| Establishes Familiarity with Geographic Area to Enhance Success of Surveillance Activities | ✓ | | | |
| Effectively Conducts Surveillance Activities | ✓ | | | |

### 3. Surveillance

| | A | U | N I | N A |
|---|---|---|---|---|
| Properly Recruits Witnesses Who's Information & Cooperation is Needed to Initiate, Develop or Close Case | ✓ | | | |
| Maintains Objectivity when Dealing with CS | ✓ | | | |
| Properly Advises CS of Legal/Administrative Restrictions | ✓ | | | |
| Properly Documents CS with Photographs, Fingerprints & Criminal History Record (NADDIS, NCIC, FD-249, DEA Form 512, & CSS) | ✓ | | | |
| Completes & Properly Distributes CS Payment Record | ✓ | | | |
| Timely Compliance for Reporting CS Debriefing Activity | ✓ | | | |
| Totally Debriefs CS in Reference to Both Drug & Non-drug Criminal Activity | ✓ | | | |
| Utilizes Clear & Concise Radio Demeanor | ✓ | | | |

PLAINTIFF'S EXHIBIT 203

PAIGE, Lee E.                    Nassau Country Office/Enforcement Group 2

## Knowledge and Performance (continued)

KEY: A=Acceptable, U=Unacceptable, NI=Needs Improvement, NA=Not Applicable

| | A | U | NI | NA |
|---|---|---|---|---|
| Takes Steps to Protect Undercover Officers | ✓ | | | |
| Obtains Admissible Evidence for Use in Court | ✓ | | | |
| Requisitions and Utilizes Technical Equipment as Necessary | ✓ | | | |
| Takes Investigative Notes and Maintains Them in Case File | ✓ | | | |

### 4. Undercover

| | A | U | NI | NA |
|---|---|---|---|---|
| Adequately Controls UC Situations to Allow Arrests/Seizures to be Made Without Incident (Advises supervisors of planned activity, does not deviate nor allow CS or Defendant to change operations plan, keeps surveillance apprised of UC situation, etc.) | ✓ | | | |
| Follows Safety Procedures & Takes Necessary Precautions to Ensure Safety of Others (Makes provisions for adequate auditory/visual surveillance/prearrange methods of communication, trouble signals, rendezvous points, maintain sight of surveillance, etc.) | ✓ | | | |
| Routinely Gains Knowledge of Target's Trafficking Patterns Determine in advance criminal history, associates, methods of operation, places frequented, sources of supply, vehicles utilized, propensity toward violence, etc.) | ✓ | | | |
| Properly Prepares for Undercover Assignment, i.e., Cover Story and Clear Operational Objective | ✓ | | | |

### 5. Report Writing

| | A | U | NI | NA |
|---|---|---|---|---|
| **DEA 6** — Synopsis Section when Report is More than Two Pages Consisting of the Results Being Reported | ✓ | | | |
| Detail Section is Completed to Include an Accurate Description of Investigative Activities of Persons, Places and Conveyances are Properly Described | ✓ | | | |
| Custody of Evidence Section Depicting the Chain of Custody of Each Drug & Nondrug Exhibit | ✓ | | | |

| | A | U | NI | NA |
|---|---|---|---|---|
| Indexing Section Completed on Persons & Businesses | ✓ | | | |
| Ensures Appropriate Distribution | ✓ | | | |
| Cross Files to Proper Case & CI Files | ✓ | | | |

**DEA 7**

| | A | U | NI | NA |
|---|---|---|---|---|
| Lists Only Three Items Per Form | ✓ | | | |
| Adequately Describes the Chain of Custody for Each Exhibit | ✓ | | | |
| Properly Describes & Enumerates Each Exhibit | ✓ | | | |

**DEA 512/202**

| | A | U | NI | NA |
|---|---|---|---|---|
| Properly Completes the Forms for C/S Establishment, Arrest Information, G-DEP Information and Fugitive Declaration | ✓ | | | |

**DEA 7a**

| | A | U | NI | NA |
|---|---|---|---|---|
| List Only Five Items Per Form | ✓ | | | |
| Adequately Describes the Chain of Custody for each Exhibit | ✓ | | | |
| Properly Describes and Enumerated Each Exhibit | ✓ | | | |

**DEA SSF**

| | A | U | NI | NA |
|---|---|---|---|---|
| When Implementing Seizure of Property Which is to be Forfeited, Form is Completed in Full | ✓ | | | |

**DEA 103**

| | A | U | NI | NA |
|---|---|---|---|---|
| Voucher Payment to CS | ✓ | | | |
| Voucher Purchase of Evidence | ✓ | | | |
| Proper Witness of Payment or Purchase and Approval by Group Supervisor | ✓ | | | |

2

DEA000825

## Knowledge and Performance (continued)

KEY: A=Acceptable, U=Unacceptable, NI=Needs Improvement, NA=Not Applicable

### 6. Arrest Procedures

| | A | U | NI | NA |
|---|---|---|---|---|
| Initiates all Necessary Precautions When Arresting Suspects | ✓ | | | |
| Utilizes Contact - Cover Technique | ✓ | | | |
| Demonstrates Proper Handcuffing Techniques | ✓ | | | |
| Exhibits Proper Control of Firearm During Arrest | ✓ | | | |
| Consults with an Assistant United States Attorney (when applicable) before Arresting Target in an Investigation | ✓ | | | |
| Arranges Adequate and Secure Transportation of Arrestee to Initial Court Proceedings or Holding Facility | ✓ | | | |
| Initiates Miranda Warnings when Necessary | ✓ | | | |
| Always has Enforcement Equipment Available (i.e., vest, gun, handcuffs, raid jacket, etc.) | ✓ | | | |
| Uses Proper Search Techniques for Arrested Subjects | ✓ | | | |

