Case 1:06-cv-00644-EGS    Document 55-10    Filed 07/14/2008    Page 1 of 4

Conduct of Drug Enforcement Administration (DEA) Employees, AD, 09/15/98    Page 1 of 4

Search Results: [Go To First Match In This Doc] | [Go Back To Search Results] | [Previous Doc] | [Next Doc]
CLASS>

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
HDR>



# Memorandum

| Subject | Date |
|---|---|
| Conduct of Drug Enforcement Administration Employees (FFS: 060-01) | September 15, 1998 |

To
   All DEA Employees

From
   Donnie R. Marshall
   Acting Deputy Administrator

DEA employees are required to acknowledge annually that they have read and understand this agency's Standards of Conduct. Overall, the vast majority of DEA personnel adhere to this agency's policies and procedures. This memorandum, while not intended to be all encompassing, is to specifically address areas of recurring DEA employee misconduct and will continue in effect until specifically rescinded in whole or in part. (This subject was previously addressed in memoranda entitled "Standards of Conduct" dated February 3, 1994, and "Employee Conduct," dated May 28, 1996. Both of these memoranda remain in effect.)

*Falsification of Documents and False Statements*

DEA employees, regardless of their job series, must be truthful and forthright in all aspects of their official duties. There can be and will be no exception to this requirement. As a law enforcement agency, DEA is judged constantly by the public through the integrity and credibility of its personnel in all of their actions. Accordingly, all DEA employees must maintain the highest standards of trust, character and honesty. Providing false documents or making false statements in any matter or context is completely unacceptable and will not be tolerated. Moreover, DEA personnel are expected to be candid and responsive in all matters related to or impacting upon their official duties. Evasive or craftily worded phrases, testimony or documents designed to omit or distort key facts are similarly unacceptable and will not be tolerated.

Moreover, DEA is routinely compelled to disclose any instance of past conduct which reflects upon a testifying employee's propensity to be untruthful. Criminal defendants are provided this information and use this data to impeach the integrity of DEA employees. When a DEA employee commits an act involving falsification, he or she may be restricted or prohibited from testifying or from pa[rticipating in] criminal investigations. Accordingly, when an employee is found to have falsified a docum[ent]

PLAINTIFF'S EXHIBIT 204

statement, prosecutorial personnel may find or determine that an employee's ability to testify is substantially or totally diminished.

### Relationships with Cooperating Individuals and Sources of Information

Personal or financial relationships with individuals who provide or who in the past have provided information to law enforcement or intelligence agencies can compromise investigations and result in the credibility and integrity of both the employee and the agency being called into question. These individuals may be formally documented, may be undocumented, and/or may be associated with another agency. Regardless of affiliation, DEA employees are not to personally or financially involve themselves with individuals who are assisting or in the past have assisted in the conduct of an investigation, and agency personnel will maintain a professional relationship with these individuals at all times. In addition, DEA employees are precluded from developing a personal or financial relationship with individuals associated with criminal activity or who have a history of associating with criminal activity. Employees are not to develop relationships with any person or group whose illicit or illegal conduct is inconsistent with the mission of a Federal law enforcement agency or which may cause the credibility of DEA or the employee to be questioned.

### Theft or Loss of Evidence or Other Property

DEA has established specific procedures regarding the handling and processing of evidence, including money and property, and other property held by the agency. These controls provide accountability and establish the chain of custody. Failure to follow proper procedures leads to misplaced or lost evidence, provides for the potential theft or loss of money or property, and can negatively impact the prosecution of DEA investigations. Further, adherence to these procedures protects DEA employees from false allegations by defendants. Appropriate procedures to safeguard the property of others will be followed without exception.

### Sexual Harassment, Discrimination, Retaliation and Unprofessional Conduct

DEA is committed to maintaining a workplace free of the corrosive effects of harassment or discrimination. DEA personnel are to treat everyone equally and professionally, regardless of any characteristic such as race, religion, ethnicity, gender, age or physical handicap. Conduct of a lesser standard cannot and will not be tolerated, and our Standards of Conduct were amended on March 2, 1995, to specifically address misconduct related to sexual harassment, discrimination, and unprofessional conduct. Further, DEA personnel are also prohibited from retaliating or reprising against employees who exercise their right to file a report or complaint of discrimination or who provide information in the course of any internal investigation of misconduct.

