
to operational considerations.

Please refer questions about this matter to Policy and Planning Section Chief Odis V. Rousseau or Policy and Procedures Unit Chief Patricia Collins at (202) 307-4200 or facsimile (202) 307-4191.

cc: OC, DO, OF, OD

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

## Memorandum

| Subject | Date |
|---|---|
| POLICY: Control and Decontrol of DEA Sensitive Information (FFS: 210-03.56) REF: 99-001 | June 2, 1999 |

To
  All DEA Personnel

From
  William B. Simpkins
  Assistant Administrator
  Operational Support Division

The attached policy: <u>Control and Decontrol of DEA Sensitive Information</u>, will be implemented immediately. This Policy is issued pending the publication of an updated DEA Planning and Inspection Manual.

This Policy supersedes all other policies governing control and decontrol of DEA sensitive information, including the DEA Planning and Inspection Manual.

<u>Attachment</u>


PLAINTIFF'S EXHIBIT 205

CONCUR/NONCONCUR: _____
Charles H. Lutz, Chief
Office of Operations Management

CONCUR/NONCONCUR: _____ 5/26/99
Cynthia R. Ryan
Chief Counsel

CONCUR/NONCONCUR: _____ 6/1/99
Felix J. Jimenez
Chief Inspector, IG

cc:
Charles H. Lutz, OM
Cynthia R. Ryan, CC
Felix J. Jimenez, IG
John H. Graetz, SP

## POLICY

This policy implements the directives and procedures as set forth in the Department of Justice Order 2640.2C and the Drug Enforcement Administration Planning and Inspection Manual for handling, storing, transmitting, reproducing, and destruction of DEA Sensitive information, material and media. It also provides for oversight and administrative sanctions for violations.

## APPLICABILITY

This regulation applies to all Drug Enforcement Administration Headquarters and Functional Offices.

## CONTROL AND RELEASE OF DEA SENSITIVE INFORMATION

DEA Sensitive information is information, material or media which must be afforded a higher level of protection than Sensitive But Unclassified information. Controlled DEA Sensitive information will be stored in in a manner which will deny access to the general public. Types of information to be protected under this designation are as follows:

1. Information and material that are investigative in nature.
2. Information and material to which access is restricted by law.
3. Information and material which are critical to the operation and mission of DEA.
4. Information and material the disclosure of which would violate a privileged relationship.
5. Information and material relating to DEA employees' identification and/or location if revealing such information would negatively impact on an operation or mission.

The authority to designate information, material and/or media as DEA Sensitive is limited to Country Attaches, Special Agents in Charge, Resident Agents in Charge, Group Supervisors and those higher in the field, Laboratory Chiefs, Section Chiefs and higher at Headquarters, DEA Inspectors, and to DEA Strike Force Representatives occupying supervisory and liaison positions.

A DEA employee must be approved and authorized for access to DEA Sensitive (yellow-badged); all non-DEA, to include foreign nationals, must have a need-to-know for the information, material and/or media which is DEA sensitive. The DEA employee who

8

DEA001962

makes the decision to provide DEA Sensitive information to a non-DEA employee must obtain supervisory concurrence to release DEA Sensitive information and is responsible for ensuring that the non-DEA employee has access only to DEA Sensitive information for which he or she has a need-to-know and is made aware of the safeguarding procedures for information which has been designated DEA Sensitive.

Storage requirements for DEA Sensitive information, material and/or media are as follows:

### In non-DEA Controlled Access Areas:

DEA Sensitive information, material and media must be stored in (1) an approved safe, (2) steel file cabinet equipped with a GSA-approved three position changeable lock, or (3) safe-type steel file container, (4) in a vault-type room or (5) in a secure storage room which has been approved IAW DOJ 2620.4. A non-GSA approved container may be used to store DEA Sensitive information provided: (1) it is a steel filing cabinet equipped with a built-in, three-position, dial-type combination lock; or (2) in an existent steel filing cabinet equipped with a steel lock bar and the cabinet is secured by a GSA-approved changeable combination padlock. DEA Sensitive information, material or media which is stored as described above does not require supplemental (i.e., alarms or guards) protection.

