[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]

# Appendix 2735

## DEA Guide for Disciplinary Offenses and Penalties

The purpose of discipline is to be corrective, not punitive. In furtherance of this goal, it is the policy of the DEA that discipline be administered in a constructive, progressive, and consistent manner. All disciplinary actions must be supported by facts and evidence, the preponderance of which supports the disciplinary action to be taken.

This **Guide to Disciplinary Offenses and Penalties** is intended to provide information and guidance concerning the type of penalty that may result from a particular act of misconduct. Personnel involved in DEA's disciplinary system evaluate each incident on a case-by-case basis; however, and consider a number of factors in determining the appropriateness of a penalty. This Guide is but one factor to be considered. Accordingly, depending upon the circumstances of a particular case, the actual penalty imposed for an act of misconduct may be greater or lesser than that stated in this Guide.

This **Guide** is to be used to assist the Board of Professional Conduct and Division/Office Proposing Officials in proposing the appropriate penalties. It is also to be used by the Deciding Officials in determining the appropriateness of a particular penalty. While this guide does not cover every possible offense, it does cover those offenses that commonly occur within the DEA.

The Guide lists offenses by category for formal disciplinary actions which become a matter of record in the employee's official personnel folder. For each offense, it indicates the range of suggested penalties for a first, second, or subsequent offense. The Guide does not address oral warnings, counseling letters, cautions, etc. as they are forms of pre-disciplinary actions.

All management proposals must be reviewed by the HR Employee Relations Office prior to issuance. All proposals for actions that can be appealed must be reviewed by Chief Counsel prior to issuance.

| DEA Human Resources Manual Guide for Disciplinary Offenses and Penalties | | | | | |
|---|---|---|---|---|---|
| Type of Misconduct | Explanation of Offense | | Penalty for First Offense | Penalty for Second Offense | Penalty for Third Offense |
| **I. Attendance Issues** | | | | | |
| a. Unexcused or unauthorized absence on scheduled day of work (AWOL in increments of 15 minutes or more) | To include absences of 8 hours or less to absences of 8 hours or more of AWOL. (Note: This absence does not have to be consecutive.) Also includes tardiness relating to reporting for duty, returning from lunch or break, and returning from an authorized absence from the workstation. | | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |
| b. Recurring excessive unexcused or unauthorized absence | To include absences of five consecutive days or more | | 14-day Suspension to Removal | Removal | |

| | | | | |
|---|---|---|---|---|
| c. Violation of leave restrictions | A violation of properly imposed leave restrictions can be charged in addition to AWOL | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day to Removal |
| d. Improper use of sick leave for any reason other than permitted under DEA Personnel Manual 2630 | Involves an employees' use of sick leave for reasons other than that which is authorized. For example: for a family vacation. | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day to Removal |
| e. Failure to report for duty as detailed, transferred, or reassigned | This is not limited to employees who are under a mobility agreement. [Ramos v. Federal Aviation Administration, 4 M.S.P.R. 388, 4 M.S.B.P. 446 (1980); Boykin v. United States Postal Service, 1995 U.S. App. LEXIS 2183 (Fed. Cir. 1995) (nonprecedential decision)] | Removal. | | |

**I. Fiscal Issues**

| | | | | |
|---|---|---|---|---|
| a. Submission of falsely stated travel vouchers time and attendance, or other fiscal documents or their supporting documentation | Falsification occurs when an employee knowingly or in reckless disregard for the truth or with a conscious purpose to avoid learning the truth provides false information or withholds information with the intent to deceive or defraud. These elements can be established by direct or circumstantial evidence. | Reprimand to Removal | Removal | |
| b. Failure to properly review the submission of travel vouchers, time and attendance, credit card statements, or other fiscal documents and their supporting documentation | To include those who are responsible for the review and approval of fiscal documents (including: **acting supervisor**). | Reprimand to 30-day Suspension | 30-day Suspension to Removal | Removal |
| c. Failure to properly expend allocated resources | | Reprimand to 14-day Suspension | 14-day Suspension to Removal | Removal |
| d. Expenditure of allocated funds in excess of funds available | | 14-day Suspension to Removal | Removal | |
| e. Unauthorized and/or improper use of property, government funds, or any other thing of value coming into an employee's custody as a result of employment | | Official reprimand to 10-day suspension | 10-day suspension to removal | 15-day suspension to removal |
| f. Misuse of government issued credit card for other than authorized purposes | To include using the card for personal purchases while in a travel status, extending authorized stay at hotel. An extensive list of prohibitions is listed in the credit card policy | Reprimand to 14-day Suspension | 14-day Suspension to Removal | Removal |

