**DEA SENSITIVE**
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
[Previous Section] [Next Section]

## 8625 DISSEMINATION

A. No employee will release DEA Sensitive information and material to another without first determining that the person has appropriate status, position and a need-to-know.

B. Security clearance in accordance with Executive Order 12356 is not required for access to DEA Sensitive information. Nor does DEA Sensitive information require logging and receipting as required for certain national security information. (See Subchapter 861.)

C. DEA Sensitive information and material will not be distributed outside of DEA except where there is a specific need for the information to be referred to other agencies for their information or action. The following notation will be typed or stamped on each DEA Sensitive document sent to another agency:

**DEA SENSITIVE**

**This document is DEA property loaned to your agency for use by persons having a bonafide need-to-know. Further, this document must be stored in a locked container.**

D. Similarly, administratively controlled information and material received from another agency will not be disclosed or distributed to a third agency without the consent of the originating agency.

E. Each office will ensure that the definition of DEA Sensitive is known to any agency or persons outside DEA who are authorized recipients of such information.

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
[Previous Section] [Next Section]

**DEA SENSITIVE**
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.



PLAINTIFF'S EXHIBIT 209

000001

DEA SENSITIVE
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
[Previous Section] [Next Section]

# 8627 REPRODUCTION AND DESTRUCTION

## CONTENTS

8627.1 REPRODUCTION

8627.2 DESTRUCTION

## 8627.1 REPRODUCTION

Reproduce DEA Sensitive information and materials at the minimum consistent with operational needs. All copies of DEA Sensitive information and material must have the same face markings as appear on the original.

## 8627.2 DESTRUCTION

Destroy DEA Sensitive information and material either by shredding or burning. (See Exhibit 1, Memorandum by Anthony Bocchichio, Assistant Administrator for Operational Support, dated November 12, 1997, Subject: Destruction of Non-classified, Sensitive Materials.)

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
[Previous Section] [Next Section]

DEA SENSITIVE
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.

8628, Planning and Inspection Manual--DEA SENSITIVE                                    Page 1 of 2

Search Results: [Go To First Match In This Doc] | [Go Back To Search Results] | [Previous Doc] | [Next Doc]

**DEA SENSITIVE**
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.
CLASS>

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
HDR> [Previous Section] [Next Section]

# 8628 PROTECTION OF PRIVACY ACT INFORMATION

## CONTENTS

8628.1 GENERAL PROVISION

8628.2 PROTECTION OF RECORDS

8628.3 IDENTIFYING AUTHORIZED PERSONNEL

8628.4 STORAGE OF RECORDS

8628.5 METHODS OF DESTRUCTION

## 8628.1 GENERAL PROVISION

These procedures are established pursuant to the >Privacy≥ <>Act≥ of 1974 and in compliance with instructions contained in DOJ Order 2640.1, dated February 8, 1977. The <>Privacy≥ <>Act≥ of 1974 requires that each agency "establish appropriate administrative, technical, and physical safeguards to ensure the security and confidentiality of records and to protect against any anticipated threats or hazards to their security or integrity." "System of records" refers to a group of any records under control of an agency from which information is retrieved by the name of the individual or by an identifier assigned to the individual. DEA managers are responsible for implementing security safeguards, consistent with these regulations, for systems of records in areas under their control.

## 8628.2 PROTECTION OF RECORDS

The operating procedures for handling personal data must be assessed to ensure that the data is not exposed to unauthorized personnel. Documents and correspondence containing personal data will be controlled and protected immediately upon receipt of the information. Protection of written systems of records material includes, at a minimum, that the material must not be left unattended outside the authorized storage area. Personal data will not be verbally communicated nor allowed to be observed or read by unauthorized persons.

## 8628.3 IDENTIFYING AUTHORIZED PERSONNEL

000003

Employees handling personnel files and information will be informed of the authorized personnel inside and outside the office who are allowed to have access to the information. Providing and maintaining the lists of authorized personnel are the responsibilities of the manager of the system of records.

### 8628.4 STORAGE OF RECORDS

When unattended by authorized personnel, privacy records/systems of records will be stored in a locked filing cabinet or an enclosure which provides protection equal to that provided by a Federal Supply Catalog Class 7110 file, that is available through the General Services Administration's Federal Supply Service. Alternate methods of protection such as a secure or alarmed area may be provided by the manager of the systems of records. Ultimate approval authority for storage of <>Privacy> <>Act> systems of records rests with the Office of Security Programs.

### 8628.5 METHODS OF DESTRUCTION

The destruction method of personnel data will be sufficient to prevent the reconstruction recovery of the information. Acceptable methods of destruction include burning, pulping or shredding. Inquiries regarding the protection of information identified in the <>Privacy> <>Act of 1974 should be forwarded to the Office of Security Programs.

[WebSter Home] [Contents] [Search] [What's New] [Help] [Feedback]
FTR> [Previous Section] [Next Section]
DEA SENSITIVE
This manual is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the DEA without the express permission of the Office of Chief Counsel.
CLASS>

Search Results: [Go To First Match In This Doc] | [Go Back To Search Results] | [Previous Doc] | [Next Doc]

000004