

PLAINTIFF'S EXHIBIT 210