



PLAINTIFF'S EXHIBIT 211