

PLAINTIFF'S EXHIBIT 212
ALL-STATE LEGAL®
DEA001420