Page 1

IN THE FEDERAL DISTRICT COURT
IN THE DISTRICT OF COLUMBIA
------------------------------X
LEE PAIGE,                    :
                              :
            Plaintiff,        :
       v                      : CASE NO:
                              : 1:06CV 00644-EGS
DOJ and DEA,                  :
                              :
            Defendant.        :
------------------------------X

Washington, D.C.

Thursday, January 17, 2008

Deposition of:

TOM GREGG

called for oral examination by counsel for Plaintiff, pursuant to Notice, at the US DOJ Civil Division, Federal Programs, 200 Massachusetts Avenue, Northwest, Washington, D.C., before Mary E. Warner of Capital Reporting, sworn by a Notary Public in and for the District of Columbia, beginning at 8:50 a.m.



Page 2

APPEARANCES

On Behalf of the Plaintiff:
   WARD A. MEYTHALER, ESQUIRE
   Law Offices of Merkle & Magri, P.A.
   5415 Mariner Street, Suite 103
   Tampa, FL 33609
   (813) 281-9000

On Behalf of the Defendants:
   PETER J. PHIPPS, ESQUIRE
   U.S. Department of Justice
   20 Massachusetts Avenue, N.W.
   Washington, D.C. 20530
   (202) 514-1280

ALSO PRESENT:
   Lee Paige

Page 3

CONTENTS

| EXAMINATION BY | PAGE |
|---|---|
| Counsel for Plaintiff | 5 |

GREGG DEPOSITION EXHIBITS
1  Acquisition of Nondrug Property
2  TDK Disk
2A Exemplar Exhibit
2A Exemplar Exhibit
4  Imation Disk
5  Acquisition of Nondrug Property
6  Acquisition of Nondrug Property
11 CD Disk
12 N-8-2
13 N-8-3
18 N-11
19 N-12-A
20 N-12-B
21 N-12-C
22 N-12-D
25 Memo, 3/25/05
32 Acquisition of Nondrug Property

Page 4

33 Disk, 8/28/06 209
36 Disk
44 Acquisition of Nondrug Property
45 E-mails
46 E-mails
(Exhibits were marked prior to deposition starting.)

Page 5

PROCEEDINGS
WHEREUPON,
    TOM GREGG
called as a witness, and having been first duly sworn, was examined and testified as follows:
    EXAMINATION BY COUNSEL FOR PLAINTIFF
BY MR. MEYTHALER:
   Q  Would you state your name, please?
   A  Thomas Gregg.
   Q  How old are you, Mr. Gregg?
   A  48 years old.
   Q  And you reside in the Washington, D.C. area?
   A  Yes.
   Q  Married?
   A  Yes.
   Q  And who are you presently employed with?
   A  US Drug Enforcement Administration.
   Q  Could you give us a brief thumbnail sketch of your background at the DEA, including when you started, the offices you worked at and the positions you've held?

Page 86

1  just compressed, it only has 22 lines. That's the
2  difference.
3      Q  I see. All right. Did you notice, by
4  the way, Mr. Gregg, when you looked at these CDs
5  whether any had introductions involving Rock Seal
6  software?
7      A  I don't recall.
8      Q  All right. Hopefully I can do what I'm
9  planning to do here. I've put the -- what I did
10 here is I hit "start" then I hit "run" and it said
11 "command" and I clicked "okay" and I typed in E,
12 colon, and then I hit "enter" then I typed in DIR
13 and I hit "enter" and this is what pops up. And
14 I'm told this is the directory for this particular
15 CD.
16     A  This is the directory of the file
17 structure, correct? Well, you're looking at the
18 directory, that's all you're looking at.
19     Q  Yeah, the directory.
20     A  You're not looking at the files within
21 the directory.
22     Q  In here -- first of all does it have a

Page 87

1  title in this directory?
2      A  It has four directories: EXT, MPE, looks
3  like MPEGAV segment and then SVCD. There's four
4  directories on it.
5      Q  Is there any sort of title file?
6      A  It's untitled.
7      Q  Is there a date and time on there?
8      A  Yep.
9      Q  And what is the date and time?
10     A  April 15, 2004 at 2:15 p.m.
11        MR. PHIPPS: I'm seeing a different
12 number as I look at that.
13        THE WITNESS: April 15, 2004, 2:15 p.m.,
14 right here, 2:10 p.m.
15        MR. PHIPPS: I'm seeing 2:12.
16        MR. MEYTHALER: I think that's what I
17 saw, too.
18        THE WITNESS: 2:12, glasses don't work.
19 BY MR. MEYTHALER:
20     Q  Does that time and date mean anything to
21 you?
22     A  No.

