IN THE FEDERAL DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

---

LEE PAIGE,

        Plaintiff,

   v               CASE NO:
                      1:06CV 00644-EGS

DOJ and DEA,

        Defendant.

---

Washington, D.C.
Monday, November 5, 2007

Deposition of:

PETER GRUDEN

called for oral examination by counsel for Plaintiff, pursuant to Notice, at the US DOJ Civil Division, Federal Programs, 200 Massachusetts Avenue, Northwest, Washington, D.C., before Mary E. Warner of Capital Reporting, sworn by a Notary Public in and for the District of Columbia, beginning at 9:05 a.m.

PLAINTIFF'S EXHIBIT 278

| | Page 2 |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | On Behalf of the Plaintiff: |
| 4 | WARD A. MEYTHALER, ESQUIRE |
| 5 | Law Offices of Merkle & Magri, P.A. |
| 6 | 5415 Mariner Street, Suite 103 |
| 7 | Tampa FL 33609 |
| 8 | (813) 281-9000 |
| 9 | |
| 10 | On Behalf of the Defendants: |
| 11 | PAUL A. DEAN, ESQUIRE |
| 12 | PHILLIP B. SCOTT, ESQUIRE |
| 13 | U.S. Department of Justice |
| 14 | 20 Massachusetts Avenue, N.W. |
| 15 | Washington, D.C. 20530 |
| 16 | (202) 514-1280 |
| 17 | |
| 18 | ALSO PRESENT: |
| 19 | Lee Paige |
| 20 | |
| 21 | * * * * * * |
| 22 | |

Page 3

| | CONTENTS | |
|---|---|---|
| 1 | | |
| 2 | EXAMINATION BY | PAGE |
| 3 | Counsel for Plaintiff | 4 |
| 4 | Counsel for Defendants | 239 |
| 5 | | |
| 6 | PETER GRUDEN DEPOSITION EXHIBITS | PAGE |
| 7 | 1 Report of Investigation | 209 |
| 8 | 2 DV, N-11 | 221 |
| 9 | 3 Redacted Form | 104 |
| 10 | 4 Redacted Form | 163 |
| 11 | 5 TDK Disk | 221 |
| 12 | 6 Imation Disk | 222 |
| 13 | 7 Imation Disk | 223 |
| 14 | 8 VHS Tape, N-7 | 224 |
| 15 | 9 VHS Tape, N-10 | 225 |
| 16 | 10 Memo, 7/9/04 | 31 |

Page 4

1  PROCEEDINGS
2  WHEREUPON,
3      PETER GRUDEN
4  called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6      EXAMINATION BY COUNSEL FOR PLAINTIFF
7  BY MR. MEYTHALER:
8      Q  This is a deposition in the case of Paige
9  versus the DEA deposition of Peter Gruden.
10     Would you state your name for the record?
11     A  Peter Gruden, G-r-u-d-e-n.
12     Q  Have you given depositions before?
13     A  I have.
14     Q  If you have any questions about what I
15 say, don't be afraid to ask. If you need
16 clarification, don't be afraid to ask me. In that
17 connection, you can't nod your head, you have to
18 say yes or no.
19     A  Okay.
20     Q  How old are you, Mr. Gruden?
21     A  I am 40.
22     Q  Do you live in the Washington, DC area?

Page 5

1      A  I do.
2         MR. MEYTHALER: Peter, I don't want to
3  ask him his address. When there's trial
4  subpoenas, how does that work, you guys accept
5  them?
6         MR. PHIPPS: That's what we'll do. We'll
7  accept those. If you want to ask him his work
8  address, we can suffice for that.
9  BY MR. MEYTHALER:
10     Q  What is your work address?
11     A  700 Army Navy Drive, in Arlington,
12 Virginia, 22202.
13     Q  Are you married, sir?
14     A  I am.
15     Q  How long have you been married?
16     A  16 years.
17     Q  Is that your first wife?
18     A  Yes.
19     Q  What is her name?
20     A  Judy.
21     Q  Which office are you now with?
22     A  I am at DEA headquarters.

Page 238

1  Q  All right. And 04?
2  A  04 would be the year that encompasses the
3  activity.
4  Q  And the activity being what, what's being
5  investigated?
6  A  What's being reported on, yes.
7  Q  The activity that's subject to the report
8  of investigation?
9  A  Yes.
10 Q  All right. And the 9020, what's that
11 stand for.
12 A  That's really a random -- not a random
13 number, it's the same every year, but 9020 is, I
14 believe correlates directly to it involves threats
15 and shootings.
16 Q  Was this report of investigation put into
17 the IN file that was established with respect to
18 the investigation of the accidental discharge?
19 A  I don't know.
20    MR. PHIPPS: Objection, foundation.
21 BY MR. MEYTHALER:
22 Q  You don't know?

Page 239

1  A  I don't know.
2  Q  Would you anticipate that it would be?
3    MR. PHIPPS: Objection, speculation.
4    THE WITNESS: It could be, yes.
5  BY MR. MEYTHALER:
6  Q  In fact, the reason you prepared this is
7  because it's a report of the investigation,
8  correct?
9    MR. PHIPPS: Objection, vague.
10   THE WITNESS: Yes.
11 BY MR. MEYTHALER:
12 Q  And you sent it to IN, correct?
13 A  Yes.
14   MR. MEYTHALER: I have nothing further.
15   MR. PHIPPS: I want to take two minutes
16 to look at my notes, see if I have any.
17   MR. MEYTHALER: Absolutely.
18   (Short break taken.)
19   EXAMINATION BY COUNSEL FOR DEFENDANT
20 BY MR. PHIPPS:
21 Q  I just have a few questions and
22 clarifications. Mr. Gruden, you were asked

Page 240

1  questions earlier regarding whether you gave
2  Mr. Paige permission or authorization to display
3  firearms at the demand reduction presentation on
4  April 9th, 2004. Do you recall those questions?
5  A  Not specifically but --
6  Q  Did you give Mr. Paige permission or
7  authorize him to show firearms at a demand
8  reduction presentation that day?
9  A  No.
10 Q  Did you think that it was -- did you
11 expect him to show or display firearms at a demand
12 reduction presentation on April 9th, 2004?
13 A  No.
14 Q  Do you think -- did it concern you at all
15 when you learned that he had, did it give you any
16 concerns about his judgment at that demand
17 presentation on April 9th, 2004?
18 A  Yes.
19 Q  What were those concerns?
20 A  That Lee had made a series of mistakes
21 besides just the accidental discharge.
22 Q  And what were some of the events in that

Page 241

1  series?
2  A  Well, bringing the various weapons into
3  that environment may have been a mistake, maybe
4  not. Displaying a loaded weapon probably, in my
5  estimation, is an error in judgment. Pointing
6  that weapon somewhere where he could harm himself
7  or others and then the accidental discharge
8  itself.
9    MR. PHIPPS: That's all I wanted to
10 clarify.
11   MR. MEYTHALER: That's fine. I have
12 nothing else.
13   MR. PHIPPS: Read and sign.
14   (Whereupon, at 3:15 p.m., the
15   Deposition of PETER GRUDEN
16   was concluded.)
17   * * * * * *