AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
DEC 29 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Lee Paige | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 06-0644 (JDS) |
| United States Drug Enforcement Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   pursuant to the Order the Court (Doc. #63), the Clerk of Court enter Judgment in favor of the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Jack D. Shanstrom  on a motion for summary judgment filed by the defendant (Doc. #45).

Date:  12/29/2010

ANGELA D. CAESAR, CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*