### 7. Knowledge of DEA Policy & Procedures

| | A | U | NI | NA |
|---|---|---|---|---|
| Aware of and Adheres to Standards of Conduct | ✓ | | | |
| Refers to Special Agent Manual to Confirm Proper Procedures | ✓ | | | |
| Supports DEA's Mission | ✓ | | | |
| Complies with Divisional Orders | ✓ | | | |
| Keeps Abreast of Policy & Procedure Changes | ✓ | | | |

### 8. Knowledge of Federal Law

| | A | U | NI | NA |
|---|---|---|---|---|
| Demonstrates a Working Knowledge of 21 USC Violations and other Applicable Federal Laws | ✓ | | | |
| Demonstrates Ability to Assemble Affidavits in Support of Federal Warrants | ✓ | | | |
| Demonstrates a Working Knowledge of Asset Forfeiture Laws | ✓ | | | |
| Demonstrates Knowledge of Jurisdiction, Stages of Federal Prosecution to Include Grand Jury, Initial Appearance, Preliminary Hearing & Trial | ✓ | | | |

### 9. Working Relationships

| | A | U | NI | NA |
|---|---|---|---|---|
| Contributes to Team Effort in Group | ✓ | | | |
| Provides Timely, Responsive Information/Assistance to Others | ✓ | | | |
| Complies with EEO Policies & Treats All Employees Fairly | ✓ | | | |
| Extends Normal Working Hours as Necessary to Complete Work | ✓ | | | |

### 10. Personal Work Habits

| | A | U | NI | NA |
|---|---|---|---|---|
| Maintains Proper Attitude and Aptitude Pertaining to Functions Performed in Work Environment | ✓ | | | |
| Demonstrates Ability to Communicate Effectively Orally and in Writing | ✓ | | | |
| Appears at Work Properly Attired (coat & tie, good Hygiene, or dresses for assignment i.e., raid, range, etc.) | ✓ | | | |
| Reports for Work when Scheduled (notifies supervisor in advance of unexpected delays, illness, prior commitments, etc.) | ✓ | | | |
| Available for Unexpected Schedule Changes & Callback (able & willing to adjust schedule to assist other agents, available for weekend/holiday/night duty, etc.) | ✓ | | | |
| Presents Himself/Herself in a Professional Manner (polite & courteous to others, outside public officials, business persons, articulate, does not use vulgar or profane language, assists & treats others fairly) | ✓ | | | |

### 11. Court Preparation

| | A | U | NI | NA |
|---|---|---|---|---|
| Coordinates Strategy with AUSA | ✓ | | | |
| Reviews Appropriate Material for Testimony | ✓ | | | |
| Ensures Availability of Evidence, Documents and Witnesses Necessary for Trial | ✓ | | | |
| Ensures DEA 6s, Audio Recording Transcripts, DEA 7s, and Photographic Evidence are Available | ✓ | | | |

DEA000826

PAIGE, Lee E.          NASSAU COUNTRY OFFICE/ENFORCEMENT GROUP 2

## Knowledge and Performance (continued)

KEY: A=Acceptable, U=Unacceptable, NI=Needs Improvement, NA=Not Applicable

| | A | U | N I | N A |
|---|---|---|---|---|
| **12. Testimony** | | | | |
| Maintains Professional Demeanor During Direct and Cross Examination | ✓ | | | |
| Accepts Direction from US Attorney During Pre-Trial Conferences | ✓ | | | |
| Maintains Professional Appearance, i.e., Clean, Proper Attire, to include Coat & Tie for Men and Acceptable Business Attire for Women | ✓ | | | |
| Responds Appropriately to Questions and Explains Procedures, Issues and Situations Related to Investigations, Arrests, etc. | ✓ | | | |
| Testifies at Grand Jury, Bond Hearing, Detention Hearing, Court, etc. | ✓ | | | |
| **3. Evidence Handling** | | | | |
| Properly Field Tests Drug Evidence when Appropriate | | | | ✓ |
| Preserves Evidence for Fingerprint Analysis when Appropriate | | | | ✓ |
| Always Properly Marks and Seals Evidence Containers at Time of Processing | | | | ✓ |
| Properly Stores Evidence in Designated Area | | | | ✓ |
| Properly Submits Drug Evidence to Regional Lab Expeditiously | | | | ✓ |
| Properly Identifies and Processes Items of Evidentiary Value, i.e., Phone Books, Bank Records, paraphernalia, etc. | | | | ✓ |
| Always Obtains Necessary Receipts to Document the Chain of Custody of Evidence | | | | ✓ |
| Properly Utilizes Witnesses When Processing All Evidence | | | | ✓ |

**OTHER:** Use Reverse Side of the Form or Additional Sheets as Necessary.

S/A Lee Paige is assigned to a drug enforcement group and as such he is not allowed to arrest suspects seized with firearms etc, nor has he yet had the opportunity to testify in court relative to his firearm assignment.

Use this area to document those areas in which the Agent was given unsatisfactory ratings and/or counseling.

Lee E. Paige                               [signature]
Signature of Agent    Date          Signature of Supervisor    Date 06/27/00