### Failure to Exercise Proper Supervision

This agency's success is directly related to the quality of supervision provided by its managerial personnel. There is simply *no* substitute for effective supervision, and DEA's supervisory core must lead by example and by action. All too often, incidents occur which involve an employee being disciplined for misconduct which could have been prevented by effective managerial oversight. Examples of inadequate or improper supervision are: (i) ignoring or not appropriately acting when misconduct occurs, (ii) permitting employees to disregard policies and procedures, (iii) failing to monitor the activities of subordinate employees, and/or (iv) simply not ensuring that an employee's work is done properly. Moreover, ineffective or negligent supervision can endanger not only the welfare and safety of DEA personnel, but also the well-being of others. Supervisory and managerial personnel will be held

accountable for the misconduct of their subordinate employees when such acts could have been prevented by greater attention to supervisory duties. Furthermore, DEA managers must exercise prudent judgment in their actions and adhere to established policies, procedures, and guidance in their activities.

*Unauthorized Disclosure of Sensitive Information*

DEA employees have access to many investigative resources which contain substantial amounts of sensitive law enforcement information. Some portion of this information may be the product of another agency's activities and/or may be classified in the interests of national security. DEA employees must safeguard all information to prevent its theft, loss, or unauthorized disclosure and are hereby reminded that disclosure of information covered by the >Privacy≥ <>Act (5 USC 552a) is a serious violation. DEA employees will not disclose DEA information except as required by their duties and only to approved recipients with a need to know. DEA employees must never utilize any information gleaned through their job for personal gain or to assist others. Disclosure of any information to unauthorized persons is prohibited.

*Use of Official Government Vehicles (OGVs)*

OGVs are to be utilized for official purposes only, without exception, and the unauthorized use of an OGV will result in a 30 day suspension without pay. 31 U.S.C. Section 1349(b). OGVs are to be driven in accord with local laws and regulations, unless exigent circumstances related to an operational requirement dictate otherwise. Supervisory personnel who fail to exercise proper controls or take appropriate action with regard to the impermissible use of an OGV may themselves be subject to disciplinary action. Moreover, OGVs are to be maintained and serviced as appropriate and are to be operated with due regard for all others.

*Consumption of Alcohol*

DEA employees are prohibited from consuming alcoholic beverages while on duty. This was outlined in Administrator Constantine's memorandum of October 27, 1994, and continues in effect. Personnel subject to recall should not engage in the consumption of alcohol to such an extent that they are unfit to return to duty. No OGV will be operated after alcoholic beverages have been consumed. Home-to-work authorization of an OGV will be suspended for any Agent for a minimum of 60 days after the occurrence of an alcohol-related incident in a government or personally-owned vehicle.

*Attempts to Interfere With or Influence the DEA Disciplinary Process*

The DEA disciplinary process is an autonomous, centralized process not subject to managerial influence or direction. To maintain the integrity of the disciplinary process, no person is authorized to contact the Deciding Officials or the Board of Professional Conduct during the pendency of a disciplinary or performance-based action, other than the employee concerned and his or her designated representative. Similarly, DEA employees are required to report employee misconduct and to cooperate with the appropriate investigating officials when employee misconduct is the focus of an inquiry. Attempts to interfere with or obstruct official inquiries and investigations will not be tolerated.

*Misuse of Office*

DEA employees will not use the name of DEA, the Department of Justice, or the United States of

America in any nonofficial capacity or activity to further their own interests, the interests of others, or for any improper gain or benefit. DEA employees will not use their official title, privileges of office, or other fruits of their employment with this agency in matters which do not concern DEA. DEA letterhead, stationery, or memorandum paper will not be used for any nonofficial purpose.

*Reporting Misconduct*

All DEA employees must report any information, including allegations or complaints, which indicate the possible involvement of a DEA employee in any activity or situation that may be illegal, improper, or a violation of DEA's Standards of Conduct. These reports are to be made promptly to the Office of Professional Responsibility. In normal circumstances, such reports should be made through an employee's chain of command.

*Care of Government Property or Funds*

Agency employees must exercise appropriate care in the protection of government property and are expected to account for and protect property entrusted to their care. Employees must act prudently to ensure this agency's assets are maintained or stored in good condition and are appropriately safeguarded against loss through negligent operation, deliberate misuse, or theft. Personnel responsible for agency funds, contracts, or other actions which result in the expenditure or disbursement of appropriated funds will exercise due care in their actions. Expediency or inattention will not excuse the waste or abuse of Federal dollars.

*Conclusion*

The mission and work of DEA is highly regarded by the public at large and the law enforcement community. To retain this level of confidence, DEA employees must maintain the highest standards of personal integrity and must act appropriately both on and off duty to avoid breaches of conduct which may undermine this trust. Accordingly, an employee who engages in misconduct can expect that appropriate measures will be taken and that, once a report of misconduct is received, the Office of Professional Responsibility will thoroughly and completely investigate such allegations. The results of these investigations will be evaluated through DEA's disciplinary process and, if appropriate, disciplinary action consistent with DEA's table of penalties will be imposed.