### In DEA-Controlled Access Areas:

DEA Sensitive information, materials and media must be stored in a key-locked office, key-locked file cabinet (metal or wooden), key-locked desk, and/or key-locked wall mounted unit. During non-duty hours, all DEA facilities must be secured using approved locks. Supplemental protection is required and may be provided by either 24-hour guard service or an approved Intrusion Detection System which will consist of alarm, motion detectors and balanced magnetic door contacts.

### In DEA-Controlled Access Areas Approved For Open Storage Approved (OSA) Areas at the SECRET level:

DEA Sensitive information, materials and media which are located in an OSA area will be safeguarded from unauthorized disclosure.

DEA Sensitive information, material or media may be removed from DEA facilities **only when it is necessary to meet an operational or functional requirement.** The officer or employee who removes DEA sensitive material from a DEA facility will assume full responsibility for safekeeping such material.

9

DEA Sensitive information, material or media will not be distributed outside of DEA except where there is a specific need for the information to be referred to other agencies for their information or action. The following notation will be typed, labeled or stamped on each DEA Sensitive document or media sent to another agency:

**DEA SENSITIVE: This document is DEA property loaned to your agency for use by persons having a bonafide need-to-know. This document must be stored in a *manner which will preclude access by those persons who have no need-to-know.* Further distribution of this document, without authorization by the DEA, is strictly prohibited.**

DEA Sensitive information, material or media which is to be transmitted to a non-DEA Domestic Agency must be sent Registered mail if using the U.S. Post Office for transmission. DEA Sensitive information, material or media which is mailed will be enclosed in two opaque envelopes. The inner envelope will be prominently marked "DEA SENSITIVE" on both the front and the back of the envelope and sealed. The inner envelope will be fully addressed with both the sender's and the recipient's address. The outer envelope will be prepared in the same manner except that "DEA SENSITIVE" will NOT be placed on the outer envelope.

DEA Sensitive Information will be transmitted only by the following authorized methods: United States Postal Registered Mail with registered mail receipt or U.S. Postal Express Mail service within and between the 50 states, the District of Columbia and Puerto Rico; U.S. Postal Service Certified Mail, or **an approved continuous control provider, ( FedEx, DHL, Yellow Line, etc.).** DEA Sensitive information may also be transmitted over approved communications systems such as **Firebird STU-III secure facsimile.** DEA Sensitive information, material or media may be hand-carried by authorized (persons with a need-to-know/yellow-badged) Department employees or contractors within and between the United States and its territories.

*Sidewalk* Express Mail boxes will not be used for transmitting DEA Sensitive information, material or media.

DEA Sensitive information, material or media will be marked or stamped in a manner which will ensure that it is easily identifiable. The front and back covers of material containing DEA Sensitive information will be marked at the top and bottom, on the title page, and on all inner pages which contain DEA Sensitive information; computer disks will be identified as containing DEA Sensitive information when appropriate. DEA Form 6's do not need marking in addition to that which appears on the face of the form.

DEA Sensitive processing will be performed on computers and/or workstations which have been identified as approved for the processing of Sensitive But Unclassified (SBU)

data. DEA Sensitive data may be processed on approved stand-alone PCs which have no peripherals (such as a modem) attached, are password protected with the screen saver feature invoked.

DEA sensitive information processed on Automated Information Systems will be controlled and protected. An Automated Information System with Sensitive But Unclassified and/or DEA Sensitive Information on nonremoveable media will be in a locked office or building during non-duty hours or be otherwise secured to prevent loss or damage.

User identification and password systems support the minimum requirements of accountability, access control, least privilege, and data integrity for control of DEA Sensitive information on Automated Information Systems and media. The System Administrator or designated representative is responsible for managing generation, issuance, and control of all passwords.

An AIS with remote terminal access containing SBU data will have a "time-out" protection feature that automatically disconnects the remote terminal from the computer after a predetermined period of time has passed without communication between the terminal and the computer. The system should make periodic checks to verify that the disconnect is still valid. The automatic disconnect must be preceded by a clearing of the remote terminal's screen followed by the recording of an audit trail record for the System Administrator to use. The time period should not exceed 15 minutes but may vary depending on the sensitivity of the data, the frequency of use and location of the terminal, the strength of the audit mechanism, and other physical or procedural controls in place. The time-out feature is not required **if a networked** AIS must remain active because it is used as a communications device. However, physical security for the terminal will meet the requirements for storage of data at the highest level that could be received at the terminal.

The number of log-on attempts for systems which process SBU will be limited to three (3), at which time, access will be denied to the user. User accounts will not be reset until the Systems Administrator or the ISSO or designee has verified the reason for the failed logon attempts.

All sensitive *unprotected* cabling and information must be confined to Drug Enforcement Administration sensitive areas. If the cabling or communications transit non-DEA controlled areas, the information will be encrypted or the cabling protected by appropriate conduit. The encryption for Drug Enforcement Administration Sensitive information will meet the requirements for Type II encryption.

11

DEA Sensitive information, material or media may be released by the official who authorized the original DEA Sensitive designation **if it has been determined that the recipient(s) has a valid need-to-know**. Material so designated may be released by a successor in the same capacity, or by the supervisory official of either.

SBU information, material or media will be stored in locked cabinets. Reproduction of DEA Sensitive information will be kept to an absolute minimum consistent with operational requirements. Destruction of DEA Sensitive material or media will be by shredding, burning or degaussing.

Any employee of DEA who has knowledge of the loss or possible compromise of DEA Sensitive information, material or media must report the circumstances to his or her supervisor or the cognizant security officer. The report must be followed up in writing as soon as possible.

A written damage assessment will be initiated by the Office Head whenever the compromise can be expected to cause damage to the DEA operation or mission.

## PHYSICAL SECURITY STANDARDS FOR AUTOMATED INFORMATION SYSTEMS PROCESSING DEA-SENSITIVE INFORMATION

Physical security requirements must be considered and selected based on the sensitivity and safeguarding requirements of the data being protected as well as the assessed risk to the information and the risk of equipment theft.

1. An Automated Information System with non-removable media will be safeguarded in a manner which will preclude access by unauthorized personnel. Generally, this will mean that workstations will be located in Controlled Access Areas.

2. When users leave their workstations or personal computers, they will log-off or lock the keyboard and screen until reauthentication.

3. Workstations and personal computers should include a local "idle lockout/screen saver" feature that automatically locks the screen and keyboard after a specified period of no activity and require reauthentication before unlocking the system.

4. Servers will be located in Controlled Access Areas.

DEA001966

5. Servers may be placed in a COMSEC/CRYPTO room, as long as they are separated by One meter from the COMSEC/CRYPTO equipment.

6. Any DEA Automated Information System installed in non-DEA controlled space must be protected in accordance with "DEA Policy for Installing Firebird in Non-DEA Spaces".

CONTROLLED ACCESS AREA: The complete building or facility under direct physical control of the Federal Government, within which unauthorized persons are denied unrestricted access and are either escorted by authorized persons or are under continuous physical or electronic surveillance. Each site must be independently reviewed by the Cognizant Security Office to define the CAA.

**SENSITIVE BUT UNCLASSIFIED (SBU) INFORMATION IS INFORMATION WHICH MEETS THE FOLLOWING CRITERIA:**

SENSITIVE BUT UNCLASSIFIED (SBU) INFORMATION IS SUBJECT TO CONTROLS OUTSIDE THE FORMAL SYSTEM FOR CLASSIFYING NATIONAL SECURITY INFORMATION.

ALL SUCH INFORMATION MAY BE EXEMPT FROM RELEASE TO THE PUBLIC UNDER THE FREEDOM OF INFORMATION ACT.

MOST CATEGORIES OF SBU INFORMATION ARE DEFINED BY FEDERAL LAW.

PROCEDURES FOR HANDLING THE VARIOUS CATEGORIES OF SBU INFORMATION VARY FROM ONE AGENCY OR COMPANY TO ANOTHER. THIS IS DUE TO THE DIFFERENT LEGAL AND/OR REGULATORY REQUIREMENTS FOR EACH CATEGORY AND THE AGENCY OR ORGANIZATION'S IMPLEMENTATION OF THOSE REQUIREMENTS.

PROCEDURES FOR SAFEGUARDING SBU INFORMATION DEPEND UPON THE CATEGORY OF INFORMATION AND MAY VARY FROM ONE AGENCY OR COMPANY TO ANOTHER.

**DEA SBU AND DEA SENSITIVE INFORMATION AND MEDIA ARE TO BE PROMINENTLY LABELED AND, WHERE REQUIRED, HANDLING INSTRUCTIONS PROVIDED.**