**III. False Statements or Incorrect Official Documents**

DEA001594

| | | | | |
|---|---|---|---|---|
| a. Falsification, misrepresentation, or concealment of information or fact(s) in connection with an official government document or in any other official statement, oral or written | To include: employment document or other matters under official investigation. Falsification occurs when an employee knowingly or in reckless disregard for the truth or with a conscious purpose to avoid learning the truth provides false information or withholds information with the intent to deceive or defraud. These elements can be established by direct or circumstantial evidence. | Reprimand to Removal | Removal | |

### III. Harassment/Discrimination

| | | | | |
|---|---|---|---|---|
| a. Sexual Harassment | As defined in Title VII of the Civil Rights Act of 1964, as amended | Removal | | |
| b. Unprofessional or inappropriate conduct of a sexual nature | To include: teasing, jokes, actions, gestures, display of materials or remarks of a sexual nature | Reprimand to Removal | 14-day to Removal | Removal |
| c. Retaliation against an employee resulting from or in connection with an allegation of sexual harassment | Any person who has been found to have engaged in the act of retaliation | Removal | | |
| d. Creating and/or fostering a hostile working environment by any discriminatory activity | To include: intimidating employees by speech, behavior, gestures, etc. A hostile environment is created when the conduct is sufficiently severe or pervasive as to affect a term, condition or privilege of employment. | 5-day Suspension to Removal | 14-day Suspension to Removal | Removal |
| e. Discrimination against an employee or applicant for employment because of race, color, sex, religion, national origin, age, disability, or sexual orientation. Retaliation against an employee having engaged in a protected activity or in reprisal for the exercise of an appeal right granted by any law, rule or regulation or for engaging in whistle blowing | Discrimination in the Federal government is prohibited by, among other laws and regulations, Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination based on race, color, religion, sex, or national origin; the Equal Pay Act of 1963, which protects men and women who perform substantially equal work in the same establishment from sex-based wage discrimination; the Age Discrimination in Employment Act of 1967, which protects individuals who are 40 years of age or older; Title I and Title V of the Americans with Disabilities Act of 1990, which prohibit employment discrimination against qualified individuals with disabilities in the private sector and in state and local governments; Sections 501 and 503 of the Rehabilitation Act of 1973, which prohibit discrimination against qualified individuals who work in the Federal government; and the Civil Rights Act of 1991, which, among other things, | Removal | | |

DEA001595

| | | | | |
|---|---|---|---|---|
| | provides monetary damages in cases of intentional employment discrimination. | | | |

| III. Law Enforcement Specific Offenses | | | | |
|---|---|---|---|---|
| a. Improper association with a convicted felon, confidential source and/or persons connected with criminal activity. | All DEA employees are held accountable for this type of behavior. | Reprimand to Removal | Removal | |
| b. Unintentional and improper discharge of a firearm | | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |
| c. Intentional and improper discharge of a firearm | | 14-day Suspension to Removal | Removal | |
| d. Improper or unauthorized use or possession of a firearm or other weapon | To include accidentally or unintentionally bringing a weapon into the building in vehicle, purse, brief case, etc. | 1-day Suspension to Removal | Removal | |
| e. Loss of a DEA issued badge or credential | | Reprimand to 2-day Suspension | 2- to 7-day Suspension | 7- to 14-day Suspension |
| f. Loss of a DEA issued firearm | For example: a firearm that is stolen from an employee's OGV | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day to Removal |
| g. Intentional, reckless or negligent violation of rules governing searches and seizures | For example: A violation is 'intentional' when the act is foreseen and desired, and this foresight and desire resulted in the act through the operation of the doer's will. This can be proven by direct or circumstantial evidence. A violation is in 'reckless disregard of the rules' when the act was undertaken with conscious indifference to its possible consequences. This is a lesser included offense of a charge of intentional violation of rules governing searches and seizures. A violation is 'negligent' when it occurs because the person committing the violation failed to exercise the standard of care that a reasonably prudent person would have exercised in a similar situation. This is a lesser included offense of a charge of intentional violation of rules governing searches and seizures and of a charge of reckless disregard of rules governing searches and seizures | Reprimand to Removal | | |
| h. Failure to secure or process evidence | For example: leaving evidence samples out overnight on lab work bench | Reprimand to 3-day Suspension | 3- to 7-day Suspension | 7- to 14-day Suspension |

DEA001596

| | | | | |
|---|---|---|---|---|
| i. Failure to report integrity related issues through the Chain of Command or to the Office of Professional Responsibility in a timely fashion | All employees are required to report integrity related issues, to include: theft, unauthorized use of an Official Government Vehicle, falsifying documents, etc. | Reprimand to 3-day Suspension | 3- to 7-day Suspension | 7- to 14-day Suspension |
| j. Unauthorized interference with, refusing, or failing to submit to a properly ordered or authorized drug test | Including substituting, altering otherwise tampering with a urine sample | Removal | | |
| k. Unauthorized failure or refusal to submit to a properly ordered physical examination or psychological examination | Only applies to those employees who are under medical standards as a condition of continued employment | Removal | | |
| | | | | |
| **VI. Failure to Follow** | | | | |
| | | | | |
| a. Failure to follow supervisory instructions | An employee's refusal or noncompliance with a supervisor's instruction to complete a task | Reprimand to 7-day Suspension | 7- to 14-day Suspension | 14-day Suspension to Removal |
| b. Failure to follow written or oral instructions | An employees noncompliance with agency rules, regulations, and/or policies | Reprimand to Removal | 7- to Removal | 14-day Suspension to Removal |
| | | | | |
| **VII. Negligent Work** | | | | |
| | | | | |
| a. Sleeping while on duty | | Reprimand to 3-day Suspension | 3- to 14-day Suspension | 14-day Suspension to Removal |
| b. Inattention to duty | For example: an employee that has failed to pay attention to some detail of an assignment that has therefore caused some sort of problems or issue | Reprimand to 7-day Suspension | 7- to 14-day Suspension | 14-day Suspension to Removal |
| | | | | |
| **VIII. Health & Safety Issues** | | | | |
| | | | | |
| a. Failure to follow proper safety procedures, posted rules, signs, protective clothing and equipment procedures | For example: failing to wear the protective clothing as required for clan labs | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |
| b. Failure to exercise proper hygiene in the workplace | | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14 day Suspension to Removal |
| | | | | |
| **IX. Security Issues** | | | | |
| | | | | |
| a. Unauthorized disclosure of and/or failure to safeguard information protected by the | Including: Disclosure of and/or failure to prevent access to NSI or DEA Sensitive information to uncleared | Reprimand to Removal | 2-day Suspension to Removal | 5-day Suspension to Removal |

DEA001597

| | | | | |
|---|---|---|---|---|
| Privacy Act, other official, sensitive, or classified (NSI) information | personnel or to persons not having a need-to-know; transmitting or transporting NSI or sensitive information improperly; failure to properly secure, store, or dispose of classified or DEA Sensitive information; discussing or transmitting NSI or DEA Sensitive information over non-encrypted systems | | | |
| b. Failure to submit required reinvestigation forms within prescribed timeframe or to attend scheduled security briefing | Including: Failure or refusal to properly complete or submit the SF-86 in a timely manner; failure to respond to attempts by the Personnel Security Section or authorized investigators to obtain missing personal background information | Reprimand to 7-day Suspension | 7- to 14-day Suspension | 14-day Suspension to Removal |
| c. Inability to meet the requirements of your position/ maintaining a clearance | Including: Failure or refusal to properly complete or submit the SF-86 in a timely manner; failure to respond to attempts by the Personnel Security Section or authorized investigators to obtain missing personal background information | Removal | | |
| d. Failure to follow COMSEC regulations, safeguard COMSEC equipment, and/or exercise reasonable security precautions in the execution of COMSEC responsibilities | Including: Failure to report loss of COMSEC equipment; failure to use COMSEC equipment when required; borrowing or loaning of COMSEC equipment without proper authorization; leaving a Crypto key or other COMSEC labeled materials in areas accessible to non-authorized users. | | | |
| e. Sharing of or failure to protect passwords, failure to follow IT security policy, and/or exploitation of DEA's IT systems in a manner which undermines established system security protocols | Including: Sharing or fraudulent use of another user's password; improperly safeguarding passwords; processing classified information on unclassified systems; hacking into IT systems; attempting to access system information without proper authorization; tampering with the integrity of IT system security configurations or data; adding peripheral devices or unauthorized software/hardware to DEA's IT systems. | Reprimand to Removal | 2-day Suspension to Removal | 5-day Suspension to Removal |
| f. Failure to follow, attempts to bypass, or careless disregard for established physical and/or facilities security measures | Including: Failure to escort uncleared visitors or allowing them improper access to DEA controlled Open Storage Area (OSA) or a Controlled Access Area (CAA); disclosing secure combinations or access codes to unauthorized personnel; failure to display or fraudulent use of building pass. | Reprimand to Removal | 2-day Suspension to Removal | 5-day Suspension to Removal |

**X. Supervisory Misconduct**

DEA001598

| | | | | |
|---|---|---|---|---|
| a. Failure to properly supervise employees | | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |
| c. Failure to enforce DEA policies/ regulations | | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |

| XI. Conduct Prejudicial to the DEA/DOJ | | | | |
|---|---|---|---|---|
| a. Failure to honor just debts without good cause | To include: personal credit debt as well as failing to pay the full account balance on a government issued credit card within the allotted timeframe | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |
| b. Damaging government property or the property of others | | Reprimand to 14-day Suspension | 14-day to Removal | Removal |
| c. Willful use or authorizing the use of any government owned or leased passenger vehicles, aircraft, or vessels for other than official purposes | Offense carries a mandatory penalty of 1-month suspension as defined in 31 USC 1349(b)<br><br>To include any use that is not authorized under DEA policy as permissible use of an OGV. | 30-day Suspension to Removal | 60-day to Removal | Removal |
| d. Misuse of any government owned or leased passenger vehicles, aircraft, or vessels for other than official purposes. | Offense based on minor personal use of on OGV incidental to an authorized use | Reprimand to 5-day Suspension | 5- to 10-day Suspension | 15-day Suspension to Removal |
| e. Operating an official government vehicle while under the influence of alcohol and/or drugs | Under the influence is defined in the Standards of Conduct. See Human Resources Manual, section 2735.15p.7 | 60-day Suspension to Removal | Removal | |
| f. Disrespectful or unprofessional conduct | To include: use of insulting, abusive or obscene language, angry outbursts, disrespectful comments, provoking quarrels, or inappropriate remarks | Reprimand to 7-day Suspension | 7- to 14-day Suspension | 14-day Suspension to Removal |
| g. Unauthorized refusal to cooperate in an official U.S. Government inquiry or investigation | Including refusal to answer work-related questions or attempting to influence others involved in the inquiry | Reprimand to Removal | Removal | |
| h. Refusal to cooperate in an administrative investigation | Including refusal to answer questions of Office of Professional Responsibility investigators or attempting to influence other involved in the inquiry | Removal | | |
| i. Reporting for duty under the influence of intoxicants or other drugs | Under the influence is defined in the Standards of Conduct. See Human Resources Manual, section 2735.16.O.2 | 5-day Suspension to Removal | Removal | |
| j. Unauthorized possession of intoxicants on government owned or leased property | (This does not include being in possession of an unopened gift or bottle of wine or alcoholic beverage) | 5-day Suspension to Removal | Removal | |

DEA001599

| | | | | |
|---|---|---|---|---|
| k. Engaging in unauthorized outside employment | Outside employment must be approved prior to its start | Reprimand to 3-day Suspension | 3- to 7-day Suspension | 7-day Suspension to Removal |
| l. Improper operation of an official vehicle | To include violating traffic regulations | Reprimand to 14-day Suspension | 7- to 14-day Suspension | 14-day Suspension to Removal |
| m. Misuse of position/office | For example: the use of DEA systems to which you have access in connection with your position, to gain information for personal use | Reprimand to 7-day Suspension | 7-day Suspension to Removal | 14-day Suspension to Removal |
| n. Improper use of official authority or credentials | To include the use of your official credentials in an attempt to be provided preferential treatment because of your position with the DEA | Reprimand to 7-day Suspension | 7- to 14-day Suspension | 14-day Suspension to Removal |
| o. Conduct Unbecoming a DEA employee | | Reprimand to Removal | 7-day Suspension to Removal | 14-day Suspension to Removal |
| p. Disorderly conduct, fighting, threatening or attempting to inflict bodily injury to another | | Reprimand to 14-day Suspension | 14-day to Removal | Removal |
| q. Gambling or unlawful betting on government owned or leased property | For example: placing bets on football pools, playing cards for profit on government owned or leased property | Reprimand to 5-day Suspension | 5- to 14-day Suspension | 14-day Suspension to Removal |
| r. Taking or attempting to take government property or the property of others without permission | | 14-day Suspension to Removal | Removal | |
| s. Unauthorized receiving of soliciting gifts or favors or bribes in connection with official duty | | 14-day Suspension to Removal | Removal | |
| t. Criminal, dishonest, infamous, or notoriously disgraceful misconduct | | 14-day Suspension to Removal | Removal | |
| u. Failure to report possible conflict of interests which relates to employee's position or duties | For example: having a financial interest in a company in which DEA is doing business and the employee stands to profit from his/her connection with the busines | Reprimand to Removal | Removal | |
| v. Conduct which creates a reasonable belief that the employee has committed a crime for which a sentence of imprisonment may be imposed. | | Indefinite Suspension to Removal | Removal | |
| w. Unauthorized use or possession of narcotics, dangerous drugs or marijuana | | Removal | | |
| x. Discourteous conduct to the public | Using improper language to the public, clients, complainants, etc. | Reprimand to 5-day Suspension | 5- to 10-day Suspension | 14-day Suspension to Removal |
| y. Failure to provide required testimony | For example: not attending a hearing in which you have been scheduled to | Reprimand to Removal | 5-day Suspension | 14-day Suspension |

DEA001600

| | | | | |
|---|---|---|---|---|
| | provide testimony | | to Removal | to Removal |
| z. Concealing, removing, mutilating, altering, or destroying government records | For example: destroying time and attendance reports prior to records requirements for disposal | Reprimand to Removal | Removal | |
| aa. Conducting unauthorized personal business while in a duty status | (Allowable use includes: minimal use of government equipment such as computers, copiers, and printers during lunch, breaks, and before & after work) | Reprimand to Removal | 14-day Suspension to Removal | Removal |
| bb. Misuse of Internet and/or unauthorized use of federal telecommuni-cation system, commercial long distance | To include: employees who send or download obscene or sexually related materials over the e-mail or visit obscene websites | Reprimand to Removal | 14-day Suspension to Removal | Removal |
| cc. Misrepresentation/Falsification of an application for employment or other personnel history record by omission or by making a false entry | To include: an employee or applicant who provides information on an application for employment that is incorrect | Removal | | |

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]