Page 88

1      Q  Do you know what it represents?
2      A  It would probably represent -- it would
3  appear to represent the date and time this
4  directory was created on the CD, but that's no way
5  of knowing with any certainty.
6      Q  What else could it represent?
7      A  Date and time stamps imply that that's
8  what they are, but not knowing when this was
9  burned, how it was burned to the CD, was the
10 system clock on the computer accurate? Was the
11 software being used to burn the software, was that
12 clock accurate? I would have no way of knowing
13 that. This date and time, April 15, 2004 at
14 2:12 p.m., is a date and time stamp associated to
15 these directories. But is it a valid date and
16 time stamp, I have no way of knowing that.
17     Q  Is that a time stamp that's put on
18 automatically by the computer, or does someone
19 have to type it on?
20     A  It can be done, that can be manipulated.
21     Q  Assuming there's no manipulation, what
22 typically happens?

Page 89

1      A  It can be done by either the operating
2  system -- again, there's so many variables. It
3  could be the type of software used to burn the --
4  make the copy. That could be something in the
5  software that generated this. It could have been
6  something generated from the operating system,
7  generate that date and time stamp.
8      Q  By operating system you mean something in
9  the computer itself?
10     A  Correct.
11     Q  As opposed to someone typing in a time.
12 This is a time and date stamp, correct?
13     A  Well, it's a time and date. When we say
14 "stamp," you need to explain what you're referring
15 to as a stamp.
16     Q  I mean, something that appears
17 automatically as opposed to someone that's using
18 the computer typing in that time and date.
19     A  There has to be a time and date
20 associated with the file. So it would be odd if
21 you saw the file structure and not have a date and
22 time stamp. There has to be something there,

Page 90

1  whether it be 2002 at 1:00 a.m., it doesn't matter
2  what it is. As long as there's something there,
3  the computer doesn't care. What I'm trying to say
4  I don't know if that date and time stamp is
5  accurate. Does that truly represent April,
6  whatever it was, 15th at 2:12 p.m., I don't know
7  that that's an accurate representation of when
8  this file was created.
9     Q  Let's assume for a second that it's
10 accurate. We'll get back to whether it's
11 inaccurate or not. But let's assume it's
12 accurate. How would it have appeared there?
13 Would it appear automatically simply by creating
14 the file?
15    A  Yes.
16    Q  What would make it inaccurate?
17    A  Again, it could be the system clock on
18 the computer that created it could have been off.
19 It could have been a default setting -- when the
20 software used to create this copy, that clock
21 could be off. It's hard to say. When the copy --
22 I don't know if this is the original copy made.

Page 91

1  I'm not referring to the copy you have here, but
2  when this CD was created, is this a copy of a
3  copy? There's a lot of variables that can change
4  the date and time stamp on a file. It's really
5  hard to say not knowing what software was used,
6  what computer was used.
7     Q  I'm told by the government, this is an
8  exact copy of N-3.
9     A  N-3 will have that same date and time
10 stamp.
11    Q  N-3 was provided to the DEA agent by an
12 agent in Tampa by the name of Mr. Gruden who
13 claims he had it copied off the original mini DV.
14    A  Okay. So then all I can -- again, not
15 knowing what software they used, I don't know --
16    Q  They used Rock Seal software.
17    A  And, again, not knowing how that software
18 was configured on that specific computer during
19 that time frame, I would have no way of validating
20 is this an accurate date and time stamp based
21 solely on this. It can't be done.
22    Q  Are government computers generally have

Page 92

1  an accurate time and date stamp?
2        MR. PHIPPS: Objection, foundation.
3        THE WITNESS: Not always, no.
4  BY MR. MEYTHALER:
5     Q  When you say "not always," I asked do
6  they typically?
7        MR. PHIPPS: Objection, foundation.
8        THE WITNESS: I can't speak to typically.
9  I know from personal experience, my computer at
10 work does not have the correct date and time
11 stamp.
12 BY MR. MEYTHALER:
13    Q  How is it inaccurate?
14    A  It's off by 40 minutes.
15    Q  It's got the correct day, though?
16    A  Yes, correct day. But the time is off by
17 40 minutes.
18    Q  Can you fix that?
19    A  No, I can't fix it.
20    Q  How come you can't fix it?
21    A  It's internal to our Firebird network. I
22 can't change that date and time stamp.

Page 93

1     Q  Does the Firebird network work off of
2  the -- do all of the computers in the Firebird
3  network work off of the same time and date?
4        MR. PHIPPS: Objection, foundation.
5        THE WITNESS: They are dependent upon the
6  server they're connected to. Date and time stamps
7  could vary across the region.
8  BY MR. MEYTHALER:
9     Q  If you're connected to whatever server
10 you're connected to, everyone connected to that
11 server would they have the same time issue?
12    A  Potentially. And then it could still go
13 back to the computer itself could have a problem.
14 It's still hard to say, would every computer have
15 the same date and time stamp? I would say that
16 that would be very odd for everyone to have the
17 exact same date and time. I would find that odd.
18    Q  Okay. All right. Thank you. Now, the
19 fact that there's no title on this particular CD,
20 does that mean anything to you?
21    A  No.
22    Q  How is a title placed